UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

C.K.-W.,
  Plaintiff (s),

v.  Case No. 4:22-cv-191

Wentzville R-IV School District,
  Defendant(s).

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now __Plaintiffs__ and notifies the court of the intent to use
(Plaintiff or Defendant)

__Tim Moore/Pro-Serve__
(name and address of process server)

__Clayton Road__

__Clayton, Missouri__

To serve: __Defendant__ in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

02/15/2022          /s/ anthony e rothert
(date)              (attorney for Plaintiff)

               (attorney for Defendant)