# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| C.K.-W., a minor, by and through her Parent, T.K.; individually and on behalf of others similarly situated, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 4:22-cv-191 |
| WENTZVILLE R-IV SCHOOL DISTRICT, | ) ) ) ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Jessie Steffan of the American Civil Liberties Union of Missouri Foundation enters her appearance as co-counsel for Plaintiffs.

    Respectfully submitted,
    /s/ Jessie Steffan
    Jessie Steffan, #64861MO
    ACLU of Missouri Foundation
    906 Olive St., Suite 1130
    St. Louis, MO 63110
    314-652-3114
    jsteffan@aclu-mo.org
    *Attorney for Plaintiffs*