**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MISSOURI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al. | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 4:22-cv-191-MTS<br>)<br>) |
| v. | )<br>) |
| WENTZVILLE R-IV SCHOOL DISTRICT, | )<br>)<br>) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

Gillian R. Wilcox of the American Civil Liberties Union of Missouri Foundation enters her appearance as co-counsel for Plaintiffs.

                                                              Respectfully submitted,
                                                              /s/ Gillian R. Wilcox
                                                              Gillian R. Wilcox, #61278MO
                                                              ACLU of Missouri Foundation
                                                              406 West 34th Street, Ste. 420
                                                              Kansas City, MO 64111
                                                               (816) 470-9938
                                                              gwilcox@aclu-mo.org
                                                              *Attorney for Plaintiffs*