**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MISSOURI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, <br><br> ST. CHARLES COUNTY MISSOURI UNIT OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, <br><br> C.K.-W., a minor, by and through her Parent, T.K.; individually and on behalf of others similarly situated, and <br><br> D.L., a minor, by and through his parent, Z.L., individually and on behalf of others similarly situated, <br><br>     Plaintiffs, <br><br>  v. <br><br> WENTZVILLE R-IV SCHOOL DISTRICT, <br><br>     Defendant. | Case No. 4:22-cv-191-MTS |

**DISCLOSURE OF ORGANIZATIONAL INTERESTS**
**CERTIFICATE**

Pursuant to Local Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, counsel of record for the St. Charles County Missouri Unit of the National Association for the Advancement of Colored People, hereby discloses the following organizational interests:

  a. Its parent companies or corporations:

  None.

b.   Subsidiaries—except wholly owned subsidiaries—and affiliates that have

issued shares to the public:

None.

c.   Any publicly held corporation owning 10% or more of its stock:

None.

Respectfully submitted,

/s/ Gillian R. Wilcox
Anthony E. Rothert, #44827MO
Jessie Steffan, #64861MO
Molly E. Carney, #70570MO
Emily Lazaroff, #73811MO
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Phone: (314) 652-3114
Fax: (314) 652-3112
arothert@aclu-mo.org
jsteffan@aclu-mo.org
mcarney@aclu-mo.org
elazaroff@aclu-mo.org

Gillian R. Wilcox, #61278MO
ACLU of Missouri Foundation
406 W. 34th Street, Suite 420
Kansas City, MO 64111
Phone: (816) 470-9938
gwilcox@aclu-mo.org

**Attorneys for Plaintiffs**

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on March 4, 2022, a copy of the foregoing was served upon

Defendant, who has bee served with a summons but has not yet entered an appearance,

by mail to:

Wentzville R-IV School District
c/o Dr. Curtis Cain, Superintendent
280 Interstate Drive
Wentzville, Missouri 63384


<u>/s/ Gillian R. Wilcox</u>