# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| C.K.-W., a minor, by and through her parent, T.K.; individually and on behalf of others similarly situated, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| v. | ) Case No. 4:22-cv-191 |
| WENTZVILLE R-IV SCHOOL DISTRICT, | )<br>)<br>)<br>) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Emily Lazaroff of the American Civil Liberties Union of Missouri Foundation enters her appearance as co-counsel for Plaintiffs.

Respectfully submitted,
/s/ Emily Lazaroff
Emily Lazaroff, #73811MO
ACLU of Missouri Foundation
906 Olive St., Suite 1130
St. Louis, MO 63110
314-652-3114
elazaroff@aclu-mo.org
*Attorney for Plaintiffs*