IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, ET AL., <br><br>       Plaintiffs, <br><br> v. <br><br> WENTZVILLE R-IV SCHOOL DISTRICT, <br><br>       Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 4:22-cv-191-MTS |

## Motion for Preliminary Injunction

Pursuant to Federal Rule of Civil Procedure 65(a) and for the reasons set forth in the accompanying memorandum in support, Plaintiffs respectfully request this Court enter a preliminary injunction prohibiting Defendant, its agents, servants, employees, and attorneys from enforcing its policy allowing parent-, guardian-, or student-initiated book challenges as it applies to library materials, including prohibiting Defendant from temporarily or permanently banning additional books, and direct Defendant to restore access to any school library books for which student access has been permanently or temporarily blocked during this school year but has yet to be restored, including *Fun Home*, *Heavy*, *All Boys Aren't Blue*, and *Lawn Boy*, while Plaintiffs' challenge to the policy is determined on the merits.

Plaintiffs are likely to prevail on the merits and be irreparably harmed without an injunction; while an injunction's issuance would inflict little on or no harm upon Defendant and

would be in the public interest. *See Dataphase Systems, Inc. v. C L Systems, Inc.*, 640 F.2d 109, 114 (8th Cir. 1981) (en banc).

Bond should be set at $100.00. *See* Fed. R. Civ. P. 65(c).

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827MO
Jessie Steffan, #64861MO
Molly E. Carney, #70570MO
ACLU of Missouri Foundation
906 Olive Street, Ste. 1130
St. Louis, Missouri 63101
Phone: (314) 652-3114
arothert@aclu-mo.org
jsteffan@aclu-mo.org
mcarney@aclu-mo.org

Gillian R. Wilcox, #61278MO
ACLU of Missouri Foundation
406 West 34th Street, Ste. 420
Kansas City, Missouri 64111
Phone: 816/470-9938
Fax: 314/652-3112
gwilcox@aclu-mo.org

**Attorneys for Plaintiff**

Certificate of Service

I certify that a copy of the foregoing was addressed to the following and send by FedEx on March 14, 2022:

Wentzville R-IV School District
c/o Dr. Curtis Cain, Superintendent
280 Interstate Drive
Wentzville, Missouri 63384

/s/ Anthony E. Rothert