IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> WENTZVILLE R-IV SCHOOL DISTRICT, <br><br> Defendant. | Case No. 4:22-cv-191-MTS |

**Motion for Leave to File Memorandum in Support of Motion
for Preliminary Injunction in Excess of Page Limitations**

Pursuant to E.D. Mo. L.R. 4.01(D), Plaintiffs move this Court for leave to file a memorandum in support of their motion for preliminary injunction that is approximately thirty-seven pages, exclusive of the signature block and certificate of service. In support, Plaintiffs state:

1. Under the local rules, "No party shall file any motion, memorandum, or brief which exceeds fifteen (15) numbered pages, exclusive of the Table of Contents, Table of Authorities, signature page, and attachments, without leave of Court." E.D. Mo. L.R. 4.01(D).

2. Plaintiffs' memorandum in support of their motion for preliminary injunction is thirty-seven pages, exclusive of the signature block and certificate of service.

3. Additional pages are needed to explain why a preliminary injunction is appropriate because such a motion requires consideration of the four-part *Dataphase* test,

discussion of Defendant's actions pre- and post-litigation, and application of established law to a unique book-censorship policy.

4. A copy of the proposed memorandum is attached hereto.

WHEREFORE Plaintiffs move this Court for leave to file the memorandum in support that is in excess of the page limitation.

Respectfully submitted,
/s/ Anthony E. Rothert
Anthony E. Rothert, #44827MO
Jessie Steffan, #64861MO
Molly E. Carney, #70570MO
Emily Lazaroff, #73811MO
ACLU of Missouri Foundation
906 Olive Street, Ste. 1130
St. Louis, Missouri 63101
Phone: (314) 652-3114
arothert@aclu-mo.org
jsteffan@aclu-mo.org
mcarney@aclu-mo.org
elazaroff@aclu-mo.org

Gillian R. Wilcox, #61278MO
ACLU of Missouri Foundation
406 West 34th Street, Ste. 420
Kansas City, Missouri 64111
Phone: 816/470-9938
Fax: 314/652-3112
gwilcox@aclu-mo.org

**Attorneys for Plaintiff**

<u>Certificate of Service</u>

I certify that a copy of the foregoing was addressed to the following and send by FedEx on March 14, 2022:

Wentzville R-IV School District
c/o Dr. Curtis Cain, Superintendent
280 Interstate Drive
Wentzville, Missouri 63384

<u>/s/ Anthony E. Rothert</u>