# INDEX OF EXHIBITS TO PLAINTIFFS' MOTION FOR <u>PRELIMINARY INJUNCTION</u>

Exhibit 1: *The Bluest Eye* by Toni Morrison (copy of book to be delivered to Court)

Exhibit 2: *Fun Home: A Family Tragicomic Paperback*, by Alison Bechdel (copy of book to be delivered to Court)

Exhibit 3: *All Boys Aren't Blue*, by George M. Johnson (copy of book to be delivered to Court)

Exhibit 4: *Heavy: An American Memoir*, by Kiese Laymon (copy of book to be delivered to Court)

Exhibit 5: *Lawn Boy*, by Jonathan Evison (copy of book to be delivered to Court)

Exhibit 6: *Gabi, A Girl in Pieces*, by Isabel Quintero (copy of book to be delivered to Court)

Exhibit 7: *Modern Romance*, by Aziz Ansari (copy of book to be delivered to Court)

Exhibit 8: *Invisible Girl*, by Lisa Jewell (copy of book to be delivered to Court)

Exhibit 9: Board Regulation 6310: School Libraries

Exhibit 10: Board Policy 6310: School Libraries

Exhibit 11: Board Policy 6241: Challenged Materials

Exhibit 12: Board Regulation 6241: Challenged Materials

Exhibit 13: Review of Instructional Materials Form dated 11/8/2021 for *Gabi*

Exhibit 14: Email re Book Removal Status

Exhibit 15: Memorandum to Board re *Gabi* Review Committee Report

Exhibit 16: Review of Instructional Materials Form dated 10/1/2021 for *Lawn Boy*

Exhibit 17: Review of Instructional Materials Form dated 9/30/2021 for *All Boys Aren't Blue*

Exhibit 18: Review of Instructional Materials Form dated 9/30/2021 for *Heavy*

Exhibit 19: Review of Instructional Materials Form dated 9/30/2021 for *Fun Home*

Exhibit 20: Review of Instructional Materials Form dated 10/1/2021 for *The Bluest Eye*

| | |
|---|---|
| Exhibit 21: | Memorandum to Board re *The Bluest Eye* Review Committee Report |
| Exhibit 22: | Email re Review Committee Guidelines |
| Exhibit 23: | Transcript of Nixa Parents Meeting with Andy Wells |
| Exhibit 24: | Transcript of January 20, 2022 Board Meeting |
| Exhibit 25: | Email re Parent Choice |
| Exhibit 26: | Email from Board Member re Board Disregard of Recommendation |
| Exhibit 27: | Email from Committee Member re Board Disregard of Recommendation |
| Exhibit 28: | Email from Librarian re Review Process |
| Exhibit 29: | Transcript of February 25, 2022 Board Meeting |
| Exhibit 30: | Email re Book Removal Status |
| Exhibit 31: | Letter from District Counsel re Status |
| Exhibit 32: | Email re Weeding Request |
| Exhibit 33: | Declaration and CV of Dr. April Dawkins |
| Exhibit 34: | No Left Turn Book Challenge List |
| Exhibit 35: | Sandy Garber Board Candidate Statement |
| Exhibit 36: | Declaration of Plaintiff D.L. |
| Exhibit 37: | Declaration of Z.L., parent of Plaintiff D.L. |
| Exhibit 38: | Declaration of T.K., parent of Plaintiff C.K.-W. |
| Exhibit 39: | Declaration of Missouri NAACP President Nimrod Chapel, Jr. |
| Exhibit 40: | Declaration of *Fun Home* author Alison Bechdel |
| Exhibit 41: | Declaration of *Gabi* author Isabel Quintero |
| Exhibit 42: | Declaration and CV of Harvey J. Graff |
| Exhibit 43: | Andy Wells Facebook Post re Challenge Guidance |

Exhibit 44:   Andy Wells Facebook Post re Book Challenge List

Exhibit 45:   Andy Wells Facebook Post re Values

Exhibit 46:   Sandy Garber Facebook Post re Race

Exhibit 47:   Sandy Garber Facebook Post re English

Exhibit 48:   Sandy Garber Facebook Post re Religion

Exhibit 49:   Amber Crawford Facebook Post re CRT

Exhibit 50:   Amber Crawford Facebook Post re Race

Exhibit 51:   National Coalition Against Censorship Letter to Board

Exhibit 52:   Missouri Library Association Letter to Board

Exhibit 53:   Email from Community Member re Removal Concerns