

| | |
|---|---|
| Book | Policies and Regulations |
| Section | 6000 Instructional Services |
| Title | School Libraries |
| Code | 6310 Regulation |
| Status | Active |
| Adopted | July 1, 2003 |
| Last Reviewed | December 18, 2008 |

District library guidelines are based on the American Library Association Library Bill of Rights. School District media personnel are concerned with generating understanding of American freedoms through the development of informed and responsible citizens. To this end the American Association of School Librarians asserts that the responsibility of the school library media center is:

    1.    To provide a comprehensive collection of instructional materials selected in compliance with basic written selection principles, and to provide maximum accessibility to these materials.

    2.    To provide materials that will support the curriculum, taking into consideration the individual's needs, and the varied interests, abilities, socio-economic backgrounds, and maturity levels of the students served.

    3.    To provide materials for teachers and students that will encourage growth in knowledge and that will develop literary, cultural and aesthetic appreciation, and ethical standards.

    4.    To provide materials which reflect the ideals and beliefs of religious, social, political, historical, and ethnic groups and their contribution to American and world heritage and culture, thereby enabling students to develop an intellectual integrity in forming judgments.

    5.    To provide a written statement, approved by the local Board of Education, of the procedures for meeting the challenge of censorship of materials in school library media centers.

    6.    To provide qualified professional personnel to serve teachers and students.

**Selection Procedures/Collection Development**

Curriculum needs are considered first and foremost in selection of library materials and equipment. The librarian must have a thorough knowledge of the curriculum, the strengths and weaknesses of the current collection, and an understanding of the students' abilities and skills. The librarian can then effectively select materials which will not only meet the instructional objectives, but will be educationally enriching to the student and fully utilized by the teacher.

Knowledge of student interests and capabilities will enable the librarian to select educational and enjoyable materials acceptable to the student for recreational reading. Faculty and students are encouraged to suggest materials to be considered for purchase. The final decision is left to the librarian (based on the criteria listed below) and with the principal approving the requisition. Materials will be examined upon delivery and will be kept if they fill the need for which they were intended.

**Selection Criteria to Consider**

    1.    Promotion of Literacy

    2.    Alignment with District Curriculum

    3.    Needs outlined by the Department of Elementary and Secondary Education

Exhibit 2

    4.       Intended Age Level and Comprehensibility

    5.       Potential User Appeal

    6.       Quality and Durability

    7.       Authoritativeness

    8.       Age of Publication

    9.       Price

    10.     Individual Building needs

**Weeding Procedures**
Removing materials from the library that are no longer useful is important in maintaining a collection which is timely, reliable, and inviting. The librarian will examine materials while doing the annual inventory and during routine day-to-day circulation of materials. Anything meeting the criteria for weeding will be withdrawn from library records and discarded. If it is an item for which there is still a need, a replacement will be purchased.

**Criteria for Materials to be Weeded**

    1.       Items which are soiled, damaged, or torn beyond repair.

    2.       Items which have exceeded age sensitivity.

    3.       Items found to contain unreliable information.

**Objectionable Materials**

Students or parents/guardians who find materials in the library objectionable in any manner may make a formal complaint by obtaining from the Superintendent's office Form 6241 - Review of Instructional Materials.  (See also Policy and Regulation 6241 – Controversial Materials.) However, prior to a formal complaint, an informal procedure for objectionable material will be initially sought in an attempt to resolve the issue. This could include parental permission before check out, circulation note, or patron notes.

If a written complaint is received, it will be considered by the Superintendent and the librarian in weighing the educational value of that particular resource, against the segment found objectionable to the complainant. Contingent with their decision, the material will be returned to the shelf for continued use, or removed from library circulation.

Exhibit 2