

| | |
|---|---|
| Book | Policies and Regulations |
| Section | 6000 Instructional Services |
| Title | School Libraries |
| Code | 6310 Policy |
| Status | Active |
| Adopted | July 1, 2003 |
| Last Revised | December 18, 2008 |

The Board believes that it is the responsibility of the District's library/media centers to provide materials that reflect the ideals and beliefs of religious, social, political, historical and ethnic groups, and their contributions to American and world cultures. Materials will be selected which are related to and support the District's curriculum. Selection of and access to library/ media materials will be based upon the contribution to the education program and the age appropriateness of the materials.

**Intellectual Access**

The library/media program serves as a point of access to information and ideas for students as they acquire critical thinking and problem-solving skills. Students and educators served by the library/media program should have access to resources and services free of constraints resulting from artificial barriers. Artificial barriers should not prevent students from accessing and using resources except as defined by District policies and regulations, including but not limited to selection, acquisition and Internet usage policies and regulations.

**Confidentiality**

The District recognizes the need for confidentiality of school library records. Therefore, no person will release any library record of any student, faculty or other library user to any third party except as provided by law.

Exhibit 1