

| | |
|---|---|
| Book | Policies and Regulations |
| Section | 6000 Instructional Services |
| Title | Challenged Materials |
| Code | 6241 Policy (Form 6241) |
| Status | Active |
| Adopted | June 1, 2003 |
| Last Revised | November 20, 2008 |

The Board has the ultimate responsibility for establishing the curriculum and for purchasing instructional and/or media materials to be used in the District. While the Board recognizes the right of students to free access to the many different types of books and instructional materials, the Board also recognizes the right of teachers and administrators to select books and other materials in accord with current trends in education and the established curriculum.

It is therefore the policy of the Board to require that books and other instructional materials shall be chosen for values of educational interest and the enlightenment of all students in the community. Instructional materials shall not be excluded on the basis of the writer's racial, nationalistic, political, or religious views. Every effort will be made to provide materials that present all points of view concerning international, national and local problems and issues of our times. Books, or other instructional or media materials of sound factual authority, shall not be prescribed, nor removed from library shelves or classrooms on the basis of partisan or doctrinal approval or disapproval. The Board will strive to provide stimulating, effective materials that will be appropriate to the community's values and the students' abilities and maturity levels.

Instructional or media materials used in the District's educational program consist of various types of print and non-print materials.  Despite the care taken to select those materials deemed to be educationally useful, occasional objections to the selection of instructional materials may be made by the public. However, the principles of academic freedom and the freedom to read must be defended, rather than the materials.

If a challenge is made, it should be properly channeled through guidelines and procedures established by the Board.

Exhibit 3