

**Teaching & Learning Department**

Dr. Curtis Cain
*Superintendent of Schools*

Dr. Keri Skeeters
*Assistant Superintendent,
Teaching & Learning*

Date: 2.9.2022

To: Board of Education

From: Dr. Keri Skeeters

Re: Challenged Material - *Gabi, A Girl in Pieces,* Isabel Quintero

The committee reviewed and voted to retain *Gabi, A Girl in Pieces,* Isabel Quintero. Feedback from the committee members is attached.

We ask the board to approve the recommendation of the committee to retain *Gabi, A Girl in Pieces.*

Wentzville School District – Teaching & Learning Department
280 Interstate Drive • Wentzville, MO  63385 • 636-327-3800
www.wentzville.k12.mo.us • keriskeeters@wsdr4.org

# Challenged Material Information

**Type of Material:** Library Book

**Title:**  *Gabi, A Girl in Pieces*

**Author:** Isabel Quintero

**Person Challenging:** Renee Henke

**Description of objectionable aspects of the material:**
None Listed

**Rationale for objection:**
Foul Language, Rape

# Committee Decision

**Committee Decision:** Retain

**Committee Vote (anonymous ballot):**
*In-person votes:*
6 Retain

*Votes submitted virtually:*
2 Retain
1 Retain with Restriction

# Definitions

**Retained**: No change

**Retained with Restriction**:  Parents can request a restriction be placed in their student's Destiny account for the work. This is already available to all parents in the district.

**Not Retained**:  Book removed. No access for any students.

# Committee Rationale/Comments

**Retain with NO change:**
The majority opinion of the committee is to retain the book with no change.  The committee was asked to consider the question:  **What is the appropriateness of the work for its intended educational purpose?**  Based on the fact that the book is a part of the library, committee members believe that removing the work would infringe on the rights of parents and students to decide for themselves if they want to read this work of literature.

- This book is not required reading for any student and they have a choice to check it out of the library. It is a very mild approach to how a young person has to deal with many aspects of life during their senior year of high school: friend that is pregnant, self worth, social acceptance, race, friend that told his parents he is gay, sexual awareness. There is no graphical representation of sex or drugs while addressing many of the issues our students face on a daily basis.

- This is well-written and age appropriate for high school students. I applaud this author for being able to address many teen social issues in such an appropriate way while sending a message of strength to young women.

- This is a book about a girl - whether it's personal or a family member or a friend - dealing in some way with drug abuse, teen pregnancy, racism, body issues, and eating disorders to name a few. Our students are faced with many of the same issues, and the author, Isabel Quintero - has created a character that our students can relate to. Quintero's book is NOT explicit. The book IS thought provoking and relevant to our teen readers.

- This book was age appropriate, no sexually explicit details.  Foul Language was age appropriate and descriptions of a feeling, not a physical act.  Shared the comparison that a friend would have for those she truly cared about.  Was learning about her own life with emotions that were constructive to her emotional and social growth. She eventually found the way to mature and grow up with pride and dignity through her humor and her poetry.

- This is a wonderful example of a coming of age story about a Mexican girl who is dealing not only with personal issues, but issues of her family and friends. Students reading this book may see themselves in some of the issues she deals with.  Gabi is a normal girl dealing with the natural issues of life. Even the illustrations in the book are helpful for the reader to understand that she is not alone in some of her concerns.  As a mother and teacher, I believe that this book should definitely remain.

- This book represents situations and experiences that many high school students face on a daily basis. I think this book is a necessary resource for students to be able to access freely in all our libraries.  To remove this would essentially be minimizing who they are and what they have experienced.  School libraries must represent the populations that they serve, adn this book respectfully handles a myriad of situations and characters from diverse backgrounds. Backgrounds that many students in our schools can identify with.  Regarding the reasons for this book being challenged, the fact that it mentions date rape is definetly an issue that students/teens can identify with and should be exposed to; it happens to morekids than we realize and they need to feel like they are understood.  THe language in the book was a realistic portrayal of how many teenagers talk and waste an unnecessary or offensive addition to the story.

- I believe this book should be retained because it provides an important window into the coming of age story of a girl that is relatable to just about anyone.  The book sends a positive message about body positivity, self love and empathy for your fellow man.  I believe that foul language was relevant to the context of the story and age appropriate as well. I also believe the book's perspective on rape and a takedown of the "boys will be boys" mentaility was especially impactful.  I would recommend this book as a must read for boys and girls alike; to remove this title from our libraries would be a disservice to all students in the district.

- This book provides immense educational value to the students of the Wentzville School District by addressing difficult, complex, and challenging issues faced by teenagers today.  The author addresses these topics with authenticity, compassion and care, enabling the reader to develop empathy with the characters.  This book has many themes including discussion of body image, fitting in, relationships, addiction, and gender norms which are discussed in accessible ways to teenagers, allowing them to see the complexities and understand how to face them positively and healthily. This is a great book to show teenagers they are not alone, that others are facing similar challenges and it would be an excellent book to discuss with a parent or teacher.

- This book appropriately, eloquently and completely addresses the many issues facing our young people in today's world. The voice of Gabi, and her empathy and growth during the book, make this a valuable book for teens experiencing similar challenges of body image, family conflict, gender identity, school success, bullying, date rage, mental health challenges, and conflict resolution.  The poetry as a vehicle of problem solving, personal journaling is very relatable to our teens.

> The language is very accurate and appropriate to the content of the book.  Our students deserve to have this Mexican American teen's experiences.

**Retain with Restriction:**
- "Due to so many mature topics I do feel this should be a book parents should be able to restrict for their children."