**INSTRUCTIONAL SERVICES**                                       Form 6241

Instruction

**Challenged Materials**

**REVIEW OF INSTRUCTIONAL MATERIALS**

Type of material (book, film, pamphlet, etc.): __Book_____

Title of material: __Lawn boy_____

Author: __Jonathan Evison_____

Publisher: __HighBridge, a division of Recorded Books__

Your name, address, telephone number: __Amber Crawford, 314-610-2422__

Do you have a child in the school concerned? __No__

Complainant also represents others: __All the unwoke WSD parents!__

(organization-name) _____

(other group-identify) _____

To what part of the material do you object: Cite words, page numbers: _____
See Page 19, 91, 174, explicit pedophilia content between a grown man and a boy!

Are you familiar with the range of materials used in the school system on this topic? __Yes, it's disgusting Pedophilia!__

Do you approve of presenting a diversity of points of view about this material in the classroom? __a big fat NO! It's Pedophilia!__

Should this be withdrawn from all students?    Yes __X__   No _____

_[signature]_                                   10/01/2021
Signature of Complainant                        Date

Please give/send this information to:    Dr. Curtis Cain
                                         Superintendent
                                         280 Interstate Dr.
                                         Address
                                         Wentzville, MO 63385

Page 19: "Not that it really matters, in fourth grade at a church youth ~~group meeting out in the bushes, I touched~~ Doug Goebbels d**k, and he touched mine. In fact, there was even some mouths involved."

Page 91: "What if I told you I touched another guy's d**k? What if I told you I sucked it? I was ten years old, but it's true. I put Doug Goebbels' d**k in my mouth. I was in fourth grade, it was no big deal. He sucked mine too. And you know what, it wasn't terrible."

page 174: "He talked about all times at the church but never mentioned our penises, or the fact that he never said ten words to me after our little foray in the bushes. Not a single reference to holding or tugging or sucking d**ks. All I could think about while he was chatting me up, was his little salamander between my fourth-grade fingers, rapidly engorging with blood."

page 230, she claimed it said, "Why won't you admit we suck each other's d**ks? We shared a HERSHEY's Bar, then you showed me your d**k. The next thing I know it's in my mouth. We suck each other's d**ks and you're pretending it didn't happen."

Page 1