**INSTRUCTIONAL SERVICES**                                              **Form 6241**

**Instruction**

**Challenged Materials**

**REVIEW OF INSTRUCTIONAL MATERIALS**

Type of material (book, film, pamphlet, etc.): Book

Title of material: All Boys Aren't Blue: A Memoir-Manifesto

Author: George Johnson

Publisher: Macmillan Audio

Your name, address, telephone number: Amber Crawford, 314-610-2422

Do you have a child in the school concerned? No

Complainant also represents others: All sane WSD parents!

(organization-name) _____

(other group-identify) _____

To what part of the material do you object: Cite words, page numbers: _____

Are you familiar with the range of materials used in the school system on this topic? Yes, it's disgusting!

Do you approve of presenting a diversity of points of view about this material in the classroom? a big fat NO! It's porn!

Should this be withdrawn from all students?     Yes  X          No _____

_____        09/30/2021
Signature of Complainant                  Date

Please give/send this information to:     Dr. Curtis Cain

                                          Superintendent

                                          280 Interstate Dr.

                                          Address

                                          Wentzville, MO 63385

Page 266: "He reached his hand down and pulled out my dick. He quickly went to giving me head. I just sat back and enjoyed it as I could tell he was, too. He was also definitely experienced in what he was doing, because he went to work quite confidently.
He then came up and asked me if I wanted to try on him. I said sure. I began, and he said, "Watch your teeth." I didn't want to
let him know I was inexperienced. So, I slowed down and took my time and luckily got into a good rhythm. He didn't know I was a virgin, and I did my best to act dominant like my favorite porn star. I was an actor, and this was my movie."
This graphic sex scene progresses through page 267, which I will not include here.