**INSTRUCTIONAL SERVICES**  Form 6241

**Instruction**

**Challenged Materials**

**REVIEW OF INSTRUCTIONAL MATERIALS**

Type of material (book, film, pamphlet, etc.): Book

Title of material: Heavy: an American memoir

Author: Keise Laymon

Publisher: Simon and Schuster Audio

Your name, address, telephone number: Amber Crawford, 314-610-2422

Do you have a child in the school concerned? No

Complainant also represents others: All sane WSD parents!

(organization-name) _____

(other group-identify) _____

To what part of the material do you object: Cite words, page numbers: _____

Are you familiar with the range of materials used in the school system on this topic? Yes, it's disgusting!

Do you approve of presenting a diversity of points of view about this material in the classroom? a big fat NO! It's porn!

Should this be withdrawn from all students?   Yes  X     No _____

_____   09/30/2021
Signature of Complainant              Date

Please give/send this information to:

Dr. Curtis Cain

Superintendent

280 Interstate Dr.

Address

Wentzville, MO 63385

"Renata pulled up her shirt, unhooked her bra and filled my mouth with her left breast. She used her right hand to pinch my nostrils until I could only breathe out of the corners of my mouth. I held my mouth open as wide as I could, hoping not to cut Renata's breast with my crooked front teeth. I remember praying to God the Tang overpowered the pork chop, rice, and gravy smell on my breath.  I didn't think Renata would want to stay my girlfriend if I made one of her nipples smell like pork chops, rice, and gravy. Choking on Renata's breasts made me feel lighter than I'd ever felt.  After a few minutes, Renata grabbed my penis and kept saying, "Keep it straight, Kie. Can you keep it straight?""  The above quote refers to a 12 year old boy and his babysitter.   Heavy also includes a scene that describes "running a train" on a 15 year old girl.  And no, this has nothing to do with Amtrak.