**INSTRUCTIONAL SERVICES** **Form 6241**

**Instruction**

**Challenged Materials**

## REVIEW OF INSTRUCTIONAL MATERIALS

Type of material (book, film, pamphlet, etc.): Book

Title of material: Fun Home: A Family Tragicomic

Author: Alison Bechdel

Publisher: Mariner Books

Your name, address, telephone number: Amber Crawford, 314-610-2422

Do you have a child in the school concerned? No

Complainant also represents others: All the unwoke WSD parents!

(organization-name)

(other group-identify)

To what part of the material do you object: Cite words, page numbers:
See Page 2

Are you familiar with the range of materials used in the school system on this topic? Yes, it's disgusting!

Do you approve of presenting a diversity of points of view about this material in the classroom? a big fat NO! It's porn!

Should this be withdrawn from all students? Yes X No

[signature] 09/30/2021

Signature of Complainant Date

Please give/send this information to: Dr. Curtis Cain
Superintendent
280 Interstate Dr.
Address
Wentzville, MO 63385

VEERING TOWARD SCYLLA SEEMED MUCH THE SAFER ROUTE. AND AFTER NAVIGATING THE PASSAGE, I SOON WASHED UP, A BIT STUNNED, ON A NEW SHORE.
LESBIAN TERRORIST
(FROM A RECENT ONE-WOMAN PROTEST AGAINST SOME VISITING CHRISTIANS)
KEEP YOUR GOD OFF MY BOD
LIKE ODYSSEUS ON THE ISLAND OF THE CYCLOPS, I FOUND MYSELF FACING A "BEING OF COLOSSAL STRENGH AND FEROCITY, TO WHOM THE LAW OF MAN AND GOD MEANT NOTHING."
N TRUE HEROIC FASHION, I MOVED OWARD THE THING I FEARED.
YET WHILE ODYSSEUS SCHEMED DESPERATELY TO ESCAPE POLYPHEMUS'S CAVE, I FOUND THAT I WAS QUITE CONTENT TO STAY HERE FOREVER.

