**From:** Priscilla Frost <priscillafrost@wsdr4.org>
**Cc:** KERI SKEETERS <keriskeeters@wsdr4.org>
**Subject:** WSD Challenged Library Materials Committee
**Date:** November 3, 2021 at 2:26:46 PM CDT

Thank you for agreeing to be a part of the committee to review challenged library materials.  This email will outline our timeline and process.  According to Board Policy 6241, the Superintendent/ Superintendent's designee will appoint a review committee consisting of:

- Administrator of the building involved

- 3 teachers

- 1 member of the Board of Education

- 4 lay persons

The role of this committee is to evaluate challenged materials and make a recommendation to the Board of Education.  For each book, members of the committee will complete an individual evaluation and the committee will submit a recommendation with a majority and minority opinion explanation to the Board of Education.

We currently have 2 books for the committee to review:

*The Bluest Eye*
by Toni Morrison

*Lawn Boy*
by Jonathan Evison

We will read
*The Bluest Eye*
by Toni Morrison first and then move on to
*Lawn Boy*
by Jonathan Evison.

We ask that you read the text in its entirety, if you find you are unable to complete the book in its entirety, please let me know so that I can provide you with the proper resources to create a clear picture of the text.

If you do not already have your copy of
*The Bluest Eye*,
we will be delivering it to you by Friday, November 5th.
Please let me know if you do
**NOT**
need a copy.

**Timeline:**

**Monday, November 29th @ 5 p.m.**

Virtual meeting to discuss

*The Bluest Eye*
by Toni Morrison.  Please complete
THIS
form by 8 a.m. on Monday, November 29th

November 29th Google Meet Link

**Tuesday, November 30th- tentative pending material obtainment:**

*Lawn Boy*
by Jonathan Evison delivered to you

**Monday, December 13th @ 5 p.m.- tentative pending material obtainment**

Virtual meeting to discuss
*Lawn Boy*
by Jonathan Evison.  Please complete
THIS
form by 8 a.m. on Monday, December 13th

December 13th Google Meet Link

***Supporting Materials to Review:***

Toni Morrison Biography

The Bluest Eye Summary

The Bluest Eye Online Text

Common Sense Media Review of The Bluest Eye

**Guidelines for evaluation of a challenged text**

To guide us through this process we have used the American Library Associations resources for review of challenged materials.
The ALA states that when
evaluating a challenged book, you must set aside your own personal beliefs and evaluate the work using objective standards.
Additionally, The Library Bill of Rights is a guiding framework for libraries:

**Library Bill of Rights**

The American Library Association affirms that all libraries are forums for information and ideas, and that the following basic policies should guide their services.

I. Books and other library resources should be provided for the interest, information, and enlightenment of all people of the community the library serves. Materials should not be excluded because of the origin, background, or views of those contributing to their creation.

II. Libraries should provide materials and information presenting all points of view on current and historical issues. Materials should not be proscribed or removed because of partisan or doctrinal disapproval.

III. Libraries should challenge censorship in the fulfillment of their responsibility to provide information and enlightenment.

IV. Libraries should cooperate with all persons and groups concerned with resisting abridgment of free expression and free access to ideas.

V. A person's right to use a library should not be denied or abridged because of origin, age, background, or views.

VI. Libraries which make exhibit spaces and meeting rooms available to the public they serve should make such facilities available on an equitable basis, regardless of the beliefs or affiliations of individuals or groups requesting their use.

VII. All people, regardless of origin, age, background, or views, possess a right to privacy and confidentiality in their library use. Libraries should advocate for, educate about, and protect people's privacy, safeguarding all library use data, including personally identifiable information.

Adopted June 19, 1939, by the ALA Council; amended October 14, 1944; June 18, 1948; February 2, 1961; June 27, 1967; January 23, 1980; January 29, 2019.

**Board Policy 6310**

**WSD District Library Guidelines:**

District library guidelines are based on the American Library

Association Library Bill of Rights. School District media personnel are concerned with generating understanding of American freedoms through the development of informed and responsible citizens. To this end, The American Association of School Librarians asserts that the responsibility of the school library media center is:

1. To provide a comprehensive collection of instructional materials selected in compliance with basic written selection principles, and to provide maximum accessibility to these materials.

2. To provide materials that will support the curriculum, taking into consideration the individual's needs, and the varied interests, abilities, socio-economic backgrounds, and maturity levels of the students served.

