From: KRISTIE LOCK <kristielock@wsdr4.org>
To: KERI SKEETERS <keriskeeters@wsdr4.org>
Subject: Book Challenges
Date: October 13, 2021 at 8:20:05 AM CDT

Good morning.

I found the board policy and read through the process. I could not find the form that concerned patrons are required to complete.

Why are we permanently pulling books without a committee review? I feel that we are sending the wrong message. Are these people going to think they can simply fill out a form and have a book removed without discussing the merits of the ENTIRE book? It seems that one small passage from the books is being targeted.

As a librarian, I feel that I should be allowed to see the complaint.

Are Dr. Cain and the board president already forming the committee?

I am sure I will have more questions, as this hurts my library nerd heart to the core.

Thanks for your time.

On Wed, Oct 13, 2021 at 7:00 AM KERI SKEETERS <keriskeeters@wsdr4.org> wrote:
> Hi Kristie,
>
> We've had 5 challenged materials forms submitted, all from the same person. All complaints are indicating the content in the books is pornography and in the case of one book, pedophilia. The books are:
> *All Boys Aren't Blue*
> *Heavy*
> *Fun Home: A Family Tragicomic*
> *Lawn Boy*
> *The Bluest Eye*
>
> We are taking *Lawn Boy* and *The Bluest Eye* through the challenge process. The other books have been permanently removed.
>
> I've attached the regulation so you can see how the committee is formed. Dr. Cain is largely responsible; however, the board president is the one who recommends the "lay participants." We will end up with a total of 4. You can certainly send me some names and I'll be happy to share them with Dr. Cain.
>
> There are 3 teachers who serve on the committee and those are selected by Dr. Cain.
>
> I think I addressed everything you asked but make sure that I did please and let me know if I didn't.
>
> Thanks for reaching out!

**Keri Skeeters, Ed.D** (she/her)

Assistant Superintendent  | Teaching & Learning

O: 636-327-3800    keriskeeters@wsdr4.org
C: 636-346-1450

wentzville.k12.mo.us       #wearewentzville  #wsdlearns

*As an educator and leader, I am always growing!*
*Please share your feedback for me on* this quick, 5-question form.



*The Invisible Life of Addie Larue*, V.E. Schwab

On Tue, Oct 12, 2021 at 7:40 AM KRISTIE LOCK <kristielock@wsdr4.org> wrote:
> Good Morning.
>
> Wondering if the process has begun to form the committee to address the book challenges that are coming in. I have a few people in mind that would be good members. They are currently parents of students in the district.
>
> Also, how are the four teachers chosen? Will all four high schools be represented?
>
> Can you tell me what books are being challenged so far? And, are we allowed to see the formal complaints?
>
> Thanks,
> Kristie
>
>
> --
> Kristie Lock
> Librarian