From: Brynne Cramer <brynnecramer@wsdr4.org>
To: Jason Goodson <jasongoodson@wsdr4.org>
Subject: Staying on Board - October 1, 2021
Date: October 8, 2021 at 5:30:41 PM CDT



### October 8, 2021

*This email contains confidential information for members of the Board of Education and Cabinet.*

## COVID Dashboard

View COVID Dashboard

| Building | Active Cases - Past 14 Days | | | | | | | | | | Cumulative Totals - Since 8/24* | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Staff (+) | Student (+) | Student FullQ | Student WSD ModQ | Student ModQ Restricted (SCCDPH) | Student ModQ (State) | Staff FullQ | Staff WSD ModQ | Staff ModQ Restricted (SCCDPH) | Staff ModQ (State) | School Linked Cases | Staff (+) | Student (+) | Student FullQ | Student WSD ModQ | Student ModQ Restricted (SCCDPH) | Student ModQ (State) | Staff FullQ | Staff WSD ModQ | Staff ModQ Restricted (SCCDPH) | Staff ModQ (State) | School Linked Cases Since 9/16 |
| BEC | 0 | 3 | 0 | 25 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 9 | 47 | 25 | 1 | 0 | 5 | 0 | 0 | 0 | 2 |
| BTE | 1 | 3 | 13 | 7 | 0 | 11 | 0 | 0 | 0 | 0 | 1 | 1 | 15 | 111 | 7 | 0 | 27 | 1 | 0 | 0 | 0 | 3 |
| CRE | 0 | 11 | 49 | 23 | 3 | 17 | 1 | 0 | 0 | 0 | 3 | 2 | 20 | 95 | 23 | 3 | 29 | 11 | 0 | 0 | 0 | 3 |
| DRE | 0 | 1 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 13 | 209 | 0 | 0 | 32 | 1 | 0 | 0 | 0 | 2 |
| DUE | 1 | 2 | 8 | 0 | 0 | 9 | 0 | 0 | 0 | 0 | 1 | 4 | 58 | 208 | 0 | 0 | 61 | 3 | 0 | 0 | 0 | 1 |
| FMS | 0 | 1 | 0 | 17 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 9 | 79 | 17 | 2 | 5 | 0 | 0 | 0 | 0 | 1 |
| GTE | 2 | 6 | 25 | 5 | 0 | 28 | 0 | 0 | 0 | 0 | 2 | 3 | 22 | 108 | 5 | 0 | 33 | 0 | 0 | 0 | 0 | 3 |
| HIE | 0 | 6 | 28 | 21 | 0 | 21 | 0 | 0 | 0 | 0 | 1 | 3 | 14 | 143 | 21 | 0 | 36 | 2 | 0 | 0 | 0 | 3 |
| HPE | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 10 | 51 | 0 | 0 | 7 | 0 | 0 | 0 | 0 | 1 |
| HHS | 0 | 6 | 22 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 1 | 3 | 40 | 259 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 8 |
| JES | 0 | 2 | 39 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 7 | 68 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 |
| LVE | 0 | 3 | 17 | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 1 | 0 | 10 | 70 | 0 | 0 | 15 | 0 | 0 | 0 | 0 | 2 |
| LHS | 1 | 10 | 26 | 12 | 1 | 2 | 0 | 0 | 0 | 1 | 6 | 2 | 33 | 197 | 12 | 1 | 14 | 1 | 0 | 0 | 1 | 11 |
| NPH | 1 | 9 | 58 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 4 | 3 | 17 | 146 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 7 |
| PRE | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 7 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PVE | 1 | 9 | 44 | 33 | 1 | 17 | 0 | 0 | 0 | 0 | 3 | 2 | 17 | 137 | 33 | 1 | 24 | 1 | 0 | 0 | 0 | 4 |
| SMS | 0 | 2 | 33 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 19 | 178 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 4 |
| SCE | 2 | 6 | 31 | 31 | 5 | 10 | 0 | 0 | 0 | 0 | 1 | 3 | 7 | 39 | 31 | 5 | 10 | 0 | 0 | 0 | 0 | 1 |
| THS | 3 | 10 | 34 | 70 | 0 | 3 | 0 | 0 | 0 | 0 | 3 | 4 | 33 | 229 | 70 | 0 | 6 | 0 | 0 | 0 | 0 | 6 |
| WBE | 0 | 6 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 26 | 218 | 0 | 0 | 19 | 4 | 0 | 0 | 0 | 3 |
| WMS | 1 | 4 | 58 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 4 | 2 | 18 | 198 | 0 | 0 | 8 | 1 | 0 | 0 | 0 | 6 |
| PEARCE | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TMDC | 4 | 4 | 22 | 1 | 1 | 0 | 10 | 0 | 3 | 1 | 2 | 4 | 4 | 22 | 1 | 1 | 0 | 10 | 0 | 3 | 1 | 2 |
| WSD TOTALS | 18 | 107 | 523 | 245 | 14 | 131 | 11 | 0 | 3 | 2 | 36 | 51 | 410 | 2828 | 245 | 14 | 345 | 40 | 0 | 3 | 2 | 73 |
| *TOTALS prior to WSD-led tracing on 9/16 | | | | | | | | | | | | 26 | 238 | 1515 | 0 | 0 | 140 | 16 | 0 | 0 | 0 | data unknown |

