

March 7, 2022

**VIA EMAIL ONLY:** trothert@aclu-mo.org
Mr. Anthony Rothert
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101

Dear Mr. Rothert:

This will respond to representations made in your February 25, 2022 press release regarding the status of various Wentzville R-IV School District ("District") books. It will also address similarly inaccurate representations set forth in the Amended Complaint you filed on the same day before the U.S. District Court for the Eastern District of Missouri in Case No. 4:22-cv-00191-MTS.

Despite your characterization of *Fun Home: A Family Tragicomic,* by Alison Bechdel; *All Boys Aren't Blue,* by George M. Johnson; *Heavy: An American Memoir,* by Kiese Laymon; *Lawn Boy,* by Jonathan Evison; *Gabi, A Girl in Pieces*, by Isabel Quintero; *Modern Romance: An Investigation*, by Aziz Ansari; and *Invisible Girl: A Novel* by Lisa Jewell, as "banned books" in both your press release and Amended Complaint, none of these titles have in fact been "permanently removed" from circulation by the District at this time.[1]

*Fun Home: A Family Tragicomic; All Boys Aren't Blue; Heavy: An American Memoir;* and *Lawn Boy* are all titles under challenge and currently in committee review pursuant to District Board policy. *Modern Romance: An Investigation* and *Invisible Girl: A Novel* have been returned to circulation in the District without restriction. As such, most (if not all) of the issues raised in present litigation would seem to be moot or unripe. Regardless, I assume that future pleadings and public statements on the matter will accurately reflect the status of the materials under discussion.

Please feel free to reach out to me if you would like to discuss this matter further. Nothing herein is intended as a waiver of any right, defense, claim or argument available to the District, nor should it be construed or represented as such.

Cordially,

/s/ *Drew Marriott*
Drew Marriott

---

[1] As you are aware, the District's Board of Education rescinded its prior decision to not retain *The Bluest Eye* by Toni Morrison, and voted to retain the title without restriction on February 25, 2022. Further, as acknowledged in the Amended Complaint, *Gabi* has been retained and returned to circulation after review by the District's Board of Education.

**J. Drew Marriott**
dmarriott@edcounsel.law

**T:** (816) 252-9000 | **F:** (816) 252-9009
201 N. Forest Ave, Ste. 200, Independence, Missouri 64050

Columbia, Missouri
Independence, Missouri
Lake Saint Louis, Missouri
Springfield, Missouri