# Books

These are the books that are used to spread radical and racist ideologies to students. They demean our nation and its heroes, revise our history, and divide us as a people for the purpose of indoctrinating kids to a dangerous ideology. There are loads of these books for every reading and grade level. If you come across additional ones please let us know and we will add them here.

These books spread many different messages.

Critical Race Theory

Anti-Police

Comprehensive Sexuality Education

## Critical Race Theory



































OUR SKIN
A FIRST CONVERSATION ABOUT RACE
MEGAN MADISON, JESSICA RALLI, & ISABEL ROXAS

OVER 1 MILLION COPIES SOLD
PEDAGOGY OF THE OPPRESSED
PAULO FREIRE
BLOOMSBURY

THE CLASSIC NATIONAL BESTSELLER
HOWARD ZINN
A PEOPLE'S HISTORY OF THE UNITED STATES
MORE THAN TWO MILLION COPIES SOLD

The Price of Nice
How Good Intentions Maintain Educational Inequity

RACE CARS
A children's book about white privilege by Jenny Devenny

THE NEW YORK TIMES BESTSELLER
So you want to talk about race
Ijeoma Oluo

THE #1 NEW YORK TIMES BESTSELLER
JASON REYNOLDS
IBRAM X. KENDI
STAMPED
RACISM, ANTIRACISM, AND YOU

#1 NEW YORK TIMES BESTSELLER
THIS BOOK IS ANTI-RACIST
20 LESSONS ON HOW TO WAKE UP, TAKE ACTION, AND DO THE WORK
BY TIFFANY JEWELL
AURÉLIA DURAND

WHAT DOES IT MEAN TO BE WHITE?
Developing White Racial Literacy
Robin DiAngelo

What Is PRIVILEGE?
Inspiring Little Minds to Make Big Changes
Ashley Gooding & Kayla Delalt

WHITE FRAGILITY
WHY IT'S SO HARD FOR WHITE PEOPLE TO TALK ABOUT RACISM
ROBIN DIANGELO
FOREWORD BY MICHAEL ERIC DYSON

WOKE
A YOUNG POET'S CALL TO JUSTICE
MAHOGANY L. BROWNE

WOKE BABY
MAHOGANY L. BROWNE
ILLUSTRATED BY THEODORE TAYLOR III

Yaqui Delgado Wants to Kick your Ass
MEG MEDINA

HOWARD ZINN
A YOUNG PEOPLE'S HISTORY OF THE UNITED STATES

## Anti-Police
















## Comprehensive Sexuality Education








   

   

   

   

   

Ask a Queer Chick
A Guide to Sex, Love, and Life for Girls Who Dig Girls
Lindsay King-Miller

BEYOND MAGENTA
TRANSGENDER teens SPEAK out

POCKET CHANGE COLLECTIVE
BEYOND THE GENDER BINARY
ALOK VAID-MENON

The Bluest Eye
A novel by
Toni Morrison
WINNER OF THE NOBEL PRIZE
WITH A FOREWORD BY THE AUTHOR

THIS BOOK IS GAY
JUNO DAWSON

THE BREAKAWAYS
CATHY G. JOHNSON

Changing You!
Dr. Gail Saltz

DOING IT!
LET'S TALK ABOUT SEX.
CONSENT. VIRGINITY. MASTURBATION. LGBTQ. SEX ED. CONTRACEPTION. HEALTHY RELATIONSHIPS. SEX SHAMING. BODY IMAGE. STIs. SEXUAL PLEASURE.
HANNAH WITTON

NATIONAL BOOK CRITICS CIRCLE AWARD FINALIST
Fun Home
A FAMILY TRAGICOMIC
FUN HOME
ALISON BECHDEL

GENDER IDENTITY WORKBOOK for TEENS
Practical Exercises to Navigate Your Exploration, Support Your Journey, and Celebrate Who You Are

GENDER QUEER
A MEMOIR
MAIA KOBABE

GEORGE
ALEX GINO
SCHOLASTIC

MARGARET ATWOOD
THE HANDMAID'S TALE

I Am Jazz

Lauren Myracle
the infinite moment of us

IT FEELS GOOD TO BE YOURSELF
A BOOK ABOUT GENDER IDENTITY

INTRODUCING TEDDY
A story about being yourself
JESSICA WALTON
DOUGAL MacPHERSON

MILLION COPY BESTSELLER—NEWLY REVISED AND UPDATED
It's Perfectly Normal
Changing Bodies, Growing Up, Sex, Gender, and Sexual Health
ROBIE H. HARRIS MICHAEL EMBERLEY

JACK (NOT JACKIE)

JACK OF HEARTS
(AND OTHER PARTS)
L. C. ROSEN

ABOUT GET EDUCATED RESOURCES REPORTING LEGAL CASES BLOG SHOP
DONATE LOGIN

     

   

   

   

   

Rainbow Book List

More CSE Books K-5

More CSE Books
Middle School

EDUCATING
EMPOWERING
ENGAGING
ERADICATING
Contact Us
Shop
Donate
Follow us:
Search

© Copyright noleftturn.us 2021