## Declaration of Harvey J. Graff
## (Pursuant to 28 U.S.C. § 1746)

I, Harvey J. Graff, hereby declare and state as follows:

1.      I am over the age of 18 and a resident of Columbus, Ohio. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to those facts if called as a witness.

2.      I am a Professor Emeritus of English and History, and the Ohio Eminent Scholar in Literacy Studies at The Ohio State University.

3.      I write as one of the most distinguished historians of literacy—reading and writing—in the world. Author of many books and professional articles, until my retirement, I was the inaugural Ohio Eminent Scholar in Literacy Studies at The Ohio State University, where I founded and directed the unique, university-wide, interdisciplinary initiative LiteracyStudies@OSU. I have been honored in Europe and South America as well as the United States and Canada. My writings are translated into other languages. They include the landmark *The Literacy Myth; The Legacies of Literacy; The Labyrinths of Literacy*; *Literacy Myths, Legacies, and Lessons;* and in press now *Searching for Literacy: The Social and Intellectual Origins of Literacy Studies.*

4.      Closely related, I am one of the leading historians of children, youth, and families in North America and Europe, and comparative U.S., Canadian, and European history. My 1995 book, *Conflicting Paths: Growing Up in America,* is considered a classic.

5.      I speak from almost half a century of classroom teaching and close relationships with young people and their intellectual, social, cultural, and emotional development as they become maturing young citizens.

6.      Finally, I speak with both professional and personal knowledge of most of the works of literature that the radical banners seek to remove, hide, and even destroy.

7.      I address today's radical, unprecedented, unconstitutional, and inhumane campaign to ban books in schools across the United States from multiple intersecting dimensions. They span general scholarship, history, education, child studies and child development, and respect for and knowledge of the law and the U.S. Constitution. They also include understanding both the text and the legal and cultural traditions of "We the People" as well as the political, social, and cultural concepts of "The American People" and "The Public Welfare and Interest." Importantly, they include the rights of children, for which we fought in this country from the late 19th century well into the early 21st century.

**Today's campaigns**

8.      Today, campaigns by the radical right-wing are nationally organized, well-funded, and blatantly ignorant of the very texts they wish to erase and cancel—even *burn*. These campaigns also have no understanding of "The People," "The American Public," and "Public Interest"; children's development, paths of maturation, and the roles of reading; and the U.S. and state constitutions, or—in example after example—the formal guidelines of school and local libraries. This is the case in Missouri as across the nation.

1

9.     The banners—whether organized and provided with written scripts or acting in isolation in response to viral social media posts—are a small, undemocratic minority of Americans and parents. They speak for very few but speak loudly because of their dishonest manipulation of racist, xenophobic, sexist, transphobic, and white supremacist fears and grievances. Sadly, one of them may speak more loudly at local school board meetings than 20 calm, informed voices.

10.     Those who challenge books do not always have children attending the schools whose libraries they ransack. One of Texas' loudest, most dishonest banners proclaims her commitment to "protect her children." But her two children graduated from high school before her current campaign and attended the school while the books their mother attacks today sat unquestioned on library shelves.

11.     Among the dishonest tactics of the banners are these: Whether before a library committee, a school board meeting, the media or social media, or letter to the editor or opinion essay, they begin with reference to the slippery slope of the purported "age appropriateness" of a given text. Within a minute or two, or a paragraph or two, without acknowledgement, they shift to "appropriateness" without qualification. For example, they hop, skip, and jump typically from ages 5 to 7 or 8, with a sudden leap to 5 to 18.

12.     Out of a deeply rooted fear of loss of power that they may never have held, these banners assault the human dignity, human rights, and legal rights especially of the young. Their illegal campaigns are based on lies, manipulation, intimidation, and emotions, not on logical, legal, or knowledgeable grounds. These forces of reaction and resentment have been growing alongside the slow movement toward racial equality and integration for three-quarters of a century. They rise to new heights today.

**Local school boards and their circumstances**

13.     Denying their own legal responsibilities and evading serious constitutional and child developmental issues, school authorities defend themselves as "avoiding divisiveness" or "making everyone happy." That is irrelevant to their most important jobs as educators and parents: putting students and their learning first. Effective leadership demands consistent focus on students. This is more important, not less so, in the face of extreme demands from a very few parents. It calls for always centering decisions on *all* students' rights and their realities—and the needs of our inclusive public.

14.     What we see in more and more school districts, including in Missouri, is not spontaneous parental concern. Book banning is driven by social media, conservative websites, and well-funded, right-wing political organizations that direct followers to target specific books. These organizations provide scripts for activists to follow so they can remain ignorant of the content of the very books they seek to ban.In banning campaigns, including the 15th- and 16th-century Roman Catholic Counter Reformation against both emerging Protestants and radical Catholics, the papal authorities and their allies *read* the offending texts before attempting to ban or occasionally burn them.

15.     Even the late-19th-century book banners, led by U.S. Postmaster General Anthony Comstock and his New York City-based Committee for the Suppression of Vice, read the written

and printed material they sought to restrict. Calling it pornography, their primary targets were instructions and supplies for birth control.

16.     Today, the now-humorous-in-hindsight, limited campaigns to "Ban (Books) in Boston" pale in comparison. Those aspirational banners actually read the books. They proudly used their literacy. They did not obsess over the reading audience—especially about children— and targeted white male authors and characters much more often than women and Blacks. Their targets included the now-classic novels *Uncle Tom's Cabin, The Call of the Wild, The Grapes of Wrath, Of Mice and Men, To Kill a Mockingbird, 1984, Catcher in the Rye, Catch 22,* as well as *The Color Purple, I Know Why the Cage Bird Sings,* and *Beloved*, authored by Black women.

**Current bans extend historical assaults on the rights of marginalized people**

17.     In the United States, periodic efforts broke out to ban books and means of access to them—including access to reading itself. Sometimes centered on gender, more often on race, but the attacks unfolded always in the context of politics, religion, society, culture, and economics. White girls and women gained almost equal access to elementary schooling by the mid-19th century, and secondary education more slowly. Women's education was long justified in terms of their roles as future mothers and educators—not restrictors or censors—of their children.

18.     Most egregious and long-lasting—and threatened again today—is both access to literacy and the right to read by minority populations: Black, brown, Indigenous, LGBTQ, and differently abled. Basic literacy was long withheld, often by law and force, from enslaved people, free Blacks, and Native Peoples. That is why *The Narrative of Frederick Douglass* is among the most powerful and triumphant testimonies in American literary history. It is on many lists of targeted titles.

19.     Not surprisingly, books by and about these peoples, including their young, and their historical experiences are most often challenged, restricted, removed, and banned. Look at the attack and hate lists of book banners across the United States and in Missouri. The banners make their uninformed and distorted appeals, often in the form of performance in school board meetings rather than via existing review processes. Their attacks offer few examples and disregard the broader context of the books as works of literature.

**Book bans are one weapon in an arsenal of intimidation tactics against public schools—and their learners**

20.     A life-long secondary school English and language teacher near Fort Worth, Texas, a Catholic woman with a Ph.D. in Humanities and university teaching experience, reports to me: "A loud minority of our parents had gone berserk over 'CRT' (not teaching it) and gender (not trying to change your child's gender) to the point of *hiring* picketers (*people of color*) to protest outside the houses of certain teachers. They also rented paneled trucks with marquees to protest the mask mandate (to 'free our children'). One parent snatched the mask off the face of a precious middle school teacher who had years ago fled war in Beirut, saying 'don't be ridiculous,' and lower school parents screamed 'you're scaring our children' at teachers in the carpool line. Finally, our Head of School held a Town Meeting for parents and teachers. He spoke for over an hour and, in no uncertain terms, told them that it had to stop. I don't know if it

3

will, but he made himself clear about behavior that he has observed during his 5 years since he's been here: use of n-word, anti-Semitism in speech and graphics, misogyny toward students and faculty (me), and homophobia…. I start teaching *Homegoing* next week. We shall see."

**Targeted books: If mature content is the concern, where are the white, male authors of similar books that are also in libraries?**

21.     The targets, as in this case in Missouri, include Nobel Laureate, National Book Award, and Pulitzer Prize-winning authors for decades on required reading lists and recognized as an essential part of college preparation. Others are well-vetted, award-winning works of young adult literature that have long been on library shelves with few, if any, challenges—until now.

22.     Not coincidentally, books on the same subjects by white and in particular male authors are almost never challenged by these same groups. In the case of the Wentzville, Missouri, removals, only one of all the books removed or threatened with removal is by a white man. But that novel, *Lawn Boy* by Jonathan Evison, has a nonwhite, queer protagonist.

**Book banners refuse to read the materials they attack**

23.     Participating in what I consider the "new illiteracy," the book banners refuse to read the books they wish to remove. Fallacies and contradictions abound in their justifications.

24.     Removing stories that reveal painful aspects of human experience does not, cannot, protect the young. That is a dangerous myth. Instead, removals impoverish learners by depriving them of a socially and culturally safe way to examine, learn from, and mature from confronting difficult issues. Reading and learning are gateways for engaging young minds and supporting their understanding of diverse and conflicting human experiences. Generations of young people and adults confirm this basic phenomenon.

**Removals unconstitutionally circumvent established processes**

25.     School boards at all levels, and state leadership, including Missouri's, must follow established, constitutional policies. They must discuss with parents the diversity of experiences that students bring to schools and the ways in which library materials meet the needs of a wide range of young people, not just those who share the identities, experiences, and values of a particular group of parents. They must resist pressure to allow the unconstitutional demand for "parental freedom" that is actually an attempt to trample the rights of other parents with differing views—and of the learners whom schools are obligated to put first.

26.     To contradict these accepted intellectual and community standards elevates extreme and narrow views of a small minority of parents over the professional discretion and training of librarians and educators who focus on meeting the needs of the young. Failure to do so cedes control of the educational process to individuals unwilling even to read the books they challenge. This amounts to a public endorsement of the disenfranchisement of marginalized students—and their families and communities—and an unconscionable disservice to the interests of the public.

**Libraries serve a range of learners. No book is "appropriate" for all.**

27.     Long-time New Jersey school librarian and 2020 recipient of the American Association of School Librarians' Intellectual Freedom Award, Martha Hickson, speaks to "What's it like to be the target of a book banning effort?" Her answer, in the *School Library Journal* (Feb., 3, 2022) is frightening. "The campaign came for me on September 28 (2021), when parents launched an attack on *Gender Queer by Maia Kobabe* and *Lawn Boy* by Jonathan Evison… ironically—or perhaps intentionally—during Banned Books Week." The protesters accused "BBW of promoting racism and homosexuality; and described me and the board as sex offenders who push pornography on students."

28.     Despite the total falsity of these baseless assertions, Hickson's "heart sank and my pulse rose." She needed medical attention and relief from work. The challenge to her school board spread predictably to other books with minority and non-normative protagonists. She "received hate-filled email. Book banners attempted to file a criminal complaint…. Students who supported the book bans hid library books on LGBTQ topics so that others could not find them. And administrators peppered me with accusatory questions, such as 'How can books with language like this be in our school?'"

29.     Hickson's physician ordered her to stop work, take medication for anxiety, and referred her to a therapist to manage stress. "Ironically, that breaking point became the first step toward fighting with renewed vigor." By the October and November school board meetings, "crowds [parents, educators, medical professionals, students] came out to oppose book banning…. Most compelling were the LGBTQ+ students who spoke passionately about the need for a school library that represents their lived experience."

30.     Unfortunately, that is not always the ending.

31.     Among the greatest threats posed by attacks on youth's access to books is their deeply chilling effect. Will a librarian in a community beleaguered by book banners still order the next teen sexual health guide or other books that might be "controversial" to a few fringe parents, when they are highly recommended by library professional guides and other experts? Reports of "soft censorship" multiply; they are as harmful as public attacks on literature. When book bans succeed, officially and unofficially, young learners lose the fundamental literature and information they need to become thoughtful readers and capable citizens.

## Wentzville, Missouri, 2021-2022

32.     Across the United States and in Missouri today, the dishonest, right-wing campaigners—the new illiterates practicing their illiteracy—do not and perhaps cannot read the books that are often classic, praised by educators and child development experts, popular among children and youth, best-selling, and in-demand by both young and old.

33.     In contrast to earlier waves of book banning, imitating other states and following their marching orders on well-financed, right-wing websites, the Missouri banners almost exclusively target books aimed at the young and nonwhite especially nonmale authors.

34.     Consider the Wentzville list, and the flawed process at every step:

*The Bluest Eye*, by Toni Morrison (removed by Board vote, despite Review Committee recommendation to retain)

*Fun Home: A Family Tragicomic Paperback*, by Alison Bechdel (removed by "weeding" process—failure to follow appropriate procedures)

*All Boys Aren't Blue*, by George M. Johnson (removed by "weeding" process—failure to follow appropriate procedures)

*Heavy: An American Memoir*, by Kiese Laymon (removed by "weeding" process—failure to follow appropriate procedures)

*Lawn Boy*, by Jonathan Evison (removed pending Review Committee and Board review and vote)

*Gabi, A Girl in Pieces*, by Isabel Quintero (removed pending Review Committee and Board review and vote)

*Modern Romance*, by Aziz Ansari & Eric Klinenberg (removed pending Review Committee and Board review and vote)

*Invisible Girl*, by Lisa Jewell (removed pending Review Committee and Board review and vote)

The list and the fractured proceedings speak loudly and clearly about the lack of due process or protection of students', educators', or librarians' real interests.

**Protecting children or projecting prejudices of a minority against the majority and all children?**

35.   Following their scripts and damning books they have not read, today's book banners claim to be worried that "children" will be "triggered" by difficult themes. Trauma experts *and* survivors refute these claims. Research, therapists, and personal testimony confirm that literature provides spaces for readers to recognize and name injuries that they otherwise struggle to identify in their own lives. And most of the condemned books focus on young people struggling for dignity and joy amid the racism and sexism that surround the characters.

36.   In opposition to constitutional standards, banners object to books on the basis of their personal values; for example, insisting that a book like *I Am Jazz* be removed because it suggests that a child can be born with a girl's brain and a boy's body. In contrast, transgender activists point to the scientific consensus behind that perspective. Regardless, differing views do not justify all students losing access to valuable books.

