

Case 4:22-cv-00191-MTS   Doc. #: 12-39   Filed: 03/14/22   Page: 1 of 1 PageID #: 396

Sandy Garber
Jun 12 at 3:15 PM • Conservative Institute - Instant Articles

HEY FOLKS! It's high time YOU STEP UP TO THE PLATE TO DEFEND OUR CONSTITUTION! "ALL LIVES MATTER" IF YOU VALUE LIFE AT ALL!!!! This "BLM" so called MOVEMENT seems to NOT BELIEVE THAT BLACK LIVES MATTER UNLESS YOU ARE A "BLACK" PERSON KILLED BY A WHITE PERSON! ....AND.....BLACK LIVES DON'T SEEM TO MATTER ON THE WAY TO THE "PLANNED PARENTHOOD ABORTION CLINICS!"....AND.....BLACK LIVES MURDERED AT AN OUTRAGEOUS RATE IN CHICAGO DON'T SEEM TO MATTER TO THE "BLM" FOLKS.....CAN YOU GIVE ME THE NAME OF ANYONE WHO IS BLACK THAT WAS KILLED BY ANOTHER BLACK LAST WEEKEND????? Your answer is 'NO...I cant give you ANY NAME!".... AND......WHAT ABOUT THE 77 YEAR OLD RETIRED POLICE CAPTAIN ,DAVID DORN, SHOT & KILLED IN ST. LOUIS A FEW WEEKS AGO BY A BLACK ANTIFA TH (?) THUG / LOOTER? YOU ONLY HEARD ABOUT HIM ON FOX NEWS!....THE "LAME STREAM MEDIA & BLM " HAVEN'T CHANTED HIS NAME BECAUSE HE WAS A POLICE OFFICER & BECAUSE HE WAS KILLED BY ANOTHER BLACK!

SO I HAVE A GREAT IDEA FOR THE REST OF YOU TO DO.......I'VE BEEN DOING IT FOR YEARS NOW......DON'T WATCH CNN, MSNBC, ABC, & ALL THE OTHER ANTI-TRUTH, ANTI-TRUMP