

**Amber Crawford** ▸ Stop critical race theory from being taught in Missouri schools

August 24, 2021

Governor Parson recently stated that he does not believe the majority of Missouri's K-12 schools are forcing an illiberal, intolerant, and divisive ideology upon our children.

His belief, unfortunately, is incorrect. In fact, schools across the nation -- including Missouri -- are teaching students a limited and negative view of themselves, each other, and our nation. At least 20% of Missouri's K-12 students are in Districts promoting CRT, many in the St. Louis area. They are using the anodyne language of "diversity, equity, and inclusion," when really they are promoting regressive and racialist ideas that tell students that their skin color is their defining quality and that our nation is irredeemably racist. We fully support a fair, balanced, and accurate teaching of our nation's history, including its failings and its great successes. But we can no longer stand by as local schools teach our children the limiting view that race is what defines them.

Share with Governor Parson your hope for a better, pro-human future by sending the attached message. Together, we can stand up for equality, fairness, and civil rights and liberties for all Americans.

Click the link below to log in and send your message:

https://www.votervoice.net/Broadca.../2cJ6-_bHpupvDzTsK7_VPw



**Governor Mike Parson** @GovParsonMO · Jul 19
Critical Race Theory (CRT) has no business being taught in Missouri classrooms — but the vast majority of our schools are not doing that. Missouri schools are teaching diversity, equity, and inclusion to help prepare our students for life and for the workforce... (1/3)

392   187   698

**Governor Mike Parson** @GovParsonMO · Jul 19
...by allowing them to better understand and respect each other's differences. However, we do NOT need the extreme teachings of CRT in order to accomplish that goal. (2/3)

54   14   184

**Governor Mike Parson** @GovParsonMO · Jul 19
I believe in local control and our state has a long history of valuing local control, and that is why local schools districts have statutory authority over curriculum. Individual schools receive direct input from teachers & parents and know best how to address these topics. (3/3)