Wentzville
Christina Kelly · 34m ·

Wentzville School District parents be like....



