**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| C.K.-W, et al., ) | |
| Plaintiffs, ) | |
| ) | Case No. 4:22-cv-00191-MTS |
| vs. ) | |
| ) | |
| WENTZVILLE R-IV SCHOOL ) | |
| DISTRICT, ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE
AND DESIGNATION OF LEAD COUNSEL**

Attorney J. Drew Marriott, of EdCounsel, LLC, hereby enters his appearance and designation of lead counsel on behalf of Defendants, Wentzville R-IV School District.

Respectfully submitted,

EDCOUNSEL, LLC

By: /s/ J. Drew Marriott
J. Drew Marriott, #63059
dmarriott@edcounsel.law
Matthew D. Wilson #59966
mwilson@edcounsel.law
2833B E. Battlefield St., Ste. 100
Springfield, Missouri 65804
(417) 755-7190
(855) 876-4740 (facsimile)
ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

  The undersigned certifies that on March 15, 2022, notice and access to the foregoing was provided through the electronic filing system to all counsel of record.

   Anthony E. Rothert
   Jessie Steffan
   Molly Carney
   Emily Lazaroff
   ACLU of Missouri Foundation
   906 Olive St., Ste. 1130
   St. Louis, MO 63101
   (314) 652-3114
   (314) 652-3112 FAX
   trothert@aclu-mo.org
   jsteffan@aclu-mo.org
   mcarney@aclu-mo.org
   elazaroff@aclu-mo.org

   Gillian R. Wilcox
   ACLU of Missouri Foundation
   406 W. 34th St., Ste. 420
   Kansas City, MO 64111
   (816) 470-9938
   gwilcox@aclu-mo.org
   ATTORNEYS FOR PLAINTIFFS

                /s/ J. Drew Marriott