**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| C.K.-W, et al., | ) |
|     Plaintiffs, | ) |
| | )   Case No. 4:22-cv-00191-MTS |
| vs. | ) |
| | ) |
| WENTZVILLE R-IV SCHOOL | ) |
| DISTRICT, | ) |
|     Defendants. | ) |

**ENTRY OF APPEARANCE**

    Attorney Matthew D. Wilson, of EdCounsel, LLC, hereby enters his appearance on behalf of Defendants, Wentzville R-IV School District.

    Respectfully submitted,

    EDCOUNSEL, LLC

    By: */s/ Matthew D. Wilson*
        J. Drew Marriott, #63059
        dmarriott@edcounsel.law
        Matthew D. Wilson #59966
        mwilson@edcounsel.law
        2833B E. Battlefield St., Ste. 100
        Springfield, Missouri 65804
        (417) 755-7190
        (855) 876-4740 (facsimile)
        ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

The undersigned certifies that on March 15, 2022, notice and access to the foregoing was provided through the electronic filing system to all counsel of record.

>Anthony E. Rothert
>Jessie Steffan
>Molly Carney
>Emily Lazaroff
>ACLU of Missouri Foundation
>906 Olive St., Ste. 1130
>St. Louis, MO 63101
>(314) 652-3114
>(314) 652-3112 FAX
>trothert@aclu-mo.org
>jsteffan@aclu-mo.org
>mcarney@aclu-mo.org
>elazaroff@aclu-mo.org
>
>Gillian R. Wilcox
>ACLU of Missouri Foundation
>406 W. 34th St., Ste. 420
>Kansas City, MO 64111
>(816) 470-9938
>gwilcox@aclu-mo.org
>ATTORNEYS FOR PLAINTIFFS

                                                                          /s/ Matthew D. Wilson