**INSTRUCTIONAL SERVICES**  Form 6241

**Instruction**

**Challenged Materials**

**REVIEW OF INSTRUCTIONAL MATERIALS**

Type of material (book, film, pamphlet, etc.): __book, ebook__

Title of material: __Gabi a girl in pieces__

Author: __IsabelQuintero__

Publisher: _____

Your name, address, telephone number: __Renee__

Do you have a child in the school concerned? __Yes__

Complainant also represents others: __Yes__

(organization-name) __Parents__

(other group-identify) _____

To what part of the material do you object: Cite words, page numbers: _____
__Talk of rape, foul language__

Are you familiar with the range of materials used in the school system on this topic? __Yes__

Do you approve of presenting a diversity of points of view about this material in the classroom? __No__

Should this be withdrawn from all students?   Yes __and all schools__   No _____

_____
Signature of Complainant

Please give/send this information to:

Date
__11/18/2021__
Superintendent

_____
Address

_____

**Exhibit 13**