**From:** Brynne Cramer <brynnecramer@wsdr4.org>
**To:** Elizabeth Barmeier <elizabeth.barmeier@tvstl.com>
**Subject:** KTVI Inquiring About Possible Book Challenges
**Date:** November 22, 2021 at 10:28:14 AM CST

Hi Elizabeth!

Thank you for reaching out!

We have three books being challenged and going through the review process:

- *Lawn Boy Jonathan Evison*

- *The Bluest Eye Toni Morrison*

- *Gabi, A Girl In Pieces by Isabel Quintero*

We also had the following that were challenged and removed by the librarians without going through the review process:

- 

**Exhibit 14**

> *All Boys Aren't Blue*
> *by George M. Johnson*

- *Fun Home: A Family Tragicomic by Alison Bechdel*
- *Heavy: An American Memoir Kiese Laymon*

Let me know if I can help with anything in the future!


On Thu, Nov 18, 2021 at 5:26 PM Elizabeth Barmeier <Elizabeth.Barmeier@tvstl.com> wrote:
> Hi Brynne,
>
> This is Elizabeth with Fox 2 News and we recently reported about how Lindbergh School District is conducting a review of whether certain books should be removed from the district's high school library. We're reaching out to other school districts to see if they are doing the same.
>
> Has Wentzville School District received any challenges on books in the district's library within the past two academic years?
>
> I would appreciate any information that you can provide.
>
> Thank you and I look forward to hearing back.
>
> Elizabeth Barmeier
> Web Producer
> Nexstar Media Inc.
>
> KTVI FOX2/KPLR 11
> 2250 Ball Drive
> St. Louis, MO, 63146
> Elizabeth.Barmeier@tvstl.com
> www.fox2now.com
> www.kplr11.com

**Exhibit 14**