INSTRUCTIONAL SERVICES                                        Form 6241

Instruction

**Challenged Materials**

## REVIEW OF INSTRUCTIONAL MATERIALS

Type of material (book, film, pamphlet, etc.): Book

Title of material: Fun Home: A Family Tragicomic

Author: Alison Bechdel

Publisher: Mariner Books

Your name, address, telephone number: Amber Crawford, 314-610-2422

Do you have a child in the school concerned? No

Complainant also represents others: All the unwoke WSD parents!

(organization-name) _____

(other group-identify) _____

To what part of the material do you object: Cite words, page numbers:
See Page 2

Are you familiar with the range of materials used in the school system on this topic? Yes, it's disgusting!

Do you approve of presenting a diversity of points of view about this material in the classroom? a big fat NO! It's porn!

Should this be withdrawn from all students?   Yes  X        No _____

_[signature]_                                 09/30/2021
Signature of Complainant                      Date

Please give/send this information to:        Dr. Curtis Cain
                                              Superintendent
                                              280 Interstate Dr.
                                              Address
                                              Wentzville, MO 63385

**Exhibit 19**

