**INSTRUCTIONAL SERVICES**　　　　　　　　　　　　　　　　Form 6241

Instruction

**Challenged Materials**

## REVIEW OF INSTRUCTIONAL MATERIALS

Type of material (book, film, pamphlet, etc.): Book

Title of material: The Bluest Eye

Author: Toni Morrison

Publisher: Random House Audio

Your name, address, telephone number: Amber Crawford, 314-610-2422

Do you have a child in the school concerned? No

Complainant also represents others: Any non-woke WSD parents!

(organization-name) _____

(other group-identify) _____

To what part of the material do you object: Cite words, page numbers: _____
See Page 2, too long to list

Are you familiar with the range of materials used in the school system on this topic? it's pedophilia, incest & rape!

Do you approve of presenting a diversity of points of view about this material in the classroom? NO, it's pedophilia, incest & rape!

Should this be withdrawn from all students?　　Yes X _____　No _____

_[signature]_　　　　　　　　　　　　　　　　10/08/2021

Signature of Complainant　　　　　　　　　　Date

Please give/send this information to:　　　　Curtis Cain
　　　　　　　　　　　　　　　　　　　　　Superintendent
　　　　　　　　　　　　　　　　　　　　　280 Interstate Dr, Wentzville, MO 63385
　　　　　　　　　　　　　　　　　　　　　Address

Pages 84-85: "He must enter her surreptitiously, lifting the hem of her nightgown only to her navel. He must rest his weight on his elbows when they make love, to avoid hurting her breasts…When she senses some spasm about to grip him, she will make rapid movements with her hips, press her fingernails into his back, suck in her breath, and pretend she is having an orgasm. She might wonder again, for the six hundredth time, what it would be like to have that feeling while her husband's penis is inside her."

Pages 130-131: "Then he will lean his head down and bite my t** . . . I want him to put his hand between my legs, I want him to open them for me. . . I stretch my legs open, and he is on top of me…He would die rather than take his thing out of me. Of me. I take my fingers out of his and put my hands on his behind…"

**Exhibit 20**

Pages 148-149:  "With a violence born of total helplessness, he pulled her dress up, lowered his trousers and underwear. 'I said get on wid it. An'make it good, n*****, Come on c***. Faster. You ain't doing nothing for her.' He almost wished he could do it—hard, long, and painfully, he hated her so much."

Pages 162-163:  "A bolt of desire ran down his genitals…and softening the lips of his anus. . . . He wanted to f*** her—tenderly. But the tenderness would not hold. The tightness of her vagina was more than he could bear. His soul seemed to slip down his guts and fly out into her, and the gigantic thrust he made into her then provoked the only sound she made. Removing himself from her was so painful to him he cut it short and snatched his genitals out of the dry harbor of her vagina. She appeared to have fainted."

Page 174:  "He further limited his interests to little girls. They were usually manageable . . . His sexuality was anything but lewd; his patronage of little girls smacked of innocence and was associated in his mind with cleanliness." And later, this same pedophile notes, "I work only through the Lord. He sometimes uses me to help people."

Page 181:  "The little girls are the only things I'll miss. Do you know that when I touched their sturdy little t*** and bit them—just a little—I felt I was being friendly?—If I'd been hurting them, would they have come back? . . . they'd eat ice cream with their legs open while I played with them. It was like a party."

**Exhibit 20**