**From:** KERI SKEETERS <keriskeeters@wsdr4.org>
**To:** Mernie MAESTAS <merniemaestas@wsdr4.org>
**Subject:** Book Challenge Committee Membership
**Date:** January 31, 2022 at 8:00:00 AM CST

Hi Mernie,

I am very sorry to hear this.

Thank you for your participation in the initial review. And thank you for letting me know.

Have a great week!



**Keri Skeeters, Ed.D** (she/her)

Assistant Superintendent  | Teaching & Learning

O: 636-327-3800      keriskeeters@wsdr4.org
C: 636-346-1450

wentzville.k12.mo.us         #wearewentzville  #wsdlearns

*As an educator and leader, I am always growing!*
*Please share your feedback for me on* this quick, 5-question form.



*The Last of the Moon Girls,* **Barbara Davis**

On Mon, Jan 24, 2022 at 6:48 AM Mernie MAESTAS <merniemaestas@wsdr4.org> wrote:
> Hey Keri,
> Thursday's decision by the Wentzville Board of Education regarding the challenged book, The Bluest Eye, shocked and disappointed me. While I respect the board's right as outlined in district policy to make a decision that is final, I also expect them to utilize the policy through the work of their own committee.

**Exhibit 27**

The committee, by design, is made up of a variety of stakeholders who work with students daily. The school board neither acknowledged nor appreciated these voices but rather came in prepared to ensure the results would favor their own personal opinions. The expertise of the committee and their comments were completely ignored.  Additionally, board members insinuated that they will do the same for any additional challenged material.

For these reasons, I wish to be removed from the committee that is reviewing Lawn Boy.

Thank you,
Mernie

<mailcore::MessageHeader:0x6000024e2980 Message-ID: CA+mwGZzMjtz=Rnro5ALwzNGvUEC19tNam6Bkx1t3PdxMQWhS=w@mail.gmail.com References: [CAMZ-hY1bKmq-g3Dnzddnz60+wXQ7eK-9=2jmJXfi9Lfw4g9Ag@mail.gmail.com] In-Reply-To: [CAMZ-hY1bKmq-g3Dnzddnz60+wXQ7eK-9=2jmJXfi9Lfw4g9Ag@mail.gmail.com] From: mailcore::Address:0x600000faf7300 KERI SKEETERS <keriskeeters@wsdr4.org> To: [mailcore::Address:0x600000faf7740 Mernie MAESTAS <merniemaestas@wsdr4.org>] Subject: Re: Book Challenge Committee Membership Content-Type: multipart/alternative; boundary="0000000000009c303105d6d9b67a" MIME-Version: 1.0 >
Email-Archiver-Version: 384.100

**Exhibit 27**