From: KELLY OLIVA <kellyoliva@wsdr4.org>
To: KERI SKEETERS <keriskeeters@wsdr4.org>
Subject: Weed Title?
Date: October 22, 2021 at 10:22:42 AM CDT

---------- Forwarded message ---------
From: **KELLY OLIVA** <kellyoliva@wsdr4.org>
Date: Fri, Oct 8, 2021 at 1:12 PM
Subject: Re: Weed Title?
To: Barbie Estrada <bestrada@overdrive.com>

Thank you.

On Fri, Oct 8, 2021 at 2:04 PM Barbie Estrada <bestrada@overdrive.com> wrote:

> Done.
>
> **Barbie Estrada**, *Account Manager*
>
> *Education West Region*
>
> Schedule a meeting with me
>
> Phone: +1 216-573-6886 ext. 1344
>
> Fax: +1 216-573-6888
>
> bestrada@overdrive.com
>
> **OverDrive**  The Leading Digital Reading Platform for Libraries & Schools
>
> World Headquarters | One OverDrive Way | Cleveland, Ohio 44125  USA
>
> www.overdrive.com    Proud to be a Certified B Corp
>
> Confidentiality Notice:  This email and any attachments are OverDrive Confidential for the sole use of the intended recipient.  Any review, copying, or distribution of this email and attachments by others is strictly prohibited. If you are

**Exhibit 32**

not the intended recipient, please contact the sender immediately and permanently delete any copies of this email.

**From:** KELLY OLIVA <kellyoliva@wsdr4.org>
**Sent:** Friday, October 8, 2021 2:54 PM
**To:** Barbie Estrada <bestrada@overdrive.com>
**Subject:** Weed Title?

Barbie,

Could you also please weed *The Bluest Eye* by Toni Morrison? We will let you know when the committee has made its decision and needs to be re-added.

Thanks,
~Kelly


--

Visit our website!

**Exhibit 32**