## DECLARATION OF APRIL M. DAWKINS

I, April M. Dawkins, pursuant to 28 U.S.C. § 1746, hereby declare and testify that:

1.     I am an Assistant Professor at the University of North Carolina in the Department of Library and Information Science in Greensboro, North Carolina. Prior to pursuing my doctoral studies for a Ph.D., I taught Social Studies for six years and served as a school librarian for fifteen years in high schools in North Carolina.

2.     I received my Ph.D. in 2017 from the University of South Carolina School of Library and Information Science in Columbia, South Carolina (now called the iSchool). My dissertation was entitled *Worth Fighting For: Factors Influencing Selection Decisions in School Libraries*. I received an MLS degree in 2000 from the North Carolina Central University School of Library & Information Sciences in Durham, North Carolina, and a BA in History in 1993 from Meredith College in Raleigh, North Carolina. A copy of my *curriculum vitae* is attached as Exhibit A.

3.     I have focused much of my scholarship on issues related to school library collections, collection policies and intellectual freedom. For example, I was the co-author in 2021 of "A Content Analysis of District School Library Selection Policies in the United States" published in the peer-reviewed journal *School Library Research*. Additionally, I was a co-author of "E-book collections in high school libraries: Factors influencing circulation and usage" published in *School Library Research* in 2019.

4.     I am also a frequent speaker on the topics of school library selection policies, school library collections and intellectual freedom issues. For example, in November 2019, I co-presented *School District Selection and Reconsideration Policies in the United States* at the American Association of School Librarians National Conference in Louisville, Kentucky. At the same conference I presented *Expanding our Horizons: Building Diverse Collections in School Libraries*. In July 2016 and November 2015, I participated in a webinar entitled *Whose History is it Anyway?: Diversity in Historical Fiction for Children and Youth* for the American Association of School Librarians,

5.     I am also a member of several associations focused on the principles that guide librarians in the profession, including the American Association of School Librarians, Young Adult Library Services Association, and the North Carolina School Library Media Association. These organizations adhere to the principles and policies of the American Library Association (ALA).

6.     ALA is an organization representing libraries and librarians throughout the United States. ALA's membership includes over 5000 organizational members and more than 44,000 individual members. ALA's members are in public libraries, academic libraries, special

**Exhibit 33**

libraries, and school library media centers throughout the United States.  Founded in 1876, ALA is a non-profit, educational organization committed to the preservation of the library as a resource indispensable to the intellectual, cultural, and educational welfare of the nation.  A core value of the library profession is the commitment to providing free and equal access to information in the library.  The commitment of ALA and members of the library profession to intellectual freedom is embodied in the *Library Bill of Rights* and its various interpretations.  It has been further defined in ALA's *The Freedom to Read* document and the policy statement entitled *Libraries:  An American Value*.  The commitment to intellectual freedom and access extends both to adults and minors.  ALA resists efforts to censor materials for minors in libraries and school library media centers.

7.      Censorship based on viewpoint violates the core value of preserving intellectual freedom.  As set forth in the *Library Bill of Rights*, ALA affirms the basic policy principle that "[b]ooks and other library resources should be provided for the interest, information, and enlightenment of all people of the community the library serves" and that "[m]aterials should not be excluded because of the origin, background, or views of those contributing to their creation." Additionally, the *Library Bill of Rights* confirms that "[l]ibraries should provide materials and information presenting all points of view on current and historical issues" and that "[m]aterials should not be proscribed or removed because of partisan or doctrinal disapproval."  Moreover, ALA firmly adheres to the belief that "[a] person's right to use a library should not be denied or abridged because of origin, age, background, or views."  Moreover, ALA commits to the principle that "'[l]ibraries should cooperate with all persons and groups concerned with resisting abridgment of free expression and free access to ideas." (*Library Bill of Rights,* https://www.ala.org/advocacy/intfreedom/librarybill.)

8.      The document entitled *The Freedom to Read* supports the principles of intellectual freedom embodied in the ALA *Library Bill of Rights*.  In that document ALA reaffirmed in Proposition 1 that "[i]t is in the public interest for publishers and librarians to make available the widest diversity of views and expressions, including those that are unorthodox, unpopular, or considered dangerous by the majority." Proposition 2 confirms that "[p]ublishers, librarians, and booksellers do not need to endorse every idea or presentation they make available" but that it "would conflict with the public interest for them to establish their own political, moral, or aesthetic views as a standard for determining what should be published or circulated." *The Freedom to Read* can be found at https://www.ala.org/advocacy/intrfreedom/freedomreadstatement.

9.      In 1999, ALA adopted a policy statement entitled *Libraries: An American Value*. In that statement ALA affirmed the commitment of librarians to their patrons of all ages.  ALA emphasized that "[l]ibraries in America are cornerstones of the communities they serve" and that "[f]ree access to the books, ideas, resources, and information in America's libraries is imperative for education, employment, enjoyment and self-governance."  ALA stressed that librarians commit to "defend the constitutional rights of all individuals, including children and teenagers,

**Exhibit 33**

to use the library's resources and services." Additionally, librarians "value our nation's diversity and strive to reflect that diversity by providing a full spectrum of resources and services" to the communities they serve. The policy statement also guaranteed that libraries "celebrate and preserve our democratic society by making available the widest possible range of viewpoints, opinions and ideas, so that all individuals have the opportunity to become lifelong learners—informed, literate, educated, and culturally enriched." *Libraries: An American Value* can be found at https://www.ala.org/advocacy/intrfreedom/americanvalue.

10.     The commitment to providing access for all patrons includes the obligation to preserve intellectual freedom principles for minors as well as adults. In its *Access to Library Resources and Services for Minors,* ALA reaffirms that "[l]ibrary policies and procedures that effectively deny minors equal and equitable access to all library resources and services available to other users" violate the *Library Bill of Rights* and that ALA "opposes all attempts to restrict access to library services, materials, and facilities based on the age of library users." ALA confirms that librarians "should maintain that only parents and guardians have the right and the responsibility to determine their children's—and only their children's—access to library resources." A copy of the Interpretation of the ALA *Library Bill of Rights* entitled *Access to Library Resources and Services for Minors* can be found at https://www.ala.org/advocacy/intfreedom/librarybill/interpretations/minors.

11.     These principles of intellectual freedom apply both to public libraries and school libraries. In its *Access to Resources and Services in the School Library*, ALA confirms that "the principles of the Library Bill of Rights apply equally to all libraries, including school libraries." ALA's position is based on the strongly held belief that "[t]he school library plays a unique role in promoting, protecting, and educating about intellectual freedom" as it "serves as a point of voluntary access to information and ideas and as a learning laboratory for students as they acquire critical thinking and problem-solving skills needed in a pluralistic society." In order to fulfill its mission of serving the needs of its school community by promoting intellectual curiosity, free inquiry and critical thinking, ALA cautions that "[m]embers of the school community involved in the collection development process employ educational criteria to select resources unfettered by their personal, political, social, or religious views" so that "[s]tudents and educators served by the school library have access to resources and services free of constraints resulting from personal, partisan, or doctrinal disapproval." A copy of the Interpretation of the ALA *Library Bill of Rights* entitled *Access to Resources and Services in the School Library* can be found at https://www.ala.org/advocacy/intfreedom/librarybill/interpretations/accessresources.

12.     The American Association of School Libraries is a division of ALA representing school librarians and the school library community in the United States, Canada, and around the world. The mission of the AASL is to empower leaders to transform teaching and learning. AASL works to ensure that all members of the school library field collaborate to provide leadership in the total education program, participate as active partners in the teaching/learning process, connect learners with ideas and information, and prepare students for life-long learning, informed decision-making, a love of reading, and the use of information technologies.

**Exhibit 33**

13.     School librarians are committed to promoting intellectual freedom for their students by providing instruction, resources, and services "that create and sustain an atmosphere of free inquiry." *Access to Resources and Services in the School Library: An Interpretation of the Library Bill of Rights*. School librarians "work closely with teachers to integrate instructional activities in classroom units to equip students to locate, evaluate and use a broad range of ideas effectively." The school library also provides students with the ability to pursue their interests voluntarily and discover ideas beyond the proscribed curriculum, which allows them to enhance their intellectual, social, and emotional development.

14.     Courts have held that children and young adults have First Amendment rights in school libraries. Consistent with those holdings, the Library Bill of Rights affirms that age should not be used as a criterion for restricting access to constitutionally protected speech: "A person's right to use a library should not be denied or abridged because of origin, age, background, or views." ALA Council reaffirmed the inclusion of "age" in the list of unacceptable abridgments in 1996. *ALA Library Bill of Rights.*

15.     These principles apply particularly in the context of the high school library which serves as a source of free inquiry for students on the cusp of adulthood.  High school students use the school library or media center to explore subjects both within and outside the curriculum. It is critical that high school students have the freedom to search for information of interest to them and explore a wide array of information sources.  It is important that high school students have access to diverse viewpoints in their pursuit of knowledge to foster a life-long love for reading and learning. As young adults grow and develop it is essential for them to discover new ideas and expose themselves to different types of books, such as fiction and non-fiction.  A crucial aspect of growth for young adults also comes in seeing themselves in the worlds they explore in books.  Those ideas form the basis of conversation that results in greater learning. High school librarians facilitate a culture of inquiry and access to information that allows these young adults to think, explore and engage in conversations without the evaluative aspects of a classroom. While library materials certainly may supplement and support the curriculum, the mission of the school library is much broader.  The high school library guarantees access to a wider world of discovery and does not serve merely as an extension of classroom learning. The high school library allows children to engage in a deeper discovery of subjects, views, and perspectives and to understand the world in which they will soon be engaged as adults.

16.     AASL has national guidelines, *National School Library Standards*, that sets forth the librarian's role in teaching essential skills for students that are particularly appropriate to developing critical thinkers and learners. The standards provide for six shared foundations and key commitments to inquire, include, collaborate, curate, explore and engage so that students can think, create, share, and grow. Diverse school library materials allow students to explore the global content community and become empathetic individuals. Access to a variety of resources allows students to become critical thinkers and respect different perspectives and views. A summary of the AASL Standards Framework for Learners can be found at

**Exhibit 33**

https://www.ala.org/aasl/sites/ala.org.aasl/files/content/guidelinesandstandards/commoncorecros
swalk/pdf/ReadingLitSciAllStandards.pdf.

17.     In addition to teaching, school librarians facilitate students' ability to meet these standards of learning by selecting library materials that provide a variety of viewpoints, diverse cultural perspectives, a wide range of topics to answer the needs and interests of students and teachers, multiple formats, reading levels, and (depending on the population of the school) languages. School librarians are committed to collection development as an inclusive, not an exclusive, process. They do not exclude materials because they are controversial or represent a viewpoint with which the librarian may disagree. Librarians do not endorse every viewpoint that they put on their shelves.  Instead, they select materials to "reflect a diversity of political, economic, religious, social, minority, and sexual issues" and to result in a balanced collection. *Diversity in Collection Development: An Interpretation of the Library Bill of Rights*, htttps://www.ala.org/advocacy/intrfreedom/librarybill/interpretations/diversecollections.

18.     Librarians select materials based on educational best practices, professional standards, established review procedures and the needs of the community. Libraries develop collection development policies that follow the standards of the profession to maintain an objective, professional process of selection of materials that is devoid of personal bias. Librarians then follow the criteria explicitly stated in their Collection Development Policy (e.g., accuracy, currency, authority, curriculum, and student interest in materials for voluntary reading). They rely on legitimate review sources, such as professional journals, established book review sources and award lists to ensure that professional standards have been employed in evaluating the materials.

19.     It is my understanding that the Wentzville School District in Missouri removed the following books from high school library shelves: (1) *The Bluest Eye* by Toni Morrison; (2) *Heavy* by Kiese Laymon; (3) *Gabi, a Girl in Pieces* by Isabel Quintero; (4) *Modern Romance* by Aziz Ansari and Eric Klinenberg; (5) *Fun Home: A Family TragiComic* by Alison Bechdel; (6) *Invisible Girl* by Lisa Jewell; (7) *All Boys Aren't Blue* by George M. Johnson; and (8) *Lawn Boy* by Jonathan Evison.

20.     I am familiar with the books removed from the Wentzville School District high school library and have examined the reviews of these books in professional journals, established book review sources and award lists. It is my opinion that all the books removed by the Wentzville School District would be considered appropriate selections for a high school library.

21.     *The Bluest Eye* by Toni Morrison has won numerous awards including Best Books for Senior High Readers in 1991. Toni Morrison is a Nobel Laureate for Literature, and *The Bluest Eye* has been used by teachers in the Advanced Placement English curriculum for decades. It has received countless positive reviews. For example, the *New York Times* stated that *The Bluest Eye* was "[s]o precise, so faithful to speech and so charged with pain and wonder that

**Exhibit 33**

the novel becomes poetry." This story about the experiences of a young black girl is exactly the type of selection that would enhance the diversity of any high school library collection.

22.     *Heavy* by Kiese Laymon has received accolades from countless reviewers. For example, the *Library Journal* wrote that the memoir "breaks down what it means to be a large black boy growing up in Mississippi." As a memoir that tells a story of hope, it is particularly suited for a high school library collection because that theme is a hallmark of young adult literature. The *New York Times* included *Heavy* in their list of the best 50 memoirs in the past 50 years. *Heavy* also has won numerous awards including the Andrew Carnegie Medal for Excellence in Nonfiction.

23.     *Gabi, a Girl in Pieces* by Isabel Quintero has received a multitude of positive reviews as a book that provides a wonderful perspective of a young girl growing up Latina in the United States. For example, the *School Library Journal* called it a "coming-of-age novel with Latino protagonists." *Gabi, a Girl in Pieces* would be an appropriate selection for a high school library and would enhance the diversity of the library collection. The novel has won numerous awards including the William C. Morris Award for Young Adult Debut Novel and the *School Library Journal* Best Books of 2014.

24.     *Modern Romance: An Investigation* by Aziz Ansari, a comedian, and Eric Klinenberg, a sociologist, is an exploration of modern dating in which the authors interviewed diverse focus groups in the United States and internationally. This would be a topic of particular interest to young adults as they begin their own exploration of modern dating in an age of widespread use of social media. It would also be of interest to young adults during this time of living in the middle of a pandemic where social interactions have been limited. Additionally, Aziz Ansari is a first-generation author of Indian descent and adding his book to a high school library would expand the diversity of the collection. *Modern Romance* has received numerous positive reviews. For example, *Booklist* wrote that "[t]eens are slaves to their devices, too, and Ansari's funny observations will provide some much-needed perspective." It is a *New York Times* Bestseller and received the Goodreads Choice award for Non-Fiction in 2015.

25.     *Fun Home: A Family TragiComi*c by Alison Bechdel is a memoir that has received countless positive reviews for its story about the author's childhood and exploration of her sexual identity. For example, the *New York Times* called it "pioneering" and the *Boston Globe* pronounced it "brilliant and bittersweet." Ms. Bechdel has received numerous awards for the book including the Eisner Award 2007 for Best Reality-Based Work. She was a finalist in the memoir category for the National Book Critics Circle Award. It was also named as one of the Outstanding Books for the College Bound by the American Library Association in 2019 and was chosen in 2015 as the Freshman Read for the incoming Class of 2019 by Duke University. With its exploration of sexual identity and in its graphic novel format, it is the type of book that would be an appropriate choice for a diverse high school library collection.

**Exhibit 33**

26.      *Invisible Girl* by Lisa Jewell is a *New York Times* Bestseller and a mystery novel, which is a very popular genre for high school students. With one protagonist that is seventeen and a young woman of mixed race, it is the type of book that would appeal to teenagers seeking fiction to be read voluntarily outside of the curriculum and would be an appropriate selection for a diverse high school collection. Additionally, another protagonist is drawn into an online world of toxic masculinity, which also would be of interest to teens. The author also explores other themes of particular interest to young adults: mental health, sexual harassment, sexual assault, childhood trauma, and justice. Lisa Jewell is a popular mystery writer with several *New York Times* Bestsellers and her books might even inspire a non-reader to become interested in reading fiction outside of the classroom.

27.      *All Boys Aren't Blue* by George M. Johnson is a memoir that relates the story of the author growing up black and gay. The book has received a multitude of positive reviews as a book particularly of interest to young adults. For example, the *School Library Journal* called *All Boys Aren't Blue* a "contemporary hallmark of the blossoming genre" that provides "encouragement and realistic guidance for queer Black youth." As a memoir that tells a story of the author's real-life experience it would be of particular interest to high school students and expand the diversity of the school library collection. *All Boys Aren't Blue* has won numerous awards including being named the Amazon Best Book of the Year, a New York Library Best Book of 2020 for young adults, and a 2021 Texas Topaz Nonfiction Reading List Pick.

28.      *Lawn Boy* by Jonathan Evison is a novel about a biracial young man that has garnered numerous positive reviews. For example, the *School Library Journal* called it a novel that "takes on tough issues such as race, sexual identity, and the crushing weight of American capitalism" and urged librarians to "[g]ive this flawed but exciting coming-of-age story to teens eager to engage with heavy and political issues." The book offers high school students a story about hope. *Kirkus Reviews* called it a "book about triumphing over obstacles, and obstacles, and obstacles, and more obstacles." *Lawn Boy* has received the Alex Award from the Young Adult Library Services Association and was a *Booklist* 2018 Editors Choice.

29.      To the extent that the decision to remove these books was based on their viewpoint, it is my opinion that this removal of books violates the principles of the ALA *Library Bill of Rights* and its various Interpretations and policy statements.  If the removal was based on the viewpoint expressed in those books, it constitutes censorship that violates basic intellectual freedom principles. Additionally, if the books were removed without the school district following its own policies on reconsideration of materials, that action would be contrary to best practices and suggestive of improper motivation and viewpoint decision-making with respect to the school library collection.

30.      It is also my opinion that banning books that reflect a diversity of views harms the ability of students in that district to meet the Standards of Learning adopted by the AASL. Removal of the books from the school library shelves based on viewpoint is harmful to the

**Exhibit 33**

intellectual, emotional, and social development of the students in those schools. The decision to remove these books is also contrary to the mission of the Wentzville School District which states that they value "[e]quipping students, staff and community to apply skills and knowledge necessary to excel in a changing world." Removing diverse voices from the school library will diminish the ability of students to excel in the adult world in which they are about to embark. Stripping the high school library collection of books that provide diverse voices and perspectives is harmful to all students—those that would benefit from hearing views and perspectives that match their own and those that would benefit from hearing views and perspectives with which they previously were not familiar.


       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*April M. Dawkins*

April M. Dawkins

Executed on: 03/09/2022

**Exhibit 33**

**April M. Dawkins**
Curriculum Vita
Email: amdawkin@uncg.edu
NC Docks Link

**EDUCATION**

| | | |
|---|---|---|
| Ph.D. | 2017 | University of South Carolina, School of Library and Information Science Columbia, South Carolina. Library and Information Science<br>Advisor: Dr. Karen W. Gavigan<br>Dissertation: *Worth Fighting For: Factors Influencing Selection Decisions in School Libraries*<br>Member of NxtWave Cohort, Emerging Leaders in School Librarianship |
| MLS | 2000 | North Carolina Central University, School of Library & Information Sciences Durham, North Carolina. School Librarianship. |
| BA | 1993 | Meredith College<br>Raleigh, North Carolina. History |

**CERTIFICATIONS**

| | |
|---|---|
| 2002-2022 | National Board Certification (ECYA Library Media) |
| 2017-2022 | NC Teaching Certification (School Library Media Coordinator: K-12) |
| 2017-2022 | NC Teaching Certification (Secondary Social Studies: 9-12) |
| 2017-2022 | NC Teaching Certification (Academically/Intellectually Gifted: K-12) |

**TEACHING and PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| 2017-Present | UNC Greensboro, Department of Library and Information Science, Greensboro, NC. <u>Assistant Professor</u>. Serve as member of the faculty. |
| 2013-2017 | University of South Carolina, School of Library and Information Science, Columbia, SC. <u>Graduate Teaching and Research Assistant</u>. Adjunct and doctoral student. |
| 2015-2017 | South Caroliniana Library, University of South Carolina, Columbia, SC. <u>Reference and Circulation Graduate Assistant</u>. |
| 2007-2014 | Porter Ridge High School, Union County Schools, Indian Trail, NC. <u>School Librarian</u>. Served as tenured member of the faculty. |
| 2000-2007 | Richmond Senior High School, Richmond County Schools, Rockingham, NC. <u>School Librarian</u>. Served as tenured member of the faculty. |
| 1999-2000 | Millbrook High School, Wake County Public School System, Raleigh, NC. <u>School Librarian</u>. Served as member of the faculty. |
| 1993-1999 | Scotland High School, Scotland County Schools, Laurinburg, NC. <u>Social Studies Teacher</u>. Served as tenured member of the faculty. |

**Exhibit 33**

**MEMBERSHIP in PROFESSIONAL ORGANIZATIONS**

| | |
|---|---|
| 2018-2021 | International Association of School Librarians |
| 2019-2020 | International Research Society for Children's Literature |
| 2000-2021 | American Association of School Librarians |
| 2000-2021 | Young Adult Library Services Association |
| 2000-2021 | NC School Library Media Association |
| 2017-2020 | NC Library Association |
| 2014-2017 | SC Association of School Librarians |
| 2016-2018 | Association for Library and Information Science Education |

**HONORS and AWARDS**

| | |
|---|---|
| 2020 | Frances Bryant Bradburn Distinguished Service Award, NCSLMA |
| 2020 | Nominee, UNCG Joyner Alumni Teaching Excellence Award |
| 2019 | AASL Research Grant Award (received for 2019 e-book paper) |
| 2019 | Nominee. UNCG SOE Teaching Excellence Award |
| 2018 | Nominee. UNCG SOE Teaching Excellence Award |
| 2017 | Robert V. Williams Graduate Research Award, SLIS, University of South Carolina |
| 2017 | Top 10 ALISE Doctoral Poster |

**PUBLICATIONS**

**Peer-Reviewed Publications**

**Dawkins, A.M.,** & Branyon, A.P. (2022). Prepared to defend? Results of a gap analysis to measure school librarian students' prior knowledge and learning of intellectual freedom concepts. *Journal of Education for Library and Information Science,* 63(2). https://doi.org/10.3138/jelis-63-2-2021-0046

**Dawkins, A.M.,** & Eidson, E. (2021). A Content Analysis of District School Library Selection Policies in the United States. *School Library Research, 24.* http://www.ala.org/aasl/slr/volume24/dawkins-eidson

Burns, E.A., & **Dawkins, A.M.** (2021). School librarian preparation and practice: An exploration of the new standards. *School Library Research, 24.* http://www.ala.org/aasl/sites/ala.org.aasl/files/content/pubs/slr/vol24/SLR_SchoolLibrarianPrep_V24.pdf

**Dawkins, A.M.,** & Gavigan, K.W. (2019). E-book collections in high school libraries: Factors influencing circulation and usage. *School Library Research, 22.* http://www.ala.org/aasl/slr/volume22/dawkins-gavigan

Branyon, A.P., & **Dawkins, A.M.** (July 2018). Riding the NxtWave to library leadership: Two participants reflect on their experiences. *School Libraries Worldwide, 24*(2), 1-16. https://doi.org/10.14265.24.2.001 .

**Exhibit 33**

**Dawkins, A.M.** (2018). The decision by school librarians to self-censor: The impact of perceived administrative discomfort. *Teacher Librarian, 45*(3),8-12.

**Dawkins, A.M.,** & Gavigan, K. W. (2017). The school librarian's role in writing instruction: Research, perceptions, and practice. *International Journal of Libraries and Information Studies (LIBRI), 67*(4), pp. 299-312. https://doi.org/10.1515/libri-2017-0034 .

## Books/Book Chapters/Edited Works

Woolls, B., Valenza, J.K., & **Dawkins, A.M.** (2022). *The School Library Manager: Leading Through Change*. 7th ed. Santa Barbara, CA: Libraries Unlimited.

Dawkins, A.M. (Ed.). (2021) *Intellectual freedom issues in school libraries*. ABC-CLIO. (**Starred review in *School Library Journal*)

Dawkins, A.M. (2021). Ex Post Facto Self-Censorship: When School Librarians Choose to Censor. In Dawkins, A.M. (Ed.) *Intellectual Freedom Issues in School Libraries.* Santa Barbara, CA: Libraries Unlimited.

Dawkins, A.M. (2021). Ten Steps to Creating a Selection Policies That Matters. In Dawkins, A.M. (Ed.) *Intellectual Freedom Issues in School Libraries.* Santa Barbara, CA: Libraries Unlimited.

Dawkins, A.M. (2021). Ten Steps to Creating Reconsideration Policies and Procedures That Matter. In Dawkins, A.M. (Ed.) *Intellectual Freedom Issues in School Libraries.* Santa Barbara, CA: Libraries Unlimited.

Dawkins, A.M. (2021). Whose History Is It? Diversity in Historical Fiction for Young Adults. In Dawkins, A.M. (Ed.) *Intellectual Freedom Issues in School Libraries.* Santa Barbara, CA: Libraries Unlimited.

Dawkins, A.M. (2020). Digital Citizenship, Digital Legacy, and School Librarians. In H. Moorefield-Lang (Ed.), *Digital Legacy: Library Technology Report 56*(5), 17-21. Chicago, IL: ALA Editions.

Dawkins, A.M. (2017). Fostering the next generation of school library researchers. In S. Alman (Ed.), *School Librarianship: Past, Present, and Future.* Rowman & Littlefield.

## Other Publications

**Dawkins, A.M.** (March/April 2022). School Libraries and Student Privacy. *School Library Connection.* (Accepted for Publication)

**Dawkins, A.M.** (March/April 2021). Feeling Triggered? The Good and Bad of Content Warnings. *School Library Connection*, 23-24.

Branyon, A.P. & **Dawkins, A.M.** (September 2020). Why Intellectual Freedom and Equitable Access Are Even More Important Today. *Knowledge Quest, 49(1),* 10-17.

**Exhibit 33**

**Dawkins, A.M.,** Gangwish, K., & Harlan, M.A. (May 2020). New School Librarian Preparation Standards: How Does Reading Fit In? *Knowledge Quest, 49*(5), 32-38.

**Dawkins, A.M.** (March 2020). Creating reconsideration policies that matter. *School Library Connection,* 12-13.

**Dawkins, A.M.** & Gavigan, K.W. (March 2020). Exploring eBook Use in High Schools. *School Library Connection*, 41-44.

**Dawkins, A.M.** (October 2018). Ten steps to creating a selection policy that matters. *School Library Connection.*

**Dawkins, A.M.** (October 2017). Ex post facto self-censorship: When school librarians choose to censor. *School Library Connection.*

**Dawkins, A.M.** (May/June 2017). Whose history?: Diversity in young adult historical fiction. *School Library Connection.*

**PRESENTATIONS**

**Peer-Reviewed Paper Presentations**

Dawkins, A. M. (October 16, 2019). *Bridging the Gap: Community College Library Service to Early College High School students.* Paper presented at Library Research Seminar VII sponsored by the Library Research Round Table (ALA), University of South Carolina, Columbia, SC.

Dawkins, A. M. (August 18, 2019). *The Irony of Censorship: Speaking Up and Speaking Out in Speak and The Hate U Give.* Paper presented at International Research Society for Children's Literature Congress, Stockholm, Sweden.

**Juried Panels**

**2020**

Dawkins, A. M. (January 25, 2020). *News You Can Use: Introducing the New CAEP Preparation Standards*. Panel presentation at the ALA Midwinter Meeting, American Library Association, Philadelphia, PA.

**2019**

Dawkins, A. M., (October 17, 2019). *NxtWave: LIS Education Preparing Scholars and Scholar-Practitioners*. Panel presentation at Library Research Seminar VII sponsored by the Library Research Round Table (ALA), University of South Carolina, Columbia, SC.

**2018**

**Exhibit 33**

Dawkins, A.M., et al. (February 2018). *Protecting Your Pages with Policy: The Unveiling of a Comprehensive Selection Policy Toolkit.* Presentation for the American Library Association Midwinter Meeting. Denver, CO.

**Juried Presentations**

**Dawkins, A.M.,** Churchill, S., Soulen, R.R., Branyon, A.P., & Wine, L. (October 22, 2021). *Apply Research to Practice with the NxtWave Scholars*. Presentation at the American Association of School Librarians National Conference. Salt Lake City, UT.

**Dawkins, A. M**. & Eidson, E. (November 15, 2019). *School District Selection and Reconsideration Policies in the United States*. Research poster presentation at the American Association of School Librarians National Conference. Louisville, KY.

**Other Presentations**

**2021**

Dawkins, A.M. (November 2021). *Book Challenges and You*. Virtual Webinar for the North Carolina School Library Media Association.

**Dawkins, A.M**., & Soulen, R. (October 21, 2021). *5 Audits**5 Tools**5 Minutes. Idealab Session at the* American Association of School Librarians. Salt Lake City, UT. (National Conference).

**Dawkins, A.M.,** & Meier, K. (September 2021). *Partnerships for Learning: Developing Relationships Between Universities and Districts*. North Carolina Association of School Librarians. NC.(Virtual conference due to COVID-19).

**Dawkins, A.M.,** Gruer, T. & Sands, L. (September 2021). *Fifty Fantastic Finds in Kids Lit*. North Carolina Association of School Librarians. NC. (Virtual conference due to COVID-19).

Dawkins, A.M. (June 2021). *Difficult Conversations: What Does Intellectual Freedom Actually Mean in Today's World?* South Carolina Association of School Librarians. SC (Virtual Summer Conference)

**Dawkins, A.M.,** & Rockwell, J. (September 2021). Censorship in Children's Services. Virtual webinar for Charlotte-Mecklenburg Public Library. NC.

**Dawkins, A.M**. & Gavigan, K.W. (July 2021). *Make Your eBooks Fly.* International Association of School Librarians. TX (Virtual Summer Conference).

**Dawkins, A.M.,** Gruer, T., & Sands, L. (July 2021). *Passport to Multicultural Literature: Tearing down the barriers to diversity in literature.* International Association of School Librarians. TX (Virtual Summer Conference).

**Dawkins, A.M**., & Newsum, J. (July 2021). *Exploring the new ALA/AASL/CAEP School Librarian Preparation Standards.* International Association of School Librarians. TX (Virtual Summer Conference).

Dawkins, A.M. (2021). *Evaluating Your Collection for Diversity*. Winston-Salem Forsyth County

**Exhibit 33**

Schools. NC. (6-part online webinar series).

**2020**

**Dawkins, A.M.**, Gruer, T., & Sands, L. (October 2020). *Fifty Fantastic Finds in Kids Lit.* NC School Library Media Association. NC (Virtual conference due to COVID-19).

Dawkins, A.M., et al. (April 2020). *Introducing the new ALA/AASL/CAEP School Librarian Preparation Standards*. American Associations of School Librarians. Six-part webinar series.

**2019**

Dawkins, A. M. (November 16, 2019). *Expanding Our Horizons: Building Diverse Collections in School Libraries*. American Association of School Librarians. Louisville, KY.

**Dawkins, A. M**. & Gavigan, K. W. (November 16, 2019). *AASL Research Grant Award Recipients*. American Association of School Librarians. Louisville, KY.

**Dawkins, A. M.,** & Wine, L. (November 15, 2019). *Fighting Fake News with Visual Literacy.* American Association of School Librarians. Louisville, KY

Dawkins, A.M. (July 2019). *Bridging the Gap: Community College Library Services to Early College High School Students.* NC Community College Library Directors' Institute. Smithfield, NC.

Dawkins, A.M. (July 2019). *Successfully Hosting Library Practicum Students.* Invited Panelist, NC Community College Library Directors' Institute. Smithfield, NC.

Dawkins, A.M. (March 2019). *Bridging the Gap: Community College Library Services to Early College High School Students.* NC Community College Library Association Conference. Asheville, NC.

Dawkins, A. M. (January 26, 2019). *School Library Research: Where We've Been and Where We're Going*. Invited panelist for American Library Association Midwinter Meeting, Seattle, WA.

**2018**

**Dawkins, A.M.** & Wine, L. (November 2018). *Fighting Fake News with Visual Literacy*. Virginia Association of School Librarians Conference. Williamsburg, VA.

Dawkins, A.M. (November 2018). *Gearing Up for NBPTS Certification Renewal.* Virginia Association of School Librarians Conference. Williamsburg, VA.

Dawkins, A.M. (October 2018). *Creating the Amazing School Librarians of the Future*. NC School Library Media Association Conference. Winston-Salem, NC.

Dawkins, A.M. (October 2018). *Defending Your Pages with Policy: Developing and Revising your Selection & Reconsideration Policies*. NC School Library Media Association Conference.

**Exhibit 33**

Winston-Salem, NC.

**Dawkins, A.M.,** & Cusick, M. (October 2018). *Advocacy Bootcamp*. (Half Day Pre-Conference Workshop). NC School Library Media Association Conference. Winston-Salem, NC.

Dawkins, A. M., (April 18, 2018). *Growing Where You are Planted: Transition from Graduate Student to Faculty*. Colloquium panelist. USC School of Library and Information Science, Columbia, SC.

**2017**

Dawkins, A.M. (October 2017). *Information Literacy and Fake News* (Half Day Pre-Conference Workshop). NC School Library Media Association Conference. Winston-Salem, NC.

Dawkins, A.M. (October 2017). *Intellectual Freedom Fighters.* NC School Library Media Association Conference. Winston-Salem, NC.

Dawkins, A.M. (October 2017). *Make your eBooks Fly.* NC School Library Media Association Conference. Winston-Salem, NC.

**Dawkins, A.M**., & Gavigan, K.W. (March 2017). *The ESSA and What it Means for School Librarians.* South Carolina Association of School Librarians Conference. Greenville, SC.

**2016**

**Dawkins, A.M**., & Hartnett, E. (July 2016). *Whose History is it Anyway?: Diversity in Historical Fiction for Children and Youth*. Webinar recorded for American Association of School Librarians.

**Dawkins, A.M.,** & Gavigan, K.W. (March 2016). *Creating Rock Star Writers in Your School*. South Carolina Association of School Librarians Conference, Myrtle Beach, SC.

Dawkins, A.M. (January 2016). *News You Can Use - Riding the NxtWave of School Library Research*. Invited panelist. American Library Association MidWinter Meeting, Boston, MA.

**2015**

**Dawkins, A.M.,** & Branyon, A. (November 2015). *Unsuitable for ANY Age:  Censorship in School Libraries.* Concurrent session presented at the American Association of School Librarians Conference, Columbus, OH.

**Dawkins, A.M**., & Hartnett, E. (November 2015). *Whose History is it Anyway?: Diversity in Historical Fiction for Children and Youth*. Concurrent session presented at the American Association of School Librarians Conference, Columbus, OH.

Dawkins, A.M. (October 2015). *Navigating in Shark-Infested Waters: Censorship in School Libraries.* Concurrent session presented at the North Carolina School Library Media Association Conference, Winston-Salem, NC.

**Exhibit 33**

Dawkins, A.M. (March 2015). *Towards a New Synergy: Science and the School Library*. Concurrent session presented at the South Carolina Association of School Librarian's Conference, Columbia, SC.

**Dawkins, A.M.**, & Hartnett, E. (February 2015). *Whose History is it Anyway?: Diversity in Historical Fiction*. Concurrent session presented at the East Carolina University Librarian to Librarian Networking Summit, Greenville, NC.

**2014**

**Dawkins, A.M.**, & LaGarde. J. (October 2014). *Leading from the Library*. Preconference workshop presented at the North Carolina School Library Media Association's Conference, Winston Salem, NC.

**2013**

Dawkins, A.M. (October 2013).  *Leading Your Library Program Through Celebration*. Concurrent session presented at the North Carolina School Library Media Association's Conference, Winston Salem, NC.

**Dawkins, A.M**. & Allen, S. (October 2013). *Implementing the NC Young Adult Book Awards Program in Your School*.  Concurrent session presented at the North Carolina School Library Media Association's Conference, Winston Salem, NC.

Dawkins, A.M.  (February 2013).  *The Common Core in the School Library.*  Invited Panelist at the Librarian-to-Librarian Networking Summit, East Carolina University, Greenville, NC.

**2012**

Dawkins, A.M. (February 2012).  *Keeping Connected in the School Library.*  Invited Panelist at the Librarian-to-Librarian Networking Summit, East Carolina University, Greenville, NC.

**2011**

**Dawkins, A.M.** & Christensen, D. (October 2011). *Hello: My Name is National Board, Renewed!.* Concurrent session presented at the North Carolina School Library Media Association's Conference, Winston Salem, NC.


**EXTERNAL GRANT FUNDING**

2022          DELTA Scholars Lifelong Learning Program.
              Co-Principal Investigator. Laura Bush/Institute for Museum and Library Services.
              University of North Carolina Greensboro, Greensboro, NC
              ($700,207 Unfunded)

2021          DELTA Scholars Lifelong Learning Program.
              Co-Principal Investigator. Laura Bush/Institute for Museum and Library Services.
              University of North Carolina Greensboro, Greensboro, NC

**Exhibit 33**

($522,207 Unfunded)

2018          Take AIM (Advancing Informal Mentoring): Training Librarians in a Community (TLC).
              Principal Investigator. Laura Bush/Institute for Museum and Library Services.
              University of North Carolina Greensboro, Greensboro, NC
              University of West Georgia, Carrollton, GA
              ($485,607 Unfunded)

2017          National Leadership Community Anchors Research Grant.
              Principal Investigator. Institute for Museum and Library Services.
              University of North Carolina Greensboro, Greensboro, NC.
              ($363,113 Unfunded)

2013          NC Emerging Leaders. ABC-CLIO AASL Leadership Grant.
              Principal Investigator.
              North Carolina School Library Media Association.
              ($1,750 Awarded)

2006          Transition to NC Social Studies Standards for Richmond County.
              Principal Investigator. LSTA Collection Development Grant, State Library of NC.
              Richmond County Schools. Hamlet, NC.
              ($22,400 Awarded)

2001          Refreshing the Reference Collection. Principal Investigator. Cole Foundation.
              Richmond Senior High School, Rockingham, NC.
              ($85,000 Awarded)

**INTERNAL GRANT FUNDING**

2018          Bridging the Gap: Community College Library Service to Early College Students.
              Faculty First Internal Grant. ($5,000 Awarded)

**COURSES TAUGHT in HIGHER EDUCATION**

2021-present      LIS 688 Seminar in Legal & Ethical Issues in School Libraries (UNCG)
2021-present      LIS 664 Reading, Literacy, & the Library (UNCG)
2017-present      LIS 618 Materials for Adolescents (UNCG)
2017-present      LIS 653 The School Library (UNCG)
2017-present      LIS 670 Educational Foundations for School Librarians (UNCG)
2019-2020         LIS 672 Instructional Design (UNCG)
2014-2017         SLIS 757 Literature for Adolescents (USC)
2017              SLIS 756 Literature for Children (USC)
2014-2016         SLIS 202 Introduction to Information Literacy and Technology (USC)

**SUBJECTS TAUGHT in K12 EDUCATION**

United States History, World History, Civics & Economics, Psychology, Advanced Placement (AP)
European History, AP American Government, AP Comparative Government, Broadcasting &
Media Literacy

**Exhibit 33**

**UNIVERSITY of NORTH CAROLINA GREENSBORO SERVICE**

| | |
|---|---|
| 2021-present | UNCG Academic Policies and Regulations Committee |
| 2021-2022 | LIS Department Faculty Student Welfare Committee, Member |
| 2020-present | SOE Faculty Council, Member |
| 2020-present | SOE Research Council, Member |
| 2020-present | SOE Institute for Partnerships in Education (i-PiE) Advisory Board, Member |
| 2019-2020 | UNCG Faculty Senate Research Grants Subcommittee, Grant Reviewer |
| 2019 | SOE Mentoring Advising and Supervision Award Committee, Member |
| 2018-2019 | SOE Online Learning Task Force, Member |
| 2018-2020 | SOE Partnership Institute Planning Team, Member |
| 2018-2020 | LIS Department Capstone Rubric Revision Committee, Member |
| 2017-present | LIS Department School Library Program Committee, Member |
| 2018 | Moss Street School - School Librarian Search Committee, Member |
| 2017-2019 | LIS Department Curriculum Committee, Member |
| 2017-2018 | LIS Department Faculty Search Committee, Member |

**SERVICE to the PROFESSION**

| | |
|---|---|
| 2021-present | Reviewer, *School Libraries Worldwide* |
| 2021-present | Reviewer, *Journal of Intellectual Freedom & Privacy* |
| 2020-present | *School Library Research*, Editorial Board member |
| 2020-present | AASL National Recognition Task Force member |
| 2018-present | AASL-CAEP Lead Program Reviewer for School Library Programs |
| 2017-present | NCSLMA Intellectual Freedom Committee, Chair |
| 2018-2021 | NCLA Intellectual Freedom Committee, Chair |
| 2019-2020 | YALSA Margaret A. Edwards Award Committee, Member |
| 2017-2020 | ALA Education Assembly, Member |
| 2017-2020 | AASL-CAEP Coordinating Committee, Chair |
| 2016-2018 | ALA Intellectual Freedom Committee Working Group on Selection Policy |
| 2016-2017 | AASL Intellectual Freedom Award Committee, Member |
| 2015-2016 | AASL Presidential Think Tank, Member |
| 2014-2015 | AASL Leadership Award Committee |
| 2013-2016 | NCSLMA Leadership Development Committee, Chair |
| 2013-2014 | AASL Region 4 Representative |
| 2012-2013 | NC School Library Media Association, President |
| 2011-2013 | AASL Affiliate Assembly, Representative |
| 2010-2011 | NC School Library Media Association, Secretary |
| 2010-2015 | NCSLMA Young Adult Book Award Committee, Member |

**Exhibit 33**