# Books

These are the books that are used to spread radical and racist ideologies to students.  They demean our nation and its heroes, revise our history, and divide us as a people for the purpose of indoctrinating kids to a dangerous ideology.  There are loads of these books for every reading and grade level. If you come across additional ones please let us know and we will add them here.

These books spread many different messages.

🔽 Critical Race Theory

🔽 Anti-Police

🔽 Comprehensive Sexuality Education

## Critical Race Theory
































# Anti-Police

Exhibit 34














# Comprehensive Sexuality Education






**Exhibit 34**

   

   

   

   

   

**Exhibit 34**

   
     
   
   
   
   

**Exhibit 34**

[Rainbow Book List](#)

[More CSE Books K-5](#)

[More CSE Books Middle School](#)

EDUCATING
EMPOWERING
ENGAGING
ERADICATING

 Contact Us

 Shop

Donate

Follow us:

Search

© Copyright nolefturn.us 2021

**Exhibit 34**