**Declaration of Z.L.**
**(Pursuant to 28 U.S.C. § 1746)**

I, Z.L., hereby declare and state as follows:

1. I am over the age of 18 and a resident of St. Charles County, Missouri. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to those facts if called as a witness.

2. I am currently the parent of a student in the Wentzville R-IV School District (the "District").

3. My child is a senior at Holt High.

4. I am a member of the Missouri State Conference of the National Association for the Advancement of Colored People and the St. Charles County Missouri Unit of the National Association for the Advancement of Colored People.

5. I would like for my child to have access all of the following books, which were previously available at school libraries prior to being banned by the District: *The Bluest Eye*, by Toni Morrison; *Fun Home: A Family Tragicomic Paperback*, by Alison Bechdel; *All Boys Aren't Blue*, by George M. Johnson; *Heavy: An American Memoir*, by Kiese Laymon; *Lawn Boy*, by Jonathan Evison; *Gabi, A Girl in Pieces*, by Isabel Quintero; *Modern Romance*, by Aziz Ansari; and *Invisible Girl*, by Lisa Jewell (the "Banned Books").

6. My child was a student in the District when the Banned Books were removed from library access.

7. I intend for my child to continue to attend District schools through high school graduation.

8. My child has attended school in the District since kindergarten.

**Exhibit 37**

9. My child frequently uses their school library and its resources.

10. The library often promotes books and authors to students for various reasons, introducing students to viewpoints and authors that students may not previously be familiar with. For example, they promoted specific authors and books for Black History Month.

11. My child has been and is currently enrolled in classes that require him to check out and read books from the school library.

12. It is important to me that my child and their peers can learn about different perspectives at school, including hearing from diverse voices on challenging issues like race, gender, and sexuality.

13. I disagree with removal of the Banned Books from school libraries.

14. I believe that removal of the Banned Books and other books from school libraries will prevent my child from learning about a variety of experiences and viewpoints.

15. I am concerned that my child will be stigmatized by others in the District and community if they engage with the kinds of ideas and subject matter that are present in the Banned Books because of the District and some community members' positions that the content and viewpoints in the Banned Books should not be read or engaged with by my child and other students.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 14, 2022.    /s/ Z.L._____
                                             Z.L.
                                             St. Charles County, Missouri

**Exhibit 37**