**Andy Wells**
November 24, 2021

The fight to remove obscene, vulgar, and pornographic books from schools is heating up. PLEASE keep the talking points where they need to be. By law books can't be removed from school libraries because they deal with LGBTQ+ material. When talking about these books talk about the sex scenes, talk about what you consider to be pornography or child pornography. Use the legally correct phrases like sex, oral sex, or anal sex on any communication with any media or schools.  This will become a legal fight and if we are putting sexual orientation or sexual identity in our statements, we are making a losing legal argument. The ACLU and Library Association are saying we are trying to remove books because they are written by protected classes of people like people of color or belong to the LGBTQ+ community. The way to fight that argument is focus on the obscene, vulgar, and pornographic content without any reference to the type. Never use a phrase like "gay sex" because this brings homosexuality into it when it is just about the sex. Please be very careful with how you speak or write to anyone affiliated with schools or the media. Just trying to help.

28        11 Comments 5 Shares

Like        Comment        Share

All comments ▼

**Katherine Ann**
This! They are going to try to paint any parent that complains in a bad light. We know that the national activists being promoted by corporate interests want to remove the centering of heteronormative behavior but that's not the complaint with these bo... See more

Like  Reply  Share  10w  Edited        5

**Andy Wells**
Katherine Ann, exactly! That's why challenges fail and the books stay in schools, because people get into the arguments that won't hold up to legal scrutiny.

Like  Reply  Share  10w        3

Exhibit 43