

**Andy Wells**
November 17, 2021

\*\*\* CALL TO ACTION\*\*\*
IT IS PAST TIME TO GET PORNOGRAPHY AND CHILD PORNOGRAPHY OUT OF OUR SCHOOLS!

WE need help from any parent that is willing! Looking at the Missouri state statutes I realized that several books on our little list of pornographic materials in public schools also meet the definition of CHILD PORNOGRAPHY! This is going to make a little more work for us. What I am asking is going to be a little hard. I need every book on our list read by at least one Missouri parent/citizen. Here is a breakdown of what I am asking for;

1. A 1-2 paragraph synopsis of the book
2. What is/are the main themes of the book, i.e. sexual orientation, race, religion, sexual identity, etc.
3. Specific pages where child pornography occurs. If unsure right it down. Pics of the pages if you can.
4. Specific pages where pornography occurs. If unsure right it down. Pics of the pages if you can.

This is the link to a breakdown of the Missouri State Statutes.
https://drive.google.com/.../1X8A_4sVm0g-22Jc.../view...
This is the link to the book list and what Missouri schools they are found in.
https://docs.google.com/.../1SaaXABV8Eu8Cf5wvQ6Fc.../edit...

Please send the information to andy.wells@noleftturn.us

If you have a book you would like to add please send me the information.



DOCS.GOOGLE.COM
**MO State Public School Books List.xlsx**
HS Pornography Book name,Author,Offensive pages,Book type,Lindbergh High School (Li...

 9

5 Comments 7 Shares

Exhibit 44