

> more than one on that school board and more than one in city hall!
> 
> Like   Reply   26w   👍 3

**Kevin McGowen**
Don Lee Yes but it does just start with one. One person that's not afraid to go against the grain. One person not afraid to rock the boat

Like   Reply   26w   👍 1

**Don Lee**
Kevin McGowen it sure is nice to hear how things get changed. Where were you and all the "reformers" when these people were voted in power?

Like   Reply   26w

**Andy Wells**
==Don Lee, the problem is that when voting for school boards or municipal officials we don't know their political positions until after they are in office. That's why the State laws need to be changed to require announcement of political affiliation for all candidates. I was assured that one of the school board members was a "good Christian" and would support our local conservative values. That was proven wrong at the last board meeting.==

Like   Reply   26w   👍😢 2

**Jackie Ellison Cox**
Kevin McGowen that person was board member Darin Ice. He made a motion. The response was total silence. I'm sure you've watched and know how it went. We have that person on the board but he is only one person. While we stand with him, sadly no one else... See more

Like   Reply   26w   👍 2

**Don Lee**
Andy-as you well know-i stand with you. I cannot vote with you but you have already found that the "Christians" are only there for the "loaves and fishes"! You are finding out why I am so critical of this "home town"!

Like   Reply   26w   👍 1

Exhibit 45