3. To provide materials for teachers and students that will encourage growth in knowledge and that will develop literary, cultural and aesthetic appreciation, and ethical standards.

4. To provide materials which reflect the ideals and beliefs of religious, social, political, historical, and ethnic groups and their contribution to American and world heritage and culture, thereby enabling students to develop an intellectual integrity in forming

judgments.

**WSD Library Selection Procedures/Collection Development**

Curriculum needs are considered first and foremost in selection of library materials and equipment. The librarian must have a thorough

knowledge of the curriculum, the strengths and weaknesses of the current collection, and an understanding of the students' abilities and skills. The librarian can then effectively select materials which will not only meet the instructional objectives, but will be educationally enriching to the student and fully utilized by the teacher.

Knowledge of student interests and capabilities will enable the librarian to select educational and enjoyable materials acceptable to the student for recreational reading. Faculty and students are encouraged to suggest materials to be considered for purchase. The final decision is left to the librarian (based on the criteria listed below) and with the principal approving the requisition. Materials will be examined
upon delivery and will be kept if they fill the need for which they were intended.

**Selection Criteria to Consider**

1. Promotion of Literacy

2. Alignment with District Curriculum

3. Needs outlined by the Department of Elementary and Secondary Education

4. Intended Age Level and Comprehensibility

5. Potential User Appeal

6. Quality and Durability

7. Authoritativeness

8. Age of Publication

9. Price

10. Individual Building needs

When selecting books and materials to be a part of the collection, librarians use the  following professional organizations to
aid in selection of resources:

*School Library Journal*

*American Association for School Libraries*

*American Library Association*

*Young Adult Libraries Services Association*

**Board Policy 6310:**

The Board believes that it is the responsibility of the District's library/media centers to provide materials that reflect the ideals and beliefs of religious, social, political, historical and ethnic groups, and their contributions to American and world cultures. Materials will be selected which are related to and support the District's curriculum. Selection of and access to library/ media materials will be based upon the contribution to the education program and the age appropriateness of the materials.

**Intellectual Access**

The library/media program serves as a point of access to information and ideas for students as they acquire critical thinking and problem-

solving skills. Students and educators served by the library/media program should have access to resources and services free of constraints resulting from artificial barriers. Artificial barriers should not prevent students from accessing and using resources except as defined by District policies and regulations, including but not limited to selection, acquisition and Internet usage policies and regulations.

If you have any questions, please do not hesitate to reach out.

Priscilla

--

wentzville.k12.mo.us.            #WSDlearns #WeAreWentzville

<mailcore::MessageHeader:0x600000b07c80 Message-ID: CAMP8BPNRjxThyANqdH4neQ9HrG4oNrSd+T3OHGcx3pEf9PWvBg@mail.gmail.com From: mailcore::Address:0x60000250d520 Priscilla Frost <priscillafrost@wsdr4.org> Cc: [mailcore::Address:0x60000250c260 KERI SKEETERS <keriskeeters@wsdr4.org>] Subject: WSD Challenged Library Materials Committee Return-Path: <priscillafrost@wsdr4.org> Content-Type: multipart/alternative; boundary="000000000000002eb6b905cfe76699" X-Received: by 2002:ac2:5fe9:: with SMTP id s9mr33726445Ifg.412.1635967645506; Wed, 03 Nov 2021 12:27:25 -0700 (PDT) X-Google-Smtp-Source: ABdhPJyd0ywqAMgJpLTmEk18w/8OKp97dxqwPkXxCH3KM7h3RoS4wKOzOdNrC/e2UPC+mRYA4iY Delivered-To: keriskeeters@wsdr4.org MIME-Version: 1.0 Authentication-Results: mx.google.com; dkim=pass header.i=@wsdr4.org header.s=google header.b=G8ZGvO8d; spf=pass (google.com: domain of priscillafrost@wsdr4.org designates 209.85.220.41 as permitted sender) smtp.mailfrom=priscillafrost@wsdr4.org; dmarc=pass (p=NONE sp=NONE dis=NONE) header.from=wsdr4.org X-Gm-Message-State: AOAM530GBIMVLL5Am/UVwgUP2QwA3KF6r86LV6n9g/WBsoRvXfvXLMBg V2domIXAr7LH1mt00ZKXYnGtt81xcjkd3/+1Jp6zSqJYUXfSlL5zEn0= ARC-Authentication-Results: i=1; mx.google.com; dkim=pass header.i=@wsdr4.org header.s=google header.b=G8ZGvO8d; spf=pass (google.com: domain of priscillafrost@wsdr4.org designates 209.85.220.41 as permitted sender) smtp.mailfrom=priscillafrost@wsdr4.org; dmarc=pass (p=NONE sp=NONE dis=NONE) header.from=wsdr4.org DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=wsdr4.org; s=google; h=mime-version:from:date:message-id:subject:cc; bh=e0CDY1GS1ik4XduMFhBswRsdlBjT5DQzXEKI69VAF8I=; b=G8ZGvO8d7/6+4EC3taBa+pl6gM+tx7I6Bv97r+EgbRmELrQUHJdIfcKyc417gkwtO GhUCc4QjqJoPCkUj8f86btSOT00bfxUWSh2YCUwwjECKVoPSpyauffbyjWir7+nBB/bA 7+pZTkPIOjHpgWai3jW8Vughi6VIK f0ns+7m1ds= Received: by 2002:a19:d601:0:0:0:0:0 with SMTP id n1csp2953380lfg; Wed, 3 Nov 2021 12:27:25 -0700 (PDT) ARC-Seal: i=1; a=rsa-sha256; t=1635967645; cv=none; d=google.com; s=arc-20160816; b=pejDu6OkyoTUA2EOfmz9NWFs40DC0MkdcGKqErCG70YHwdx5N5rjLrfyfgHcWJmDCA KI2Zo02ZHi57h1DUz5CnYGear5cTHu18r9ecn5jQYf92AHSf/MrHOgODunsRH/fC7pV ZH5CDUyZWqw7b4dNArL67Y9aZnN2woH5AaYfgUkqyw7xCMIfkuevaDkqalFVfydzk0SY WpnOfYZUc/pSaB+kDX2MzyVvsi2fQQooESnke0o5Ba5IKrvreUeTjEHIP6LZujgVDVjA/ jGOsv90jQWuB108SAPFUy8u200FQhc3rtQHn0O1u7y9KmYsd+v2scw3VngQhCaONlg14 8UHQ== Received-SPF: pass (google.com: domain of priscillafrost@wsdr4.org designates 209.85.220.41 as permitted sender) client-ip=209.85.220.41; X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=1e100.net; s=20210112; h=x-gm-message-state:mime-version:from:date:message-id:subject:cc; bh=e0CDY1GS1ik4XduMFhBswRsdlBjT5DQzXEKI69VAF8I=; b=nDbvuSV+r2QmYIdHDn6WoXFSttoTPkkRlOSbZnht+gLgcGJdj6607pPeBMy2cmAgv9 gQbOPXCQ7sq6KxtPISQhP9xMrGResYsdfS1lEPnxobns6GGc0LLpDTh0XMqnyPtjZF+ 4PsIlbeQJZ08aMyvkn07+MUEYTDDW6R7rL3Np5hcwmxzHF9I34B5koPg1jPTPImp6jhxa 1RcROTvgpwbHMD3xLMBFIds0lJob55LqQ+bM5vhGNpEboRk9b0S/JLxCpF0hiuz+x/pA Ttl/gRK4lUKLORroJtRFc7aXbvNDOyUt137h7lgzRjmrYRI1jRP6RkxjXkvGUOXM3CyN 0Q/Q== ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816; h=cc:subject:message-id:date:from:mime-version:dkim-signature; bh=e0CDY1GS1ik4XduMFhBswRsdlBjT5DQzXEKI69VAF8I=; b=Kg00ERz2pdh5EAdhVH3Q1YtkAfNK2zkUB9zJxLov8YgjCzF.cme/0kfDhWMb4Ukz5xp olkqqUR2rrhB7jR9GTGJNO4IvE/COpJQjSvqwcmmaDKxBJtaUF8iSimPv/cxC0LTZBm 97s/wvPmyz0uCFPDk7+rV5ls68n7H01LcSESPkgj1lG0SM9bXYHGH8pVXQqzwFrb6TOn CesFGRPckHPY40zkiT5zecrbwYVmoxDjOgA8qNG6XX/UOsgR5NXyV8s//oVfdjxQI0JR VIC.Jys8dpVqrZaHiVJwRwlA/8+d7WL8gXmJYDkMb9Bh60188oc7kBec3t19YqP2jn0uP wGyg==> Email-Archiver-Version: 384.100