**Active Case Data and Cumulative Totals do not include data for close contacts with vaccine exemptions

FullQ - includes students on fullQ before new mod-restrictedQ &WSD-modQ, also includes any close contact in an extracurricular setting
WSD-modQ - for any close contact who was unmasked, regardless of the positive case's masking status
ModQ restrict - for any close contact who was masked with an unmasked positive case
ModQ - close contact and positive were both masked

# Pumps at Holt High School

One of two HVAC pumps at Holt High School has begun leaking. We are temporarily fixing the leaking pump and have determined that the pumps in their current condition could result in the loss of our ability to provide adequate heating for Holt High School.

Due to the current and unusual lead time to receive this type of equipment, we have decided to obtain quotes from several HVAC contractors to give us optional ideas and estimated costs to remediate this situation. The formal Request For Proposal (RFP) process which would normally be used for this type of work will not occur due to these unusual lead times and the critical condition of the pumps. The estimated costs to replace these pumps at this time is about $60,000.

# State Auditor Notification

The Missouri State Auditor has certified the proposed tax rates approved by the Board in September. This certifies that our proposed rates comply with Missouri laws and enables the District to receive taxes as anticipated.

# Update on Review of Instructional Materials - Form 6241

As of today, the district has received five completed Review of Instructional Materials forms (Form 6241). We have received the form for the following titles:

All Boys Aren't Blue George M. Johnson
Heavy: An American Memoir Kiese Laymon
Fun at Home: A Tragicomic Alison Bechdel
Lawn Boy Jonathan Evison
The Bluest Eye Toni Morrison

When school librarians select books, they use a variety of resources to help them make the best decisions for their students. Trusted reviews, such as from the School Library Journal, as well as awards and curated lists from the American Library Association (ALA) and the Young Adult Library Services Association

(YALSA), provide school librarians with guidance in their purchases.

When a school librarian becomes aware of a concern regarding a book, the typical practice is for the librarian to pull a copy of that book to read and review. Sometimes, as a result of that review, the decision is to remove the book from the library collection.

This is what has occurred with three of the five books listed above. After reviewing All Boys Aren't Blue, Heavy: An American Memoir, and Fun at Home: a Tragicomic, each has been permanently removed from our library collections.

Lawn Boy (the book by Jonathan Evison, not the book by Gary Paulsen) has been removed from circulation per Regulation 6241 and will remain out of circulation for the duration of the review period.

The form for The Bluest Eye was received today. All buildings have been notified of this review and have been instructed to remove the title from circulation for the duration of the review period.

*Information included in this document has been redacted as it pertains individually identifiable information of students which is properly closed pursuant to section 610.021(6), RSMo.

## Parent Car Fire at Stone Creek

Stone Creek Elementary parents and staff stepped up in a big way yesterday morning after a fire started in a parent's car at school drop off. After noticing flames coming from inside the car, staff signaled for someone to call 911. Both mom and kiddos made it out of the vehicle safely, and ▓▓▓▓▓▓▓▓, parent and former firefighter, rolled his sleeves up to put the fire out with a fire extinguisher as Wentzville Fire Department made it on the scene.

Shout out to the Wentzville Fire Department for already replacing the damaged car seat for the family. Great work to everyone involved!

## Heritage Increased Caution

We were made aware of a male parked near Heritage Elementary today, Oct. 8, who appears to have been engaging in sexual self-gratification in his vehicle. The individual was close, but not on school property. Police are searching for the suspect who appears to have left the area. Out of an abundance of caution, we increased staff and police presence outside of the building. Our students' safety remains our top priority.

Classes and the fun run resumed as normal. I stopped by, and the kids were still able to enjoy their