**High school students are *not* "children"**

37.   High school students are *not* "children." They are maturing young adults, sometimes only months away from military service, full-time jobs or job training, relationships with people from other communities, and university classes. Supreme Court cases affirm that their First Amendment rights to open access to information, books, and other resources must *not*

6

be restricted or removed on the basis of any one set of values or viewpoints. The unconstitutional banners do not know this; their national sponsors reject the established laws of the land.

38.     Where did the banners learn such illegitimate games? Not in elementary school and probably not in high school. But from right-wing lessons in propagating disinformation, sowing confusion, and seeking power that they fear they are losing.

**Bans propel young people to unapproved reading**

39.     Bans redirect students away from materials educational professionals have approved just as content that is not evaluated remains instantly available through the internet. These facts amount to direct assaults on children and youth legally unable to defend themselves. Despite unprecedented assaults on law, free speech, due process, and our long-developed traditions, these banners ignore young people's instantaneous access to unchecked content via smart phones and tablets. Curiously, the banners show no awareness of this, among their many omissions and contradictions. If mature material were their concern, they would focus there.

40.     Perhaps in their endless, self-promoting, self-justifying, and fraudulent slogans about "parental rights" and "protecting their children"—*by severely limiting their ability to grow up, learn, and mature*—**they really don't care about children**. The right-wing banners' lies, distortions, baseless claims, and fundamentally anti-conservative, unconstitutional overreach all strongly suggest just that.

41.     Despite the banners' best efforts, we must maintain our focus on the young. They have never been targeted like today. The stakes are life-threatening not life-affirming. The false proponents of "parents' rights" ignore, indeed assault children's basic rights to learning for development, identity, maturation, established freedoms, and responsible citizenship.

**Young peoples' rights to read, grow up, and mature—and the future of the nation**

42.     Conflicting with the ignorant claims of the banners, talented authors write books that speak to a wide range of youth experiences so that the young may see themselves, and others, in their full humanity. We need more of these books and widely available, not fewer. Most parents, and almost all teachers, librarians, child development experts, counselors, and therapists speak to this understanding regularly across all media.

43.     Those of us who genuinely care about children must focus on real harm and injustice—ignorance, unequal education, racism, child abuse, sexual assault, gender discrimination, and homophobia—that are actual dangers in young people's lives. And also focus constructively on helping parents talk to their children about that ubiquitous portal to truly objectionable material: the smart phone.

44.     Doing that is too difficult for book banners. It demands a minimum degree of humanity, knowledge and understanding of the law, books, reading, healthy child development, and their own children. The majority knows this; our rights and all children's rights cry out for attention.

7

I declare under penalty of perjury that the foregoing is true and correct.

Harvey J. Graff
Columbus, Ohio

**Graff, Harvey J.**                                      **2022**

**Curriculum Vitae**

**Personal**

Citizenship:  United States          Birthplace:  Pittsburgh, Pennsylvania

**Home Address:**    2027 Indianola Avenue
Columbus, OH 43201
614-291-9388

**Education**

| | |
|---|---|
| 1970 | Northwestern University, Bachelor of Arts, Honors in History (History and Sociology) |
| 1971 | University of Toronto, Master of Arts (History and History of Education) |
| 1975 | University of Toronto, Doctor of Philosophy (History and History of Education) |
| 1973 | Newberry Library Institute in Social, Demographic, and Family History, Certificate |

**Honors and Awards**

| | |
|---|---|
| 1970 | Phi Beta Kappa |
| 1970-1971 | Woodrow Wilson Fellowship |
| 1971-1973 | University of Toronto and Ontario Institute for Studies in Education Fellowships and Assistantships |
| 1972-1974 | Ontario Institute for Studies in Education Research Grants |
| 1973 | Newberry Library Institute Fellowship, Spencer and Mellon Foundations |
| 1973-1975 | Central Mortgage and Housing Corporation (Canada) Fellowship in Urban Studies |
| 1976 | National Endowment for the Humanities Summer Fellowship |
| 1976-1977 | University of Texas at Dallas Research Grants |
| 1976 | Texas Committee for the Humanities Program Grant |
| 1976-1977 | Mathematics Social Science Board and National Science Foundation Grant |
| 1977 | The Swedish Institute, Guest Scholarship |
| 1977 | Umeå University, Sweden, Guest Scholar |
| 1978 | American Council of Learned Societies, Grant-in-Aid |
| 1978 | Texas Committee for the Humanities Publication Grant |
| 1979-1980 | National Endowment for the Humanities Fellowship, The Newberry Library |
| 1979-1982 | Spencer Fellowship, National Academy of Education |
| 1980-1981 | Research Associate, The Newberry Library |
| 1983-1985 | University of Texas at Dallas, Research Grants (Doctoral Students) |
| 1984 | Peterson Fellowship, American Antiquarian Society (declined) |
| 1985-1986 | Newberry Library, Short-term Fellowship |
| 1987-1989 | University of Texas at Dallas, Research Grants (Doctoral Students) |
| 1987 | American Educational Studies Association Critics Choice Award |
| 1988-1989 | American Antiquarian Society/National Endowment for the Humanities Fellowship |
| 1991,1992 | Spencer Foundation Research Grants |
| 1995 | Nominated for the Grawemeyer Award in Education |
| 1997-1998 | University of Texas at Dallas Special Faculty Development Assignment for Research |

| | |
|---|---|
| 1999- | University of Texas at San Antonio Faculty Awards for Research and Travel |
| 1999-2000 | Social Science History Association, President; Vice President, 1998-1999 |
| 2001 | Doctor of Philosophy *honoris causa*, University of Linköping, Sweden, for contributions to scholarship |
| 2001 | Swedish Bicentennial Research Fund, International Conference Grant (to University of Linköping) |
| 2001 | Social Science History Association grant to prepare book from 25th anniversary meeting |
| 2002 | University of Texas at San Antonio Faculty Development Leave for Research |
| 2004- | Ohio Eminent Scholar in Literacy Studies |
| 2004- | Literacy Studies @ OSU Initiative programming grants, College  of Humanities |
| 2004- | Ohio State University, Institute for Collaborative Research and Public Humanities Award to found and develop the Literacy Studies Working Group |
| 2005-2006 | Ohio State University, Arts and Sciences Colleges Interdisciplinary Curricular Enhancement Award (declined in favor of alternative funding) |
| 2006 | Distinguished Lecturer, Mary Lou Fulton Endowed Symposium Series, Arizona State University |
| 2006-2008 | Grant to Develop Graduate Interdisciplinary Specialization in Literacy Studies, Graduate School, Ohio State University |
| 2007 | Special Research Assignment, Ohio State University |
| 2007- | Major funding to support LiteracyStudies@OSU: An Initiative, College of Humanities, with additional funds from Colleges of the Arts and Sciences, College of Art, College of Biological Sciences, College of Dentistry, Department of English, Department of  Entomology, and University Libraries, The Ohio State University, to support an annual lecture |
| 2008-2010 | Grant for Research and Creativity in the Arts and Humanities, OSU |
| 2010 | Gartner Lecturer, Honors Program, Southern Methodist University |
| 2010 | Distinguished Undergraduate Research Mentor Award, Ohio State University |
| 2011 | Nominated for the Grawemeyer Award in Education |
| 2011 | Masters of City and Regional Planning, CRP OneBook Program, and SPA Student Association Invitee, University of Texas at Arlington |
| 2011-12 | Faculty Professional Leave, The Ohio State University |
| 2013 | Social Science History Association Award for Unmatched Record of Participation in the Annual Meeting, 1976-2013 and Counting |
| 2013-14 | Birkelund Fellow, National Humanities Center Fellow Center for Advanced Study in the Behavioral Sciences, Stanford University (declined) |
| 2014 | Visiting Professor, Federal University of Minas Gerais and State University of Rio de Janeiro  (UERJ) (CNPq) |
| 2015-2016 | Center for Real Estate, Ohio State University, Research Grant |
| 2016 | Nominated for the Grawemeyer Award in Education |
| 2016 | Visiting Scholar, Dedman College Interdisciplinary Institute, Southern Methodist University |
| 2017 | Harvey J. Graff, Literacy Studies, and Composition, Session at the Conference on College Composition and Communication, 2017 |

**Professional Employment**

1973        Northwestern University, Summer School, Instructor
1974-1975  Ontario Institute for Studies in Education, Extramural Lecturer
1975-1998  University of Texas at Dallas, Assistant to Associate (with tenure) to Professor of
            History and Humanities
1980        Loyola University, Chicago, Visiting Adjunct Professor, History
1981, 1982 Simon Fraser University, Summer School, Visiting Professor, English and
            Education, English and History
1998-2004  University of Texas at San Antonio, Professor of History;  1998- , doctoral faculty in
            Culture, Literacy, and Language, and English, graduate faculty in Public
            Administration;  Director, Division of Behavioral and Cultural Sciences, 1998-1999
2004-       Ohio State University, Ohio Eminent Scholar in Literacy Studies and Professor of
            English and History


**Publications**

**Scholarly**
***Books***

The Continuing Education of a Historian: The Intersections of the Personal, the Political, the
       Academic, and Place (forthcoming)

Searching for Literacy: The Social and Intellectual Origins of Literacy Studies (London:
       Palgrave Macmillan, 2022)

Undisciplining Knowledge: Interdisciplinarity in the Twentieth Century (Johns Hopkins
       University Press, 2015) [discussed at a session of the Social Science History Association,
       Baltimore, 2015; ); honored at a Book Celebration, Rochester Institute of Technology, 2016;
       featured in Inside Higher Education; Nature]

Literacy Myths, Legacies, and Lessons: New Studies of Literacy (New Brunswick, NJ:
       Transaction Publishers, 2011)

Understanding Literacy in its Historical Contexts: Socio-Cultural History and the Legacy of Egil
       Johansson, co-editor with Alison Mackinnon, Bengt Sandin, and Ian Winchester (Lund,
       Sweden: Nordic Academic Press, 2009) [expanded version of Interchange special issue, 33, 2
       (2003) with support from the Swedish Bicentennial Fund/Stiftelsen Riksbankens
       Jubileunsfond, Linkoping University, and Ohio State University]

The Dallas Myth: The Making and Unmaking of an American, City (Minneapolis: University of
       Minnesota Press, 2008) [a trade book]) [discussed at a session at the Social Science History
       Association, Miami, 2008; Gartner Lecture, Honors Program, Southern Methodist
       University, 2010; Masters of City and Regional Planning, CRP OneBook Program, and SPA
       Student Association Invitee, University of Texas at Arlington, 2011]

National Literacy Campaigns and Movements: Historical and Comparative Perspectives, co-
       editor with Robert F. Arnove, new edition with new introduction (New Brunswick, NJ:
       Transaction Publishers, 2008)

Literacy and Historical Development, editor and contributor (Carbondale: Southern Illinois
       University Press, 2007)

Looking Backward and Looking Forward: Perspectives on Social Science History, co-editor with
       Leslie Page Moch and Philip McMichael (Madison: University of Wisconsin Press,

2005)(BIS <u>History and Theory</u>, 2006)[presentations and discussion from special retrospective and prospective sessions at the 25th annual meeting of the Social Science History Association, 2000]

"Teen Chicago," special issue <u>Chicago History</u>, 33, 2 (2004), consulting editor and advisor

"Understanding Literacy in its Historical Contexts: Past Approaches and Work in Progress," special double issue, <u>Interchange</u>, 34, 2-3 (2003), co-editor with Alison Mackinnon, Bengt Sandin, and Ian Winchester [Papers from an international conference, Vadstena, Sweden, May 2002, "Egil Johansson, the Demographic Database, and Socio-Cultural History for the 21st Century: Literacy, Religion, Gender, and Social History"]

<u>Alfabetismo di massa: mito storia realtà</u>, in the series "Il Sapere Del Libro" (Milan: Edizioni Sylvestre Bonnard, 2002), [essays on the history of literacy, in Italian translation; series includes Roger Chartier, Robert Darnton, Anthony Grafton, Donald McKenzie]

<u>Dallas Public and Private</u> by Warren Leslie (1964), co-editor with Patricia E. Hill (Dallas: Southern Methodist University Press, 1998) [new edition with new introduction]

<u>Conflicting Paths: Growing Up in America</u> (Cambridge, MA:  Harvard University Press, 1995) [<u>Choice Magazine</u> Outstanding Academic Book Award, 1995;  excerpted in Paula S. Fass and Mary Ann Mason, eds., <u>Childhood in America</u> (New York: New York University Press, 2000); Project Gutenberg Internet Text Archive]

<u>The Labyrinths of Literacy</u> (Pittsburgh:  University of Pittsburgh Press, Composition, Literacy, and Culture Series, 1995) [revised and expanded collection of my essays]

<u>The Literacy Myth: Cultural Integration and Social Structure in the Nineteenth Century</u> (New Brunswick, NJ:  Transaction Publishers, 1991) [new edition with new introduction]

<u>Growing Up in America: Historical Experiences</u>, editor (Detroit:  Wayne State University Press, 1987)

<u>National Literacy Campaigns: Historical and Comparative Perspectives</u>, co-editor with Robert F. Arnove (New York:  Plenum Publications, 1987)[Introduction reprinted in Ellen Cushman, Eugene Kintgen, Barry Kroll, and Mike Rose, eds., <u>Literacy: A Critical Sourcebook</u> (New York: Bedford/St. Martins Press, 2001), 591-615]

<u>The Labyrinths of Literacy: Reflections on Literacy Past and Present</u> (Sussex:  Falmer Press, 1987) [collection of my essays] Portuguese edition (Brazil:  Artes Medicas, 1994);  Spanish forthcoming; Chinese in preparation;  extracts reprinted in Gitta Stagl, <u>Literatur, Lekture, Litterariat</u> (Vienna:  Buro Medienberbund Osterreichischer Bundesverlag)

<u>The Legacies of Literacy: Continuities and Contradictions in Western Society and Culture</u> (Bloomington:  Indiana University Press, 1987; paper, 1991) [discussed at a session of the Social Science History Association, 1987;  American Educational Studies Association Critics Choice Award, 1987;  <u>Society</u> magazine book-of-the-month;  nominated for a number of book awards]  Italian edition:  <u>Storia dell'Alfabetizzazione Occidentale</u>. 3 vols. (Bologna:  Il Mulino, 1989);  Chinese in preparation;  excerpted in David Crowley and Paul Heyer, eds., <u>Communication in History</u> 2nd, 3rd, 4th, 5th ed. (White Plains, NY:  Longman, 1995-2006) and Spanish translation; Ellen Cushman, Eugene Kintgen, Barry Kroll, and Mike Rose, eds., <u>Literacy: A Critical Sourcebook</u> (New York: Bedford/St. Martins Press, 2001)

<u>Literacy and Social Development in the West</u>, editor and contributor (Cambridge:  Cambridge University Press, Studies in Oral and Literate Culture, 1981);  Italian edition: <u>Alfabetizzazione e sviluppo sociale in Occidentale</u>.  Problemi e prospecttive. (Bologna:  Il Mulino, 1986);  Chinese in preparation

Literacy in History: An Interdisciplinary Research Bibliography (New York:  Garland
Publishing, Inc., 1981) [previously published (in part):  Chicago:  The Newberry Library,
Family and Community History Center, 1976; addendum, 1979]

Quantification and Psychology: Toward a New History, co-editor and contributor, with Paul
Monaco (Washington, D.C.:  University Press of America, 1980) [papers from the MSSB-
NSF Quantification and Psychohistory Conference, April, 1977]

The Literacy Myth: Literacy and Social Structure in the Nineteenth-Century City (New York and
London:  Academic Press, Studies in Social Discontinuity Series, 1979);  [Society magazine
Book-of-the-Month;  nominated for a number of professional book awards;  discussed at a
session of the Social Science History Association, 1981;  excerpted in Journal of Reading;
Malcolm Kiniry and Mike Rose, Critical Strategies for Academic Thinking and Writing
(New York:  Bedford Books-St. Martins Press, 1st ed.,1990, 2nd ed.,1995, 3rd ed., 1998);
plenary session to mark 30th anniversity of publication, Expanding Literacy Studies
International Interdisciplinary Studies Conference for Graduate Students, Ohio State
University, April 2009]

Children and Schools in Nineteenth-Century Canada/L'école canadienne et l'enfant au dix-
neuvième siècle, with Alison Prentice (Ottawa:  National Museum of Civilization, Canada's
Visual History Series, 1979;  revised ed., CD-ROM, 1994)

Dallas, Texas: A Bibliographic Guide to the Sources of its Social History, with Alan R. Baron
and Charles Barton (Austin, Texas:  University of Texas Press, 1979) [First published:
University of Texas at Dallas, Southwest Center for Economic and Community
Development, Papers, 1977]

### *Articles*

**"The nondebate about critical race theory and our American moment: The interaction of
past, present, and alternative futures," Journal of Academic Freedom**

**"Disconnecting Gown and Town: Campus Partners for Urban  Community Development,
Ohio State University,"**

**"Literacy Studies and Composition through the work of Harvey J. Graff, Tribute
Session, Conference on College Composition and Communication  2017 including
Response by Graff"**

**"The new literacy studies and the resurgent literacy myth," Literacy in Composition
Studies, Fall, 2021**

 "Michael B. Katz 2015 SSHA Memorial Session," organizer and introduction, with Leah N.
Gordon, Margaret O'Mara, Mark J. Stern, and Merlin Chowkwanyun, "Social Science
History, 41 (2017) 757-776

"Literacy Myths," with John Duffy, in Literacies and Language Education, ed. Brian Street,
Encyclopedia of Language and Education, 3rd ed. (Berlin and New York: Springer
International, 2017).

"Forum on Interdisciplinarity," co-author with Jerry A. Jacobs, Mary Jo Maynes, and William H.
Sewell, Jr., Penn Scholarly Commons http://repository.upenn.edu/interdisciplinarity_forum/

"The "problem" of interdisciplinarity in theory, practice, and history," Social Science History,
special 40th anniversary issue, 40, 4 (Dec., 2016), 775-803

Joint interview with Brian Street  on the Development of Literacy Studies, Educação em Revista
(Federal University of Minas Gerais, Brazil) 32 (Summer 2016), 267-282

"Em busca do letramento: as origens sociais e intelectuais des estudos sobre letramento (Searching for Literacy: The Social and Intellectual Origins of Literacy Studies)," <u>Revista Brasileira de História da Educação</u> 16 (2016), 215-231, 232-252 (Portuguese and English)

"Interdisciplinarity as ideology and practice," Social Science Research Council, <u>Items</u> (reintroduced), May, 2016 [http://items.ssrc.org/interdisciplinarity-as-ideology-and-practice/]

How misguided university policies are harming the humanities, arts and sciences," <u>Inside Higher Education</u>, December, 18, 2015

Undisciplining Knowledge,  http://jhupressblog.com/2015/09/09/undisciplining-knowledge/

"The Undisciplinarian: Three Questions," <u>Nature</u>, September 16, 2015. <u>Nature</u>'s Books and the Arts Blog  http://blogs.nature.com/aviewfromthebridge/2015/09/16/the-undisciplinarian/

"<u>Undisciplining Knowledge: Interdisciplinarity in the Twentieth Century</u>: Q&A," <u>Inside Higher Education</u>, September, 10, 2015

"Harvey Graff on Interdisciplinarity," an interview, <u>News of the National Humanities Center</u>, (Spring/Summer, 2014), 8-9, 18; excerpted in <u>History News Network</u>, May 5, 2014

"Epilogue: Literacy Studies and Interdisciplinary Studies with Notes on the Place of Deborah Brandt," in <u>Literacy, Economy, and Power: Writing and Research after <i>Literacy in American Lives</i>,</u> ed. Julie Nelson Christoph, John Duffy, Eli Goldblatt, Nelson Graff, Rebecca Nowacek, and Bryan Trabold (Carbondale, Ill.: Southern Illinois University Press, 2014), 202-226

"The Legacies of Literacy Studies," inaugural symposium, <u>Literacy in Composition Studies Journal,</u> <u>1</u>,1 (2013), 15-17 (adapted from the Session on Legacies, Gateways, and the Future of Literacy Studies, Conference on College Composition and Communication, 2012)

"Literacy Studies and Interdisciplinary Studies: Reflections on History and Theory," in <u>Valences of Interdisciplinarity:Theory, Practice, Pedagogy,</u> ed. Raphael Foshay, Cultural Dialectics Series (Edmonton, Alberta: AU/Athabasca University Press, 2012), 273-307

"The Literacy Myth: Literacy, Education, and Demography," <u>Vienna Yearbook of Population Research,</u> 8 (2010), 17-23

"<u>The Literacy Myth</u> at Thirty," <u>Journal of Social History</u>, 43  (Spring, 2010), 635-661

"The Critical Historiography of Childhood: A Session from the Society for the History of Children and Youth biennial conference, 2009," with James Block, Rebecca de Schweinitz, Colin Heywood, Jennifer Ritterhouse, and Michael Zuckerman, <u>Society for the History of Children and Youth</u> Bulletin, No. 14 (Fall, 2009) http://www.history.vt.edu/Jones/SHCY/Newsletter14/Issue14.pdf

"Introduction," with Alison Mackinnon, Bengt Sandin, and Ian Winchester, <u>Understanding Literacy in its Historical Contexts: Socio-Cultural History and the Legacy of Egil Johansson,</u> co-editor with Alison Mackinnon, Bengt Sandin, and Ian Winchester (Lund, Sweden: Nordic Academic Press, 2009), 7-13:

"Introduction to Historical Studies of Literacy," <u>Understanding Literacy in its Historical Contexts,</u> co-editor with Alison Mackinnon, Bengt Sandin, and Ian Winchester (Lund, Sweden: Nordic Academic Press, 2009), 14-22.

"New Introduction" to <u>National Literacy Campaigns and Movements: Historical and Comparative Perspectives,</u> co-editor with Robert F. Arnove, new edition (New Brunswick, NJ: Transaction Publishers, 2008), xi-xvi.

"Teaching the History of Growing Up," <u>Newsletter,</u> Society for the History of Children and Youth, 11 (Winter 2008)

"Literacy Myths," with John Duffy, <u>Encyclopedia of Language and Education</u>, 2nd ed., Vol. 2 Literacy, ed. Brian V. Street and Nancy Hornberger (Berlin and New York: Springer, 2007), 41-52.

"Bibliography of the History of Literacy in Western Europe and North America," in <u>Literacy and Historical  Development: A Reader</u> (Carbondale: Southern Illinois U P, 2007.), 417-439 [reprinted in <u>Understanding Literacy in its Historical Contexts</u>, co-editor with Alison Mackinnon, Bengt Sandin, and Ian Winchester (Lund, Sweden: Nordic Academic Press, 2009), 265-300]

"Introduction," in <u>Literacy and Historical  Development: A Reader</u> (Carbondale: Southern Illinois U P, 2007), 1-11.

"History's War of the Wor(l)ds. An Afterword," in Sigurdur Gylf Magnusson, <u>The History War: Essays and Narratives on Ideology</u> (Reykjavik: The Icelandic University Press, 2007) <u>/ Sögustríð: Greinar og frásagnir um hugmyndafræði</u> (Reykjavík: Háskólaútgáfan, 2007, published by the Icelandic University Press and The Center for Microhistorical Research at the Reykjavik Academy, 2007), 475-481.

"Introduction" to the book, 3-10, and to sections on "Twenty-Five Years Later: SSHA in the Eyes of its  Founding Spirits," 57-58;  "Looking Backward, Looking Forward: Social Science History at 2000. Critical Perspectives, " 69;  and "Literacy as Social Science History: Its Past and Future," 153-154; in <u>Looking Backward and Looking Forward: Perspectives in Social Science History</u>, ed. Harvey J. Graff, Leslie Page Moch, and Philip McMichael (Madison: University of Wisconsin Press, 2005)

"Coming of Age in Chicago," <u>Chicago History</u>, 33, 2 (2004), 12-31, with Joy L. Bivens, special issue on Teen Chicago

"General Introduction" and "Introduction to Historical Studies of Literacy," special double issue, <u>Interchange</u>, 34, 2-3 (2003), "Understanding Literacy in its Historical Contexts: Past Approaches and Work in Progress," co-editor with Alison Mackinnon, Bengt Sandin, and Ian Winchester, 117-122, 123-131 [Papers from an international conference, Vadstena, Sweden, May 2002, "Egil Johansson, the Demographic Database, and Socio-Cultural History for the 21st Century: Literacy, Religion, Gender, and Social History"]

"The Shock of the ""New" Histories':  Social Science Histories and Historical Literacies," Presidential Address, Social Science History Association, 2000, <u>Social Science History</u>, 25, 4 (Winter 2001), 483-533 [reprinted in <u>Looking Backward and Looking Forward: Perspectives in Social Science History</u>, ed. Harvey J. Graff, Leslie Page Moch, and Philip McMichael (Madison:  University of Wisconsin Press, 2005), 13-56]

"Literacy's Myths and Legacies," in <u>Anarcho-Modernism: Toward A New Critical Theory. In Honour of Jery Zaslove</u>, ed. Ian Angus (Vancouver:  Talonbooks, 2001), 169-184.

"Literacy," in <u>The Oxford Companion to United States History</u>, ed. Paul Boyer (New York: Oxford University Press, 2001), 450-451.

"Literacy's Myths and Legacies: From Lessons from the History of Literacy, to the Question of Critical Literacy," in <u>Difference, Silence and Textual Practice: Studies in Critical Literacy</u>, ed. Peter Freebody, Sandy Muspratt, and Bronwyn Dwyer (Cresskill, NJ: Hampton Press, 2001), 1-29 [Plenary Address, Conference on Literacy and Power, Griffith University, Australia, 1993].

"The Nineteenth-Century Origins of Our Times," in <u>Literacy: A Critical Sourcebook</u>, ed. Ellen Cushman, Eugene R. Kintgen, Barry M. Kroll, and Mike Rose (New York: Bedford/St. Martins Press, 2001), 211-233.

"Growing Up in America," <u>Magazine of History</u> (Organization of American Historians), 15, 4 (Summer, 2001), 55-59 [Family History issue, ed. Linda Gordon and Steven Mintz].

"Teaching [and] Historical Understanding: Disciplining Historical Imagination with Historical Context," <u>Interchange</u>, 30 (1999), 143-169.

"Interdisciplinary Explorations in the History of Children, Adolescents, and Youth — for the Past, Present, and Future," <u>Journal of American History</u>, 85 (1999), 1538-1547 [reprinted in <u>Newsletter</u>, Society for the History of Children and Youth, 11 (Winter 2008)].

"Teaching Historical Understanding: Disciplining Historical Imagination with Historical Context," in <u>The Social Worlds of Higher Education: Handbook for Teaching in a New Century</u>, ed. Bernice A. Pescosolido and Ronald Aminzade (Thousand Oaks, CA:  Pine Forge Press/Sage Publications for the American Sociological Association, 1999), 280-294.

"Interdisciplinary Explorations in the History of Children, Adolescents, and Youth — for the Past, Present, and Future," <u>Journal of American History</u>, 85 (1999), 1538-1547.

"Introduction" to <u>Dallas Public and Private</u> by Warren Leslie (1964) with Patricia E. Hill (Dallas:  Southern Methodist University Press, 1998), xi-xxv.

"A Response to Stan Jones, 'Ending the Myth of the "Literacy Myth":  A Response to Critiques...,'" with Brian V. Street, <u>Literacy Across the Curriculum</u>, Centre for Literacy, Montreal, 13, 1 (1997), 4-6.

"The Persisting Power and Costs of the Literacy Myth. A Comment on <u>Literacy, Economy and Society: Results of the First International Adult Literacy Survey (IALS)</u>, Organisation for Economic Co-Operation and Development and Statistics Canada (1995)," <u>Literacy Across the Curriculum</u>, Centre for Literacy, Montreal, 12 (1996), 4-5 [Reprinted in <u>Working Papers on Literacy</u>, Centre for Literacy, No. 1, 1997][first in a series of invited comments].

"Reading and Writing the City," <u>Intellectual History Newsletter</u>, 18 (1996), 103-108.

"Early Modern Literacies," in <u>Communication in History</u>, ed. David Crowley and Paul Heyer, 2nd, 3rd, 5th ed. (White Plains, NY:  Longman, 1995-2006) [Spanish translation, Barcelona: Bosch Casa Editorial, 1997]

"Literacy, Myths, and Legacies: Lessons from the History of Literacy," in <u>The Labyrinths of Literacy</u> (Pittsburgh:  University of Pittsburgh Press, Composition, Literacy, and Culture Series, 1995), 318-349 [reprinted in <u>Literacy and Historical Development</u>, ed. Harvey J. Graff (Carbondale: Southern Illinois University Press, 2007)]

"Assessing the History of Literacy in the 1990s: Themes and Questions," in <u>Escribir y leer en Occidente</u>, Armando Petrucci and M. Gimeno Blay (Valencia, Spain:  Universitat de Valencia, 1995), 5-46 [Plenary Address, Conference on Writing and Reading in Western Europe, Valencia, Spain, 1993] [reprinted in <u>Understanding Literacy in its Historical Contexts</u>, co-editor with Alison Mackinnon, Bengt Sandin, and Ian Winchester (Lund, Sweden: Nordic Academic Press, 2009), 243-264]

"Literacy, Myths, and Lessons: Keynote Address," in <u>Adult Literacy: An International Urban Perspective</u>. Proceedings of a Conference, August, 1992, The United Nations, New York, co-sponsored by City University of New York, Literacy Assistance Center of New York City, and UNESCO (New York, 1994), 15-39.

"A Response to Abraham Stahl's 'Cultural Literacy: A Positive View,'" <u>Interchange</u>, 25 (1994), 227-228.

"Using First-Person Sources in Social and Cultural History: A Working Bibliography," Historical Methods, 27 (1994), 87-92.

"Literacy, Myths, and Legacies: Lessons from the History of Literacy," in Functional Literacy: Theoretical Issues and Educational Implications, ed. Ludo Verhoeven (Amsterdam:  John Benjamins Pub. Co., 1994), 37-60 [proceedings of the International Conference on Attaining Functional Literacy, The Netherlands, 1991] [Keynote Address].

"Teaching the History of Literacy," SHARP News [Society for the History of Authorship, Reading, and Publishing], 3 (Spring, 1994), 3-4.

"National Literacy Campaigns: Historical and Comparative Lessons," special issue on literacy, Texas Journal of Ideas, History, and Culture, 16 (Spring/Summer, 1994), 12-17, 68.

"Literacy, Myths, and Legacies: Lessons from the Past/Reflections for the Future," Interchange, 24 (1993), 271-286 [Invited Address, Bard College Conference on Education for Complexity in the 21st Century, 1991].

"Literacy Patterns in Historical Perspective," in Reading Across the Life Span, ed. Steven R. Yussen and M. Cecil Smith. Recent Research in Psychology (Berlin and New York: Springer Verlag, 1993), 73-91.

"National Literacy Campaigns in Historical and Comparative Perspective: Legacies, Lessons, and Issues" with Robert F. Arnove, in Emergent Issues in Education: Comparative Perspectives, ed. Philip G. Altbach, Gail P. Kelly, and Arnove (Albany:  SUNY Press, 1992), 283-294.

"Towards 2000: Progress and Poverty in the History of Education," Historical Studies in Education, 3 (1991), 191-210 [Distinguished Lecture, Canadian History of Education Association, Annual Meeting, 1990].

"Introduction to the 1991 Edition," The Literacy Myth, xiii-xxxiii.

"Remaking Growing Up: Nineteenth-Century America," Histoire sociale/Social History, 24 (1991), 35-59 [United States Working Group, International Commission for the History of Social Movements and Social Structures and International Congress on Historical Sciences, 1990].

"Literacy, Libraries, Lives: New Cultural and Social Histories," Libraries & Culture, 26, (1991), 24-45 [reprinted in Reading and Libraries: Proceedings of Library History Seminar VIII (1990), ed. Donald G. Davies, Jr. (Austin:  Graduate School of Library and Information Science, University of Texas at Austin, 1991), 24-45][Distinguished Plenary Address, Library History Seminar, 1990].

"Crisis in Expression and Representation: Syllabus," Intellectual History Newsletter, 13 (1991), 74-82.

"Critical Literacy versus Cultural Literacy: Reading Signs of the Times? A Review of E.D. Hirsch, Jr., Cultural Literacy," Interchange, 20 (1989), 46-52, with "Response" by Hirsch, 61-64.

"Families and Politics: Beyond Public/Private Dichotomies and Empty Theories. Essay Review," Journal of Family History, 13 (1988), 433-439.

"Whither the History of Literacy?  The Future of the Past," Communication, special issue on the history of literacy, 11 (1988), 5-22.

"National Literacy Campaigns," with Robert F. Arnove, Alberta Journal of Educational Research, 34 (1988), 215-223.

"National Literacy Campaigns: Historical and Comparative Lessons," with Robert F. Arnove, Phi Delta Kappan, 69 (1987), 202-206. [Reprinted in Adult Literacies: Intersections with

Elementary and Secondary Education, ed. Caroline Beverstock and Anabel P. Newman (ERIC, 1991), 51-55.]

"Introduction," Growing Up in America: Historical Perspectives, xi-xix, et seq.

"Introduction," with Robert F. Arnove, National Literacy Campaigns, 1-28; new ed., National Literacy Campaigns and Movement (New Brunswick, N.J: Transaction Publishers, 2008. [Reprinted in Ellen Cushman, Eugene Kintgen, Barry Kroll, and Mike Rose, eds., Literacy: A Critical Sourcebook (New York: Bedford/St. Martins Press, 2001), 591-615].

"Provenzo's Galaxy: Post-McLuhan Culture?,"  History of Education Quarterly, 27 (1987), 155-156.

"High School History," Journal of Social History, 20 (1987), 803-807.

"The Closing of the American Mind," Transaction/SOCIETY, 25 (Nov.-Dec., 1987), 25th Anniversary Issue, 98-101.

"The Needs of Strangers," Criminal Justice History, 7(1986), 212-215.

"The History of Literacy: Toward the Third Generation," Interchange, Special Anniversary Issue, Illuminating Education: The Uses of Science, History, and Philosophy in Educational Thought, 17, 2 (1986), 122-134. [Italian translation, "Gli studi di storia dell'alfabetizzazione: Verso la terza generzione," Quaderni Storici, no. 64 (1987), 203-222] [reprinted in Illuminating Education: The Uses of Science, History and Philosophy in Educational Thought (Toronto:  OISE Press, 1986)].

"Discussion: Educational Relevance of the Study of Expertise," ibid., 19-24.

"Discussion: Mining the Human Sciences," ibid., 172-177.

(editor and introduction) "W.B. Hodgson, 'Exaggerated Estimates of Reading and Writing as Means of Education,'" History of Education Quarterly, 26 (1986), 377-393.

"Crisis, Crisis, Where is the Crisis?  Recent Popular Sociologies of Education," Contemporary Sociology, 15 (1986), 17-20.

"The History of Childhood and Youth: Beyond Infancy?" History of Education Quarterly, 26 (1986), 95-109.

"The Legacies of Literacy," in Literacy, Society, and Schooling: A Reader, ed. Suzanne de Castell, Allan Luke, and Kieran Egan (Cambridge:  Cambridge University Press, 1986), 61-86. [Spanish translation:  "El Legado de la Alfabetizacion: Constantes y Contradicciones de la Sociedad y la Cultura Occidentales," Revista de Educacion, 288 (1989), 7-34].

"Doctoral Seminar in the History of Ideas," Intellectual History Newsletter, 8 (April, 1986), 27-31.

"Early Adolescence in Antebellum America: The Remaking of Growing Up," special historical issue, Journal of Early Adolescence, 5 (Winter, 1985), 411-427.

"Literacy," The Social Science Encyclopaedia, ed. Adam Kuper and Jessica Kuper (London: Routledge and Kegan Paul, 1985), 469-471; 2nd revised edition, l994; 3rd revised edition, 2004, 2:587-589.

"The History of Literacy," Historical Social Research/Historische Sozialforschung (Germany), 34 (1985), 37-43 [papers from the Bellagio Conference on the Transformation of Europe, 1984].

"(Breaking) The Bounds of Literacy: A Comment," Interchange, 15 (1984), 53-57.

"Literacy, in Literature as in Life: An Early Twentieth-Century Example," History of Education Quarterly, 23 (1983), 279-296.

"I lasciti dell'alfabetismo," La critica sociologica, 67 (1983), 6-21.

"Literacy and Social Development in North America: On Ideology and History," in Aspects of Literacy in the Eighteenth and Nineteenth Centuries, ed. W.B. Stephens (Leeds:  Museum of the History of Education, University of Leeds, 1983), 82-97, 103-106.

"On Literacy: Essay Review," Language and Society, 12 (1983), 559-563.

"On Literacy in the Renaissance: Overview and Reflections," History of Education, 12 (1983), 69-85 [reprinted in Gary McCulloch, ed., The RoutledgeFalmer Reader in History of Education (London: Routledge, 2005). 51-67].

"The City, Crisis, and Change in American Culture: Perceptions and Perspectives," in Transition to the 21st Century: Prospects and Policies for Economic and Urban-Regional Transformation, ed. Donald Hicks and Norman Glickman (Greenwich, CT:  JAI Press, 1983), 113-152  [revised consultant's paper for the President's Commission for a National Agenda for the Eighties, Panel on Metropolitan America, 1980].

"The Legacies of Literacy," Journal of Communication, 32 (1982), 12-26.  [reprinted in Eugene R. Kintgen, Barry M. Kroll, and Mike Rose, eds., Perspectives on Literacy (Carbondale: Southern Illinois University Press, 1988), 82-91;  Open University, DT200.  Introduction to Communication Technology, Open University Reader, E825; Janet Maybin, ed., Language and Literacy in Social Practice (Clevedon, Philadelphia, and Adelaide: Multilingual Matters, 1994), 151-167;  Greek translation, Hellenic Open University, 1999]

"Reflections on the History of Literacy: Overview, Critique, and Proposals," Humanities in Society, 4 (1981), 303-333.  [Portuguese translation:  "O mito do alfatetismo," Teoria & Educacao (Brazil), no. 2 (1990), 30-64, special issue on literacy].

"Introduction," Literacy and Social Development in the West, 1-13.

"Literacy, Jobs, and Industrialization: The Nineteenth Century," ibid., 232- 260.

"Scrivendo un libro sulla storia dell'alfabetismo occidentale: riflessioni di merito e di metodo," Notizie, Alfabetismo e cultura scritta (University of Perugia, Italy) (December, 1980), 3-14.

"Introduction," with Paul Monaco, Quantification and Psychology, 1-70.

"Theoretical Methods in Social History: Review," American Journal of Sociology, 85 (1980), 1442-1446.

"Fertility, Demography, and History: Essay Review," Labour/Le Travailleur, 5 (1980), 242-245.

"Literacy, Work, and Industrial Development in the Nineteenth Century," Societas: A Review of Social History, 9 (1979).

"Interpreting Historical Literacy: The Pattern of Quebec. A Comment," Histoire sociale/Social History, 12 (1979), 444-454.

"Literacy, Education, and Fertility, Past and Present: A Critical Review," Population and Development Review, 5 (1979), 105-140.

"Reply to Eric Monkkonen on the Social Historical Study of Criminality," Journal of Interdisciplinary History, 9 (1979), 465-471.

"Reply to Daniel and Lauren Resnick, 'The Nature of Literacy,'" Harvard Educational Review, 48 (1978), 301-303.

"Literacy: How Many Views?," Interchange, 9 (1978), 25-29.

"Literacy Past and Present: Critical Approaches in the Literacy-Society Relationship," Interchange: A Journal of Educational Studies, 9 (1978), 1-21.

"Literacy and History," International Institute for Adult Literacy Methods, Tehran, Literacy Bibliographies, 11 (February, 1978).

"The 'New' Social History and the Southwest: The Dallas Social History Project," East Texas Historical Journal, 16 (1978), 52-62 [previously published:  Southwest Center for Economic and Community Development, Papers, 1976-1977].

"The Reality Behind the Rhetoric: The Social and Economic Meanings of Literacy in the Mid-Nineteenth Century — the Example of Literacy and Criminality," in Egerton Ryerson and His Times: Essays on the History of Education, ed. Neil McDonald (Toronto:  Macmillan, 1978), 187-220.

"The Conference on Quantitative History and Psychohistory," with Paul Monaco, Psychohistory, 1 (1977-1978), 7-10.

"'Pauperism, Misery, and Vice': Illiteracy and Criminality in the Nineteenth Century," Journal of Social History, 11 (1977-1978), 245-268.

"The 'New Math': Quantification, the 'New' History, and the History of Education," Urban Education, 11 (1977), 403-440.

"Crime and Punishment in the Nineteenth Century: A New Look at the Criminal," Journal of Interdisciplinary History, 7 (1976-1977), 477-491 [reprinted in Crime and Justice in American History. 11. Theory and Methods in Criminal Justice History, Part 1, ed. Eric Monkkonen (Munich:  K.G. Saur, 1992), 152-166].

"Selected Bibliography: Urban, Social, Sociological, Demographic, and Quantitative History," Canadian Social History Project, Report, 6 (1975- 1976), 1-16 [reprinted in Orillia, the Computer, and Social History, ed. Ian Winchester (Toronto:  Ontario Institute for Studies in Education)].

"Counting on the Past: Quantification in History — an essay review," Acadiensis: Journal of the History of the Atlantic Region, 5 (1976), 115-129.

"Respected and Profitable Labour: Literacy, Jobs and the Working Class," in Essays in Canadian Working Class History, ed. Gregory S. Kealey and Peter Warrian (Toronto:  McClelland and Stewart, 1976), 58-82, 202-207.

"What the 1861 Census Can Tell Us About Literacy," Histoire sociale/Social History, 8 (1975), 337-347.

"Literacy and History: Review Essay," History of Education Quarterly, 15 (1975), 467-474.

"Towards a Meaning of Literacy: Literacy and Social Structure in Hamilton, Ontario," in Education and Social Change: Themes from Ontario's Past, ed. Michael B. Katz and Paul Mattingly (New York:  New York University Press, 1975), 246-270.

"Crime and Punishment in the Nineteenth Century," Canadian Social History Project, Report, 5 (1973-1974), 124-162 [reprinted in Records of the Past: New Sources in Social History, ed. Edward Jackson and Ian Winchester (Toronto:  Ontario Institute for Studies in Education, 1979), 171-203].

"Introduction" to "Literacy Studies in Sweden," by Egil Johansson, in ibid., 85-88 [reprinted in Records of the Past, ed. Jackson and Winchester, 207-210].

"Literacy and Social Structure in Elgin County, Canada West," Histoire sociale/Social History, 6 (1973), 25-48.

"Patterns of Adolescence and Child Dependency in the Mid-Nineteenth Century City: A Sample from Boston, 1860," History of Education Quarterly, 13 (1973), 129-143.

"Towards a Meaning of Literacy: Literacy and Social Structure in Hamilton, Ontario," History of Education Quarterly, 12 (1972), 411-431.

"Approaches in the Historical Study of Literacy," Urban History Review, 1 (1972), 6-11.

"Notes on Methods for Studying Literacy from the Manuscript Census," <u>Historical</u> <u>Methods</u> <u>Newsletter</u>, 5 (1971), 11-16.

"President's Report," <u>Social Science History Association Newletter</u>, Winter 2000 & Summer 2000.

<b>Retirement letters and essays. 2021-</b>

**Kirwan Institute**
**Zayed University, United Arab Emirates**

**Letters to the Editor**
    Ohio Republicans, <u>Columbus Dispatch</u>, Mar. 9, 2021
    Dave Yost, <u>Cleveland Plain Dealer</u>, April 1, 2021
    Voter ID laws, <u>Columbus Dispatch</u>, April 16, 2021
    Ohio covid response, <u>Cleveland Plain Dealer</u>, Apr. 19, 2021
    Ohio policy failures , <u>Columbus Dispatch</u>, May 14, 2021
    Republicans imitate other states, <u>Cleveland Plain Dealer</u>, May 16, 2021
    Covid policy making, <u>New York Times</u>, May 18, 2021
    Troy Balderson , <u>Columbus Dispatch</u>, May 22, 2021
    Dave Yost v. American history, <u>Cincinnati Enquirer</u>, May 30, 2021
    State legislators and critical race theory, <u>Cleveland Plain Dealer</u>, June 27, 2021
    Vaxx-A-Million, <u>Columbus Dispatch</u>, July 12, 2021
    VAX-A-NICKEL, <u>The Lantern</u>, Aug. 18, 2021
    Why aren't Ohio's GOP officials taking action to address AAPI hate ? <u>Cleveland Plain Dealer</u>, Aug. 25, 2021
    Where is the Ohio Democratic Party? <u>Toledo Blade</u>, Aug. 29, 2021
    Ohio State Republicans continue to imitate increasingly recklessly , <u>Cleveland Plain Dealer</u>, Nov 17, 2021
    The CDC stumbles again, <u>Washington Post</u>, Jan. 3, 2022
    Essay critical of Louis Menand's book review is disappointing, <u>Chronicle of Higher Education</u>, Jan. 12, 2022

**Essays**
"Celebrating Jan Reiff," UCLA History Dept. Tribute, May 24 2021
"Republicans assault fact-based American history and promote popular ignorance," <u>Columbus Dispatch</u>   May 28, 2021
"DeWine's covid blunders and the failure of VAX-A-MILLION," <u>Columbus Dispatch</u> June 25, 2021
"Columbus' identity crisis and its media," <u>ColumbusUnderground,</u> July 23, 2021
"The attack on critical race theory threatens our democracy," <u>Inside Higher Education</u> , Aug. 2, 2021
"Remembering Mike Rose in person and in print," <u>Inside Higher Education</u>, Aug. 18, 2021, UCLA Graduate School of Education and Information Science Tribute
"There Is No Debate About Critical Race Theory: How a network of GOP politicians and conservative activists are trying to create controversy where there is none," <u>Washington Monthly</u>, Sept. 4, 2021; reposted <u>Columbus Free Press</u>, Sept. 2021
"Interdisciplinarity is not about the humanities aping the sciences," <u>Times Higher Education</u>, Sept. 7. 2021

"Colleges can learn from sports figures about mental health," Inside Higher Education , Sept. 13, 2021

"The decline of a once vital neighborhood: Columbus' University District," Columbus Free Press, Sept 14, 2021

"For Ohio State, bigger is not better," Columbus Free Press,  Sept. 16, 2021

"A post-retirement career as a public academic meets the moment's need," Times Higher Education, Sept 18, 2021

"The New White Fright and Flight and the Critical Race Theory Nondebate," Academe Blog Sept. 29, 2021

"Ohio's elected Republicans fail their public." Columbus Free Press, Oct. 2, 2021

"Columbus' University District: Students and the institutions that fail them," Columbus Free Press, Oct. 8, 2021

"Governor Mike DeWine's Continuing Covid Failures: The Ohio Tragedy," Columbus Fress Press, Oct. 13, 2021

"Civics tests should be required to hold public office," Inside Higher Education, Oct. 21, 2021

"Notes on current politics in Columbus and Ohio: Thoughts in response to questions from my editor,"Columbus Free Press, Oct. 21, 2021

"America First: An Excavation of Trumpism and the Trump Agenda," Columbus Free Press, Oct 24, 2021

"Ohio Education Promotes Racism and Restricting Equity, Again," Columbus Free Press,  Oct. 27, 2021

"History lessons can help disciplines to survive," Times Higher Education, Oct. 30, 2021

"OSU isn't having a crime crisis; it's having a leadership crisis," Busting Myths, Columbus Free Press, Nov 2, 2021

"Response to Columbus Alive, "The list: Reasons that Columbus Underground opinion piece is trash," by Andy Downing and Joel Oliphint, Columbus Alive, July 26: A visit to journalism fantasy land," Busting Myths, Columbus Free Press, Nov. 7, 2021

"'Update' to Ohio State isn't having a crime crisis," Busting Myths, Columbus Free Press, Nov. 13, 2021

"Ross Douthat wouldn't know a new college from old," Academe Blog,Nov 17, 2021

"An Open Letter to the Ohio Democratic Party: Where are you and why have you lost touch with D/democracy?" Busting Myths, Columbus Free Press, Nov. 17, 2021

"Columbus City Government is Undemocratic and Disorganized: It's 2021 and we need a revolution in this city," Busting Myths, Columbus Free Press, Nov. 20, 2021

"Young heroes: For Thanksgiving," Columbus Free Press, Nov. 25, 2021

"Gov. DeWine abandons science and the public," Busting Myths, Columbus Free Press, Dec. 1, 2021

"The Ohio State University promotes public health crises," Busting Myth, Columbus Free Press, Dec. 6, 2021

"DeWine whines about critical race theory," Busting Myths, Columbus Free Press, Dec. 11, 2021

"Marketing the second biggest lie: The Faith & Freedom Caucus vs. American history & Christianity," Busting Myths, Columbus Free Press, Dec. 14, 2021

"The triumph of the new 'fake news' in the legitimate press," Busting Myths, Columbus Free Press, Dec. 19, 2021

"Columbus searches for its Downtown with historical, urbanist, and developers' blinders,"

Busting Myths, <u>Columbus Free Press</u>, Dec. 22, 2021

"How conservative opinion writers fail their readers," Busting Myths, <u>Columbus Free Press</u>, Dec. 25, 2021

"My New Year's wish list: Media misconceptions and the ten minute historical memory," Busting Myths, <u>Columbus Free Press</u>, Dec. 29, 2021

"Gov. DeWine abandons science and the public," <u>Washington Monthly</u>, Dec. 31, 2021

"Know Nothings: A scholar and author examines the banning of books, past and present," <u>Publishers Weekly</u>, Jan. 3, 2022/"Harvey J. Graff Examines the History of Book Banning" online, Dec. 31, 2021

"Texas and Florida secede from reality; Ohio imitates," Busting Myths, <u>Columbus Free Press</u>, Jan. 4, 2022

"Columbus, *Ohio,* searches to be a city: The myth of the Columbus Way," Busting Myths, <u>Columbus Free Press</u>, Jan. 9, 2022

"The Banality of University Slogans. Whether its ad campaigns for football season, gauzy reports from the provost, or rhetoric from the school's president, higher education abounds with empty rhetoric," <u>Washington Monthly</u>, Jan. 10, 2022
Discussed and excerpted in Hank Reichman, "Per Aspera ad Astra," *Academe Blog*, Jan. 10, 2022

"The dilemmas of disciplines going public," <u>Inside Higher Education,</u> Jan. 13, 2022

"Can we resurrect our 'founding' faith in the American 'People'?" Busting Myths, <u>Columbus Free Press</u>, Jan. 15, 2022

**"Slogans don't substitute for universities policies and programs: they represent their absence," <u>Times Higher Education</u>, Jan. 17, 2022**

**"Sloganeering and the limits of university leadership," <u>Academe Blog</u>, Jan.  2022**

**"The *Columbus Dispatch*: The decline of a metropolitan daily newspaper," Busting Myths, <u>Columbus Free Press</u>**

**"Banning Books, the New Illiteracy, and the Assault on All Our Children," with Ashley Hope Perez**

**"The Other Immigrants and Diverse American Dreams, with Ameer Abdul," Busting Myths, <u>Columbus Free Press</u>,**

**"The Media Mangle the Big Lie and the Nondebate over Critical Race Theory," Busting        Myths, <u>Columbus Free Press</u>, Jan.   , 2022**

**"The new battle of the books: 1619 vs. 1620, 1776, and 1836," <u>Publishers Weekly</u>,**

**"Teaching outside the box: A retired professor's continuing education," IHE**

**"The Misrepresentation and Marketing of "Financial Literacy": The Fallacies and Dangers of    FL4ALL," Busting Myths, <u>Columbus Free Press</u>**

**"The disappearance of journalistic standards in opinion essays as they replace the news," Busting Myths, <u>Columbus Free Press</u>**

**"1619 vs. 1620, 1776, and 1836: How many 'projects' does it take to obfuscate a truly American history?" Magazine of American History/Columbus Free Press**

**"The U.S. and Canada: Confronting the past in the present," Busting Myths, <u>Columbus Free Press/Magazine of American History</u>**

**"The politicians on the 'project' of remaking American history: Should Ivy League" graduates know better?" Busting Myths, <u>Columbus Free Press</u>**

**"Universities in 2021: Beyond Nicholas Dirks and "reconciling the two cultures," IHE**

**"Subdisciplines and Interdisciplinarity," IHE**

**"Interdisciplinarity in the 21ˢᵗ century: from *Undisciplining Knowledge* to**
      **LiteracyStudies@OSU," THE**
**"The humanities are lost in a historical maze at least partly of our own making"**
**"A citizen vs. Postmaster Louis DeJoy and his crippling of the U.S. Postal service,"  WaMo**

### Journalism and Local Articles to 2015

"An Education in Sloganeering," Wall Street Journal, Oct. 1, 2015

 "How misguided university policies are harming the humanities, arts and sciences," Inside
      Higher Education, December, 18, 2015

"Early-college programs lack many benefits of the real thing," Commentary, with Steve Rissing,
      Columbus Dispatch, June 7, 2015

"Throwing the Baby Out With the Interdisciplinarity Bath Water," letter to the editor, Chronicle
      of Higher Education, June 12, 2014

"Booktalk," Ohio State University, On Campus, October, 2012

"The Troubled Discourse of Interdisciplinarity," letter to the editor, Chronicle of Higher
      Education, Feb. 5, 2010

"Not Your Mother's Literacy, But Perhaps Your Daughter's" with Susan Hanson, *English @*
      *OSU*, 2,1 (Spring 2008)

"Alamo City's Different Futures," Insight, San Antonio Express-News, June 24, 2001.

"City must create own mold for public universities," San Antonio Express-News, Aug. 23, 1998.

"Race between San Antonio, Dallas like fabled tortoise and the hare: Commentary," San Antonio
      Express-News, Dec. 31, 1997.

"How Can You Celebrate a Sesquicentennial If You Have No History? Reflections on Historical
      Consciousness in Dallas," essay commissioned by the Dallas Morning News for Texas State
      Sesquicentennial, 1986.

"Basic Education" and "Youth," Issues and Alternatives: A Guide to the Policy Maker (Dallas:
      Dallas Public Library, Public Interest Information Network, 1979).

"Reviews in Southwestern History," Texas Books in Review, 2 (1978).

City of Dallas Historic Landmarks Publications: "Swiss Avenue Historic District," 1978;  "Old
      Fair Park Fire Station," 1978;  "Union Station," 1979;  "Oak Lawn Fire Station," 1980;
      "Federal Reserve Bank," 1980;  "Trinity Methodist Church," 1980;  "Miller Shingle Style
      House," 1981 [reprinted in Historic Dallas, 3 (Spring, 1982)];  "South Boulevard/Park Row,"
      1982 [reprinted in Historic Dallas, 3 (Summer, 1982)];  "Saint Paul United Methodist
      Church," 1982;  "Ambassador Hotel," 1982 [reprinted Historic Dallas, 3 (Fall, 1982)];
      "Melrose Hotel," 1983;  "Majestic Theatre," 1983;  "Cedar Crest," 1984;  "Magnolia
      Building," 1984;  "Fair Park," 1985

"History, Philosophy, and Philosophy of History," Texas Books in Review, 1 (1977).

"Who Decides? Who Controls? A Perspective on Our Urban Past," Southern Resources Center,
      The Housing and Community Development Act of 1974: Promise and Practice. A Handbook
      on Public Policy (Dallas: Southern Resources Center, 1976).

### Education/Curriculum

Contributor, H-Education Electronic Network, graduate syllabuses, 2003-

Contributor, SHARP, Electronic Network, graduate syllabus, 2003, 2005

Contributor, H-Child Electronic Network, graduate and undergraduate course syllabuses, 1998-

Contributor, H-Urban Electronic Network, urban graduate and undergraduate course
 syllabuses,1994-
Contributor, Urban History Association, <u>Syllabus</u> <u>Exchange</u>, 1990 and <u>Syllabus</u> <u>Exchange</u> <u>II</u> <u>and</u>
 <u>Sampler</u>, 1993

### General/Public
#### *Books*
<u>Women</u> <u>and</u> <u>Public</u> <u>Policy:</u> <u>Conference</u> <u>Proceedings</u>, with Carolyn L. Galerstein (Richardson:
 University of Texas at Dallas, 1977)
<u>Women</u> <u>and</u> <u>Public</u> <u>Policy:</u> <u>A</u> <u>Report</u>, with Carolyn L. Galerstein (Richardson:  University of
 Texas at Dallas, 1978)

#### *Encyclopedia Entries*
"Literacy Myths," with John Duffy, in <u>Literacies and Language Education</u>, ed. Brian Street,
 <u>Encyclopedia of Language and Education,</u> 2nd ed. 2007; 3rd ed. 2017 (Berlin and New York:
 Springer International).
"Literacy" in Microsoft <u>Encarta</u>, 1998, new entry.
"Literacy," <u>The</u> <u>World</u> <u>Book</u> <u>Encyclopedia</u>, 1995 and future eds.
"Literacy," in Microsoft <u>Encarta</u>
 "Illiteracy," <u>The</u> <u>World</u> <u>Book</u> <u>Encyclopedia</u>, 1993 ed., Vol. 18, 78-79.
 "Literacy," <u>Funk and Wagnalls New Encyclopedia</u>, 1983, 156-157.

### Book Reviews
<u>History</u> <u>of</u> <u>Education</u> <u>Quarterly</u> (3);  <u>Acadiensis</u>;  <u>Texas</u> <u>Books</u> <u>in</u> <u>Review</u> (4);  <u>American</u> <u>Journal</u>
 <u>of</u> <u>Sociology</u> (2);  <u>Labour/Le</u> <u>Travail</u>;  <u>American</u> <u>Historical</u> <u>Review</u> (4);  <u>Journal</u> <u>of</u> <u>American</u>
 <u>History</u> (4);  <u>Language</u> <u>in</u> <u>Society</u>;  <u>Journal</u> <u>of</u> <u>Interdisciplinary</u> <u>History</u> (4);  <u>Journal</u> <u>of</u> <u>Social</u>
 <u>History</u> (3);  <u>Canadian</u> <u>Historical</u> <u>Review</u>;  <u>Criminal</u> <u>Justice</u> <u>History</u>;  <u>Contemporary</u>
 <u>Sociology</u> (2);  <u>Transaction/SOCIETY</u>;  <u>American</u> <u>Anthropologist</u> (2);  <u>Journal</u> <u>of</u> <u>Family</u>
 <u>History</u>;  <u>Interchange</u>;  <u>Comparative</u> <u>Studies</u> <u>in</u> <u>Society</u> <u>and</u> <u>History</u>

### Work in Progress

*Searching for Literacy: The Social and Intellectual Origins of Literacy Studies* is in press with
Palgrave Macmillan.

I have drafted and am revising my autobiography: *The continuing education of a historian: The
intersections of the personal, the political, the academic, and place.*

In retirement, I've developed a new "niche" in "public education" and "teaching outside the box."

American Historical Association
American Association of University Professors
Columbus Dispatch
Various newspapers, NPR affiliates, and television stations across the US

Busting Myths column, Columbus Free Press
Public office holders in Columbus, Ohio State Government, and U.S, Government
Columbus City Government
Faculty, students, and administrators at Ohio State University
OSU Student Life
Kirwan Institute for the Study of Race and Ethnicity, Ohio State University
Zayed University, United Arab Emirates
Other students, high school to graduate school
International historical researchers
Morgan Harper for Ohio
State Board of Education members
Public Education Partners
Honesty in Ohio Education
Red Wine & Blue
Moms Demand Action


**Research and Teaching Interests**

Historical and Contemporary Studies of Literacy; Modern North American and Western
European (comparative) Social History;  United States and Canadian History;  History of the
Family and Women;  Urban History;  History of Social Policy;  History of Social Institutions;
History of Population and Social Structure;  Nineteenth-Century Society and Culture;  History of
Literacy;  History of Children, Adolescents, and Youth;  History of Education;  Public and
Applied History;  Local and Community History;  Approaches/Methods in History;  Theory and
Method in the Humanities and the Social Sciences

[Information on student theses and dissertations available on request]

**Additional Professional Experience**

### Academic

Canadian Social History Project, Ontario Institute for Studies in Education and University of
    Toronto, consultant, 1973-1975
Conference on Quantitative History and Psychohistory (sponsored by the Mathematics Social
    Science Board, National Science Foundation), coordinator (with Paul Monaco), 1977
Journal of Family History, Bibliographic Project, consultant, 1977-1979
National Endowment for the Humanities, reviewer and panelist, 1977- ;  consultant, 1978-
Workshop on Women in Higher Education, Texas A&M University, College Station, Texas,
    university representative, 1978
Historical Atlas of Canada, consultant, 1979-1982
Newberry Library:  Fellow;  Research Associate;  Fellowship Committee;  Family and
    Community History Center Associate, 1979-1981;  fellowship reviewer, 1979-
Newberry Library Renaissance Conference, Advisory Committee, 1981-1982
President's Commission for a National Agenda for the Eighties, consultant, 1980
National Institute of Education, consultant, 1980-

Fertility Determinants Project, Indiana University, consultant, 1983

Annenberg School of Communications, University of Southern California, Annenberg Scholars Program, 1983

NEH Implementation Grant, University of Texas at Dallas, "The Art of Translation in an Interdisciplinary Curriculum: Re-Creative Dynamics in the Humanities", consultant/instructor, 1983-87

American Antiquarian Society, Program on the History of the Book in American Culture, Advisory Board, 1985-1988, 1988-1991

Humanities Institute, Simon Fraser University, consultant "The Story of Literacy," television series project (proposed), conference planning, and other projects, 1985-

United States Working Group, International Commission for the History of Social Movements and Social Structures, and International Congress on Historical Sciences, member, 1990

Everyday Literacy Practices In and Out of Schools in Low Socioeconomic Urban Communities Project, Griffith University, Australia, consultant,1993-

A Study of Effectiveness in Prison Education, Simon Fraser University, Graduate Liberal Studies Program, consultant, l993

Resource member, UNESCO/UNESCO Institute of Education Literacy Exchange Network, 1994-

H-Urban (H-Net Humanities and Social Sciences Online), Board of Advisors, 1995-

Great Cities Program, Electronic Network, University of Illinois at Chicago and H-Net, Advisory Board, 1995-2002

Great Cities Project, University of Illinois at Chicago and H-Urban, "The History of Community Organizing and Community-Based Housing and Economic Development in an International Context," on-line seminar, International Advisory Board, 1995-99

Stanton Sharp Symposium on the History of the Family, Southern Methodist University, advisor, 1996-

William P. Clements Center for Southwest Studies, Department of History, Southern Methodist University, Fellow, 1996-

Signs: Journal of Women in Culture and Society, special issue on "Feminisms and Youth Culture," advisor and manuscript reviewer, 1996-

H-Childhood (H-Net Humanities and Social Sciences Online), Board of Advisors, 1998-

Chicago Historical Society, "Teen Chicago," principal academic adviser, 2001-2004
a multi-year project in the history of teens, oral history, public programming, publications, and transformation of the roles of young people in museums and historical societies [see below]

The Child: An Encyclopedic Companion (University of Chicago Press, 2009), Advisory Board, 2001-2009

Urban History Association, Board of Directors, 2002-04

"Literacy, Religion, Gender, and Social History: A Socio-Cultural History for the 21st Century. An International Conference for Egil Johansson," Vadstena, Sweden, May, 2002, co-organizer, coordinator, and speaker, with scholars in Sweden, Australia, and Canada, with support from the Swedish Bicentennial Research Fund to University of Linköping (Bengt Sandin)

University of California, Berkeley, Center for Children and Youth Policy and Department of History, Conference on Rethinking  Child Development, October, 2005, one of a series of

small conferences to bring together historians and social scientists on the subject of childhood, 2005-

McGill University, Arts Faculty Humanities Program and Interdisciplinary Studies Review, External Expert, 2007

Communications and Society Program of the Aspen Institute for the Knight Commission on the Information Needs of Communities in a Democracy, Advisory Board, 2008-

Carnegie Mellon University, Department of History, President's AdvisoryBoard, 2008-

Bedford Bibliography for Teachers of Writing, consultant, 2010

National Public Radio, Radiolab program, interview on the origins of cities, 2010

Scientific Committee of I SIHELE 2010, International Seminar on History of Teaching Reading and Writing, theme: "The constitution of the field of history of literacy in Brazil." promoted by Gphellb–Research Group "History of Teaching Language and Literature in Brazil", Faculty of Philosophy and Sciences, Post-Graduate Program in Education at Universidade Estadual Paulista - Campus Marilia, Brazil, member,  2010

Advisory Board, Museum of Writing, online collaborative project, Institute of English Studies, University of London, and Faculty of Information Studies and University Library, University of California, Los Angeles, 2010-

Scientific Committee,  ABAlf-Brazilian Congress on Literacy, "The meanings of literacy in Brazil: what we know, what we do and what want?" and II SIHELE-International Seminar on the History of Teaching Reading and Writing, "Methods and teaching materials in the history of the initial teaching of reading and writing in Brazil," 2013 Scientific Committee, I CONBAlf (Brazilian Congress on Literacy)—Associacao Brasileira de Alfabetizacao (Brazilian Association of Literacy), 2015

External reviewer: National Endowment for the Humanities;  Newberry Library;  Center for Advanced Studies in the Behavioral Sciences;  National Institute of Education;  Social Sciences and  Humanities Research Council of Canada;  American Council of Learned Societies;  Center for English Language Achievement (CELA), SUNY at Albany;  Montana State University;  Spencer Foundation, Major Grants

## Editorial

Interchange: A Quarterly Review of Education, Editorial Board, 1974-1975;  Corresponding Editor, 1975-1976;  Consulting Editor, 1985-

History of Education Quarterly, Editorial Board, 1979-1983

Historical Methods, Editorial Board, 1987-1989

Interdisciplinary Perspectives in Social History Series, State University of New York Press, General Editor, 1979-85 [3 books published]

Interdisciplinary Studies in History Series, Indiana University Press, General Editor, 1982- [19 books contracted;  11 published]

State University of New York Press, consultant, 1979-85

Garland Publishing, Inc., consultant, 1979-1981

Indiana University Press, consultant, 1982-

Wayne State University Press, consultant, 1985-89

Wilson Quarterly, special issue on literacy, advisor, Spring, 1986

Studies in Written Language and Literacy, John Benjamins Publishing Company, Amsterdam, Editorial Board, 1992-

Social Science History, Editorial Board, 1994-1997

Historical Social Research/Historische Sozialforchung (Germany), Consulting Editor, 1998-

Literacy and Numeracy Studies: An International Journal (Australia), International Editorial
Board, 1998-
Journal of Language, Identity, and Education, Editorial Board, 2000-2007
American Periodicals, Editorial Advisory Board, 2005-
Computers & Composition Digital Press (CCDP), International Editorial Board, 2007-
Literacy in Composition Studies, Founding Editorial Board, 2012-
Book and Manuscript Reviewer: History of Education Quarterly;  Journal of American History;
Histoire sociale/Social History;  American Historical Review;  Southwestern Historical
Quarterly;  American Journal of Sociology;  Texas Books in Review;  Journal of Family
History;  Social Science History;  William and Mary Quarterly;  Historical Methods;  Journal
of Social History;  Journal of Library History/Libraries and Culture;  Educational Studies;
Journal of Interdisciplinary History;  Canadian Historical Review;  Curriculum Inquiry;
Acadiensis;  Contemporary Sociology;  Labour/Le Travailleur;  Language in Society;
Criminal Justice History;  Society;  American Anthropologist;  American Ethnologist;
Interchange;  Journal of Modern History;  Historical Studies in Education;  Proceedings,
American Antiquarian Society;  American Literature;  Journal of Higher Education;  Journal
of the History of the Behavioral Sciences;  Journal of Urban History;  Urban History;
Victorian Studies;  Signs;  Library Quarterly; Journal of Educational Thought; Journal of
Language, Identity, and Education; CCC; Cornell University Press;  University of Chicago
Press;  University of Wisconsin Press;  State University of New York Press;  Indiana
University Press;  Cambridge University Press;  Academic Press;  Oxford University Press;
University of Tennessee Press;  Plenum Publications;  Sage Publications;  Southern
Methodist University Press;  Northern Illinois;  University Press;  Wayne State University
Press;  Houghton Mifflin;  University of Pennsylvania Press;  University of Massachusetts
Press;  Rutgers University Press;  Columbia University Press; Greenwood Publishing;
University of Pittsburgh Press

**University**

**University of Toronto and Ontario Institute for Studies in Education**, Department of History
and Philosophy of Education, **1970-1975**: Research Assistant;  Member: General Assembly,
departmental committees (admissions, searches, orientation, evaluation, research and
development, programmes and graduate studies, nominating, library, admissions policy)
**University of Texas at Dallas, 1975-1998**
Member: School and College of Arts and Humanities;  Faculty associate: School of Social
Science and School of General Studies (years vary);  Graduate faculties in Arts and
Humanities, Education, Interdisciplinary Studies
University-wide: Council on Teacher Education;  Teacher Certification Review Team in
History and English;  Task Force on Role and Scope of Teacher Education;  Faculty Senate
Election Committee;  Search Committees;  Women's Studies Committee;  Committee on
Women's Archive and Research Collections;  Committee on Student Fellowships and
Scholarships (Chair, 1983-84);  Committee on Research;  Urban Studies Group;  Dallas
Research Group;  Association of Women Faculty (Member and Speakers Committee);
Faculty Review Committees;  Accreditation Self-Study, Graduate Studies Committee;
Committee on Parking and Security;  Library Committee;  J. Erik Jonsson Papers, advisor
School of Arts and Humanities: Committee on Teacher Education;  Faculty Agenda
Committee and Parliamentarian;  Search Committees (and chair);  Target-of-Opportunity
Search Committees (and chair);  College Steering and Interdisciplinary Studies Committees;

Community College Liasion;  Graduate Advisory Board and Planning Committee;
Committee on Urban History;  Graduate Studies Committee;  Advisory Committee on Law
and Human Values Program;  Faculty Ad Hoc Review Committees (and chair);  Faculty
Personnel Review Committee;  Committee on Grants and Development;  Committee on
Graduate Student Assistantships;  Course and Curriculum Committee;  Task Force on
Undergraduate Studies;  Cecil Green Lectures Committee;  Core Curriculum Committees
(and chair);  Planning and Budget Committee;  Library Development Committee;
Nominating Committee;  Grant Proposal Committees

**Simon Fraser University, 1981-**

Consultant, Humanities Institute conferences and programs, external studies programs;
Special Arrangements Doctoral Committee member

**University of Texas at San Antonio, 1998-2004**

Director, Division of Behavioral and Cultural Sciences, 1998-1999

Member: Department of History;  Doctoral faculty and Doctoral Studies Committee, Ph.D.
Program in Culture, Literacy, and Language, Division of Bilingual and Bicultural Studies;
Doctoral Faculty, Ph.D. Program in English;  Graduate Faculty, Department of Public
Administration (Urban Studies);  Learning Community and Freshman Seminars for
Undergraduate Studies faculty

Division Faculty Review Advisory Committee;  Division Periodic Performance Evaluation
(Post-Tenure Review) Committee and Chair;  Division Scholarship Committees

History Faculty Search Committees;  Department Restructuring Committee;  Department By-
Laws Committee;  Department Faculty Review Advisory Committee and Chair;  Department
Periodic Performance Evaluation (Post-Tenure Review) Committee;  Graduate Program
Admissions Committee;  Library Liaison for History; Graduate Studies Advisory Committee;
M.A. Comprehensive Examination Committees and Chair; MA Thesis Committees and Chair

Department of Public Administration Search Committee

Ph.D. in Public Policy Program Committee

Doctoral Program in Culture, Literacy, and Language Doctoral Studies Committee; Qualifying
Exam Committees; Dissertation Committees

College of Education and Human Development, Faculty Review Advisory Committee

University Faculty Review Advisory Committee

**The Ohio State University, 2004-**

Ohio Eminent Scholar in Literacy Studies, Professor of English and History; Faculty Associate,
Department of Comparative Studies

Faculty affiliate: Diversity and Identity Studies Collaborative; Humanities Institute; International
Poverty Solutions Collaborative, A University Center for Innovation; Mershon Center for
International Security Studies; Center for Medieval and Renaissance Studies; Kirwan
Institute for the Study of Race and Ethnicity; Project Narrative

Department of English; Rhetoric, Composition, and Literacy section; American Literature before
1900 section; Politics and Culture section; Senior Faculty Selective Investment Search
Committee; Associate Professor reviews; Nominated for Professor of the Year, Graduate and
Undergraduate, 2005, Graduate, 2006, Gradutate, 2007; Promotion and Tenure Committee;
Graduate Studies Programs and Policies Committee , Presidential Fellowships Subcommitte;,
Estrich Award Subcommittee; Diversity Committee; MA Exams Revision Committee;
Awards and Nominations Committee

Department of History; American and European History; Curriculum Constellations; Modern
America Initiative, 2008-
Advisory Committee, Center for Historical Research (CHR), Family, Kinship and
Households: New Perspectives
Popular culture faculty
Doctoral Student Adviser and Supervisor, Examination Committee Chair and Member; Doctoral
Dissertation Director and Committee Member, Doctoral Dissertation Defense Committees;
M.A. Examination Committees, Dance, English, History, Education
Director, Literacy Studies @ OSU and Literacy Studies Working Group, Institute for
Collaborative Research and Public Humanities and College of Humanities, campus-wide
interdisciplinary literacy initiative: working groups, public programs and visiting speakers
series, Graduate Interdisciplinary Specialization/minor, university-wide graduate students
interdisciplinary seminar, History of the Book group, international interdisciplinary graduate
student conference Expanding Literacy Studies  (2009), registered student society, and
related activities, 2004-
Member, Advisory Board, Building Public Space Initiative, Institute for Collaborative Research
and Public Humanities
Director and advisor, Graduate Interdisciplinary Specialization (minor) in Literacy Studies (final
approval, 2007)
Faculty Adviser and Coordinator, International, Interdisciplinary Graduate Students Conference,
Expanding Literacy Studies, for and by graduate students, The Ohio State University, April
3-5, 2009
Faculty Adviser, Graduate Students Interdisciplinary Literacy Studies Organization; Appalachian
Literacy GradGroup; History of the Book GradGroup
Organizer and member, History of the Book Group; History of Reading, Writing, and Book Arts
Working Group, sponsored jointly by the  Institute for Collaborative Research and Public
Humanities and Literacy Studies @ OSU
Working Group on Public Humanities, Institute for Collaborative Research and Public
Humanities
The Neighborhood Institute, working group of the Institute for Collaborative Research and
Public Humanities, Advisory Board
Working Group on the Future of the University
Civic Engagement Committee, College of the Arts and Sciences
University-wide:
President's and Provost's Advisory Council
Ohio State Teaching Enhancement Program (OSTEP) Steering Committee
Committee to Select Distinguished University Lecturers, 2005-07, chair
University Council on Literacy Studies, founding member
Working Group on Revising Undergraduate Education
Doctoral Dissertation Defense Committees, 2005-
**External Reviewer and Evaluator, Tenure and Promotion**:  Simon Fraser University;
University of Minnesota;  Stockton State College;  Indiana University (6);  Ohio University
(2);  Wellesley College;  University of Michigan (2);  Stanford University;  Georgia State
University;  Royal Melbourne Institute of Technology;  University of California at Los
Angeles (2); Bowling Green State University; University of Wisconsin-Milwaukee;

University of Toledo; Ohio State University Library; Arizona State University; University of Notre Dame, University of Michigan, University of Illinois

**External Evaluator, Theses and Dissertations:**  Southern Methodist University;  Simon Fraser University, Canada;  University of New South Wales (Aust.);  James Cook University (Aust.);  University of Technology Sydney (Aust.)

### Public History: General

Potomac Educational Resources, Inc.: A Research and Consulting Group for Educational Policy and Public History, Advisory Board of Scholars, 1979-87

New Hampshire Humanities Council, "Literacy: Myths and Legacies" Conference, advising humanist, 1989-91;  Keynote Speaker and panelist, 1991

Conference on Humanistic Perspectives on Public Policy, Texas Committee for the Humanities (TCH), San Antonio, university representative, 1976

Texas Committee for the Humanities (NEH), consultant, 1976-

Conference on Women and Public Policy, Dallas (sponsored by TCH), coordinator, 1976

Texas Coalition for Juvenile Justice Reform, Program on Status Offenders (sponsored by TCH), consultant, Advisory Board, discussant, 1977

Dallas Public Library, Humanities Resources Information System Project (sponsored by NEH, NSF, TCH), Advisory Board;  Humanities Involvement Group;  consultant, 1977-1979;  Dallas and Texas History Division, Advisor, 1984-89

"It Made a Difference": Women in Texas History Project, consultant, 1979-1982

Chicago Metro History Fair, final fair judge, 1980

Illinois Humanities Council, consultant, 1980-1981

Handbook on Texas Women, advisor, 1983-

Handbook of Texas History, advisor, 1984-85

Folklore Media Center, Dallas, Advisory Board, 1984-89

Italian National Radio, "America Coast to Coast," commentator, 1984, 1987

Pictorial History of Texas Jews, Advisory Board, 1988-90

Louisiana State University at Shreveport, Master of Arts in Public History program, advisor, 1992-

Fort Worth Museum of Science and History, Texas History Gallery, Advisory Board, 1992-

University of Adelaide, Australia, Radio, 1993

San Antonio History Fair, judge, 2000-

Dallas Times Herald;  Dallas Morning News;  San Antonio Express-News;  [London]Times Educational Supplement;  KERA-Channel 13, Dallas;  National Public Radio, The Nation, HuffingtonPost, HuffingtonPostLive resource and contributor

KERA-90.1 FM (NPR Dallas), advisor

San Antonio History Website Development Project (NEH grant to UTSA), Advisory Group, 2001-

Chicago Historical Society, "Teen Chicago," principal academic adviser, 2001-2004
a multi-year project in the history of teens, oral history, public programming, publications, and transformation of the roles of young people in museums and historical societies, with funding from the Joyce Foundation, Elizabeth Morse Charitable Trust, Chicago Community Trust, Nathan Cummings Foundation, Field Foundation of Illinois; James S. Kemper Foundation, Illinois Humanities Council, and National Endowment for the Humanities; American Association of Museums Excellence in Education Award and Muse Award (Media & Technology) Honorable Mention,  2005

LifeTimes/Everyday Life in America: A New Way of Doing History, Scholarly Advisory Board, 2002-

NPR Chicago, Series on Children and Adolescents, adviser, 2003-

Radio and television talkshows, interviews, moderator

## Community/Local

Dallas Social History Project, director, 1975-1979

Texas local and regional historical societies and groups, consultant and advisor, 1976-

Southern Resource Center, Dallas, Project on the Community Development Act of 1974 and the East Dallas Community, sponsored by the Texas Committee for the Humanities (TCH), consultant and humanist, 1976

Fuerza de los Barrios, Fort Worth, Trinity River Project (sponsored by TCH), consultant and humanist presenter, 1976

Research Group on School Desegregation, White Flight and Busing, Dallas, 1976-1978

Kaplan, Gans, and Kahn, Consultants, 1976-1978

Dallas Historical Society:  Consulting Historian, 1976-89;  "A Return to the Neighborhoods" Project, Advisory Board, 1977-1979;  Seminar on Community History, historian and speaker, 1982

Collaborative Approach to Services for the Elderly, University of Texas Council of Presidents, resource person, 1977-

City of Dallas, Historic Landmark and Preservation Committee, Historic Marker Taskforce, 1977-1981;  Publicity Taskforce, 1981-85;  author, landmark brochures, 1977-85;  Archives Committee, 1983-88

Dallas-area Social History Group, founder and coordinator, 1981-88

Historic Dallas (Historic Preservation League), correspondent, 1981-1983

Historic Preservation League, Dallas, advisor;  Neighborhoods Book Committee, 1983-86

North Texas Phi Beta Kappa Association, Committee on Awards, Special Projects Committee, 1981-84;  Vice President, 1982-1984;  President, 1984-86

Phi Beta Kappa — Dallas Public Library, Annual Lecture on Culture and the City, Founder and Chair, Advisory Committee, 1983-87

"Folk Life in Dallas," (TCH), humanities advisor and speaker, 1983

Dallas Sesquicentennial Commission, Historical Publications Committee, 1984-86

Dallas Historical Society and Alpha Xi Omega, HRA, Inc. of Alpha Kappa Alpha Sorority, "Black Dallas Remembered" Oral History Project, consultant;  presenter, public forums, 1985-87

Dallas Public Library, Symposium on  Dallas Past and Present, advisor, coordinator and participant, 1986

Dallas Jewish Historical Society, Advisory Board, 1987-98

Concepts International, Dallas, consultant, 1989

## Media/Film/Education

Knowledge Network (British Columbia, Educational Television), presenter/ interviewee, 1981

"West of Hester Street" (Cinema docudrama on the Galveston Movement, 1907-1910), featured extra, 1982

KERA-90.1 FM (NPR), advisor on news programs

KERA, Channel 13 (PBS), Dallas, "News Edition," commentator, 1983-86

KERA Television, "Legacies of the Land: A Documentary on the Myths, Legends, and Traditions of Texas" (TCH), Advisory Board, 1983-85

Dallas County Community College District and Harper and Row, Telecourse: "The American Adventure," consultant and participant/interviewee, 1985-86 (26 half-hour programs for 600 colleges in 45 states and PBS Adult Learning Network)

KERA, Channel 13 (PBS), Family Project, Advisory Board, 1991-92;  "A Better Childhood (ABC) Quiz," 1991, chief advisor and commentator (Katherine Ripley Award for Electronic Media, Planned Parenthood of Dallas and Northeast Texas;  Matrix Award, Dallas Professional Chapter of Women in Media;  Silver Award for Local Programs, Corporation for Public Broadcasting);  "First Steps," 1992, principal advisor, radio commentator

"A History of American Teenagers in the Twentieth Century," Steven Alves, Hometown Productions, producer, documentary series in development, Board of Advisors and Project Scholar, 1996- (funded by NEH)

"Rewriting Literacy," documentary film series, Board of Advisors and Project Scholar, 1998- (proposed to NEH and others)

National Public Radio, "The Changing Face of America" national initiative, New Media Division, Talk of the Nation, All Things Considered, Morning Edition, 2000-2001, adviser, consultant, and electronic discussion moderator

NPR Chicago, Series on Children and Adolescents, adviser, 2003-04

Exhibiting Adolescence/Adolescents—experimental graduate seminar, University of Texas at San Antonio, 2004, exploring different approaches to "exhibiting" adolescents and adolescence, with the assistance of the Witte Museum, San Antonio, and the Chicago Historical Society

"Drop Out Nation The Death of the American Dream," documentary film, Public Broadcasting

Council of Central New York," Syracuse, reviewer, 2010

## Other Educational

Women for Change, Inc., Dallas, Seminar on Education, humanist panelist, 1975

Eastfield Colege, Division of Humanities, Dallas County Community College District, consultant, 1978

Conference on Quality Education for Black Students in Texas, Austin (sponsored by TCH), consultant and humanist panelist, 1976

## Professional Society Activities

Canadian Association for American Studies, Executive Committee, student member, 1972-1975; Program Committee, 1974

American Educational Research Association, Program Committee, Division F (Historiography), 1973

Canadian Population Studies Group, Steering and Program Committees, 1974-1976

History of Education Society, Nominating Committee, 1976, 1979

Southwest Coordinating Committee on Women in the Historical Profession, coordinator, 1977-1979

Social Science History Association, Regional Network Coordinator, 1976-84;  Program Committee, 1980;  Allan Sharlin Memorial Award Committee, founding chair, 1984-85, member, 1984-86;  Executive Committee, 1987-89;  Vice President and President-Elect, 1998-99;  President, 1999-2000; member Executive Committee, 2000-2003;  ex-officio

member, Search Committee for New Editor of <u>Social Science History</u>;  ex-officio member, Committee on the Future of SSHA [As SSHA President in 1999-2000, I presided over the 25th anniversary of the organization.  Entitled "Looking Backward and Looking Forward: Perspectives on Social Science History," the program featured both a celebration and a critical stock-taking.  A number of special activities marked the occasion which was also reflected in my Presidential Address.  I also established the Committee on the Future of SSHA which reported in 2001]

Urban History Association, Board of Directors, 2002-04

Society for the History of Children and Youth, Executive Committee, 2003-07

### Conference Session Chairing

Little Community Conference, Brandeis University, 1972

History of Education Society, Chicago, 1973;  Cambridge, Mass., 1976;  Toronto, 1977;  Chicago, 1978;  Vancouver, 1983;  Chicago, 1984

Canadian Association for American Studies, Ottawa, 1974

Canadian Historical Association, Edmonton, 1975

Southwestern Social Science Association, Houston, 1978

Social Science History Association, Cambridge, Mass., 1979;  Rochester, 1980;  Bloomington, Ind., 1982;  Washington, D.C., 1983;  Toronto, 1984;  St. Louis, 1986;  New Orleans, 1987;  Chicago, 1988;  Washington, D.C., 1989;  Minneapolis, 1990;  New Orleans, 1991;  Chicago, 1992;  Baltimore, 1993;  Atlanta, 1994;  Chicago, 1995;  New Orleans, 1996;  Washington, D.C., 1997;  Chicago, 1998;  Fort Worth, 1999;  Pittsburgh, 2000;  St. Louis, 2002;  Baltimore, 2003; Chicago, 2004; Portland, 2005; Minneapolis, 2006; Chicago, 2007; Long Beach, 2009; Chicago, 2010; Boston, 2011; Vancouver, 2012; Chicago, 2013; Toronto, 2014; Baltimore, 2015

American Studies Association, Kansas City, 1996

Society for the History of Children and Youth, University of Maryland, Baltimore County, 2003; Marquette University, Milwaukee, 2005; Linköping University, Norrköping, Sweden, 2007; University of California, Berkeley, 2009; Columbia University, New York, 2011

American Studies Association of Texas, San Antonio, 2003 [students in my Fall 2003 doctoral seminar English 7063 presented their work on a panel entitled "Reading Critically the Sources of Children and Childhood: Literary and Historical Perspectives." I chaired the session. At the conference'e end, this was designated an "outstanding session"]

Urban History Association, Tempe, Arizona, 2006

## Lectures and Papers
### Conference Participation

The Little Community Conference, Brandeis University, 1972

History of Education Society, Chicago, 1973

Canadian Association for American Studies, Ottawa, 1974

Canadian Historical Association, Edmonton, 1975

Women for Change, Seminar on Education, Dallas, 1975

Time, Space, and Man: Interdisciplinary Symposium on Microdemography in Historical Perspective, Umeå, Sweden, 1977

Fort Worth Committee for the Humanities and Texas Coalition for Juvenile Justice, Juvenile Justice and the Community, Fort Worth, 1978

Social Science History Association, Cambridge, Mass., 1979

Conference on Literacy in Post-Reformation Europe, University of Leicester, England, 1980

Library of Congress Center for the Book-National Institute of Education, History of Literacy Conference, Washington, D.C., 1980

American Antiquarian Society, Conference on Printing and Society in Early American, Worcester, Mass., 1980

Social Science History Association, Rochester, 1980

Bard College Conference on Crisis in Literacy: Cultural Hard Times, invited speaker, 1981

Simon Fraser University, SITE Program on Literacy, 1981

History of Education Society, Pittsburgh, 1981

Social Science History Association, Nashville, 1981

Tenth World Congress of Sociology, Mexico City, 1982

Wellcome Institute for the History of Medicine, Conference on Medicine, Printing, and Literacy in the European Renaissance, London, 1982

Social Science History Association, Bloomington, Ind., 1982

Dallas Public Library, Folklife in Dallas, 1983

Annenberg School of Communications, University of Southern California, Creating Meanings: The Literacies of Our Times, 1984

International Commission for the Application of Quantitative Methods to History, The Transformation of European Society, Rockefeller Conference Center, Bellagio, Italy, 1984

Social Science History Association, Chicago, 1985

Ontario Institute for Studies in Education, University of Toronto, 20th Anniversary Cutting Edge of Educational Research Conference, 1985

International and Comparative Education Society, Toronto, 1986

Dallas Public Library, Symposium on Dallas Past and Present, 1986

Social Science History Association, St. Louis, 1986

Social Science History Association, New Orleans, 1987

Simon Fraser University, Institute for Humanities, Conference on The Legacy of J. S. Woodsworth and the Welfare State in Canada, 1988

Social Science History Association, Chicago, 1988

Library History Seminar VIII, Bloomington, IN, Distinguished Plenary Address, 1990

Canadian History of Education Association, Biennial Meeting, Ottawa, Distinguished Speaker, 1990

Social Science History Association, Minneapolis, 1990

Conference on American Urban History, Chicago Historical Society, 1990

Bard College Conference on Education for Complexity in the 21st Century, invited speaker, 1991

International Conference on Attaining Functional Literacy: A Cross-Cultural Perspective, Tilburg University and The Netherlands National Commission for UNESCO, Keynote Speaker, 1991

Social Science History Association, New Orleans, 1991

New Hampshire Humanities Council Conference on Literacy, Myths, and Lessons, Keynote Speaker, 1991

Seminar on Children and the History of Childhood, Department of Child Studies, Tema, Linköping University, Sweden, 1992

Conference on Adult Literacy: An International Urban Perspective, The United Nations [UNESCO, CUNY, and New York City]: Keynote Speaker, 1992

Social Science History Association, Chicago, 1992

American Educational Research Association, Special Interest Group on Basic Research on Reading and Literacy, Atlanta, Invited Address, 1993

Conference on Writing and Reading in Western Europe: Its Nature, Functions, and Conflicts, Universidad Internacional Menendez Pelayo, Valencia, Spain, opening lecture, 1993

Conference on Literacy and Power: Difference, Silence and Textual Practice, Griffith University, Brisbane, Australia, Plenary Address, 1993

Institute on Literacies, Language and Social Justice, Melbourne, Plenary Address, 1993

Australian Reading Association, First International Meeting, Literacy for the New Millenium, Melbourne, Keynote Speaker, 1993

Social Science History Association, Baltimore, 1993

Social Science History Association, Atlanta, 1994

Emory University Graduate Institute for the Liberal Arts and Dana Foundation Workshop for Teachers on Narrative and Education, 1994

Social Science History Association, Chicago, 1995

Stanton Sharp Symposium on the History of the Family, Southern Methodist University, 1996

Social Science History Association, New Orleans, 1996

American Studies Association, Kansas City, 1996

Association of Graduate English Students, Kent State University, Fourth Annual National Graduate Student Conference, Intersections in English Studies, keynote speaker, 1997

Social Science History Association, Washington, D.C., 1997

Social Science History Association, Chicago, 1998

The University and the City: Urban Education and the Liberal Arts, Wayne State University, 1999

Social Science History Association, Fort Worth, 1999

Conference on College Composition and Communication (CCCC), Annual Meeting, Educating the Imagination and Reimagining Education, Minneapolis, featured speaker, 2000

Institute for Literary History and National Conference, Prospero's Plots and Caliban's Critique: Literacies, Texts, and Nationalisms in the New World, Miami University (Ohio), featured speaker and discussant, 2000

Social Science History Association, Looking Backward and Looking Forward: Perspectives on Social Science History, Presidential Address and Presidential Sessions, Pittsburgh, 2000

Social Science History Association, Chicago, 2001

"Literacy, Religion, Gender, and Social History: A Socio-Cultural History for the 21st Century. An International Conference for  Egil Johansson," Vadstena, Sweden, May, 2002, co-organizer and coordinator, speaker and session chair

Social Science History Association, St. Louis, 2002

Society for the History of Children and Youth, Baltimore, 2003

Social Science History Association, Baltimore, 2003

Conference on College Composition and Communication (CCCC), Annual Meeting, Educating the Imagination and Reimagining Education, San Antonio, featured speaker with Deborah Brandt, 2004

Western States Rhetoric and Literacy Conference, "Big Rhetorics, Big Literacies: The Discourses of Power," Arizona State University, keynote address, 2004

Conference on "From Woodblocks to the Internet: Chinese Publishing and Print Culture in Transition," Ohio State University, keynote address, 2004

Social Science History Association, Chicago, 2004
National Council of Teachers of English Assembly for Research Conference, "Literacies Across Time, Space, and Place: New Directions in Literacy Research for Political Action," Keynote Address with Deborah Brandt, Ohio State University, 2005
Conference of the Society for the History of Children and Youth, Milwaukee, 2005
University of California, Berkeley, Conference on Rethinking Child Development, 2005
Social Science History Association, Portland, 2005
Urban History Association, Tempe, Arizona, 2006
Social Science History Association, Minneapolis, 2006
Society for the History of Children and Youth, Linköping University, Norrköping, Sweden, 2007
Social Science History Association, Chicago, 2007
Conference on College Composition and Communication (CCCC), Annual Meeting, Writing Realities, Changing Realities, New Orleans, 2008
Conference on Politics, Activism and the History of America's Public Schools: Marking the 40th Anniversary of Michael B, Katz's The Irony of Early School Reform, University of Pennsylvania, 2008
Social Science History Association, Miami, 2008
Scope of Interdisciplinarity Conference, Athabasca University, Edmonton Alberta, Canada, 2008
Expanding Literacy Studies International Interdisciplinary Conference for Graduate Studies, Columbus, 2009: plenary session in recognition of the 30th anniversary of the publication of The Literacy Myth
Twentieth Anniversary Seminar on Child Studies at the Department of Child Studies, Linköping University, Sweden, 2009
Society for the History of Children and Youth, University of California, Berkeley, 2009
Social Science History Association, Long Beach, California, 2009
Gartner Honors Lecture, Southern Methodist University, 2010
"The Literacy Myth Now Thirty Years Old Revisited," a forum on Graff's The Literacy Myth, Humanities Institute, Simon Fraser University, Vancouver, Canada, 2010
A Symposium on Critical Perspectives on Understanding Literacy in a Technological Age, British Columbia Institute of Technology, Vancouver, 2010, keynote address
Social Science History Association, Chicago, 2010
Society for the History of Children and Youth, Columbia University, New York, 2011
Social Science History Association, Boston, 2011
Masters of City and Regional Planning, CRP OneBook Program, and SPA Student Association Invitee & Lecturer, University of Texas at Arlington, 2011
Conference on College Composition and Communication (CCCC), Annual Meeting, featured speaker, Writing Gateways, St. Louis, 2012
Social Science History Association, Vancouver, 2012
Social Science History Association, Chicago, 2013
Social Science History Association, Toronto, 2014
IV Colóquio Internacional Letramento e Cultura Escrita (4th International Conference of Literacy and Written Culture), Minas Gerais, Brazil, 2014, keynote
CIC Conference on Graduate Education in the Humanities, Keynote Speaker, Penn State University, 2015
Social Science History Association, Baltimore, 2015

Michael B. Katz, His Contribution and Legacy to Social Science History and Beyond, special
    session, Social Science History Association, Baltimore, 2015
Conference on College Composition and Communication (CCCC), Annual Meeting, Session on
    Harvey J. Graff, Literacy Studies, and Composition, Portland, 2017

## Invited Lectures and Seminars

University of Western Ontario, 1973, 1977;  Dallas organizations, 1975- ;  Southern Methodist
University, 1977;  University of Texas at Dallas, 1978- ;  University of Chicago, 1979, 1980;
The Newberry Library, Chicago, 1979, 1980;  University of Toronto and the Ontario Institute for
Studies in Education, 1980;  University of Delaware, 1980;  University of Pennsylvania, 1980;
Northeastern Illinois University, 1980;  Fairleigh Dickinson University, 1981;  Indiana University,
1981;  Simon Fraser University, Canada, 1981, 1982;  University of British Columbia, 1981,
1982;  Dallas Historical Society, 1982;  Wellcome Institute for the History of Medicine, London,
1982;  Rice University, 1983;  Stanford University, 1986;  Southern Methodist University, 1988;
American Antiquarian Society, 1989;  Florida State University, 1990;  Indiana University, 1992;
Linköping University, Sweden, 1992;  Stockholm University, Sweden, 1992;  Umeå University,
Sweden, 1992;  Centre for Literacy, Montreal, 1993;  National Literacy Secretariat,
Multiculturalism and Citizenship Canada, 1993;  Australian universities (Griffth, LaTrobe,
Adelaide, South Australia, Macquarie, Wollongong, University of Technology-Sydney,
Queensland Institute of Technology, Central Queensland), 1993;  Simon Fraser University, 1993;
Washington University, 1994;  Georgia State University, 1994;  Carleton University, Canada,
1995;  Teachers College, Columbia University, 1996;  Kent State University, 1997;  University
of California at Los Angeles: Forum for Print and Electronic Culture, California Center for the
Book, and Department of Library and Information Studies Seminar, 2000;  University of
Linköping, Sweden, 2001, 2002;  University of Notre Dame, 2001; The Ohio State University,
2004; Division of Late Medieval and Reformation Studies, University of Arizona, 2004; Center
for Writing Studies, University of Illinois, 2005; Arizona State University, 2006, Miami
University, Ohio, 2006; Kent State University, 2009; University of Texas at Arlington, 2009;
Southern Methodist University, 2010; Simon Fraser University, 2010; British Columbia Institute
of Technology, Vancouver, 2010; University of Texas at Arlington, 2011, University of
California at Los Angeles, 2013; Federal University of Minas Gerais, Brazil, 2014; State
University of Rio de Janeiro, Brazil, 2014; University of Calgary, 2014; Rochester Institute of
Technology, 2016; Southern Methodist University, 2016

## Biographical References

Directory of Psychosocial Investigators;  Directory of American Scholars, History;  Who's Who
in the South and Southwest;  International Who's Who in Education;  Who's Who in the
Midwest;  Current Authors;  International Authors and Writers Who's Who;  Men of
Achievement;  Dictionary of International Biography;  Who's Who in American Education;

Who's Who in Education;  Contemporary Authors;  Outstanding Scholars of the 20th and the 21st Century;  Outstanding Intellectuals of the 20th and 21st Century;  Outstanding People of the 21st Century; Who's Who in Humanities Higher Education; Academic Keys; Who's Who