

**Sandy Garber**
Jun 12 at 3:15 PM · Conservative Institute -
Instant Articles · 🌐

HEY FOLKS!  It's high time YOU STEP UP TO THE
PLATE TO DEFEND OUR CONSTITUTION!  "ALL
LIVES MATTER" IF YOU VALUE LIFE AT ALL!!!!
This "BLM" so called MOVEMENT seems to NOT
BELIEVE THAT BLACK LIVES MATTER UNLESS
YOU ARE A "BLACK" PERSON KILLED BY A
WHITE PERSON!   ....AND.....BLACK LIVES DON'T
SEEM TO MATTER ON THE WAY TO THE
"PLANNED PARENTHOOD ABORTION
CLINICS!"....AND.....BLACK LIVES MURDERED AT
AN OUTRAGEOUS RATE IN CHICAGO DON'T
SEEM TO MATTER TO THE "BLM" FOLKS.....CAN
YOU GIVE ME THE NAME OF ANYONE WHO IS
BLACK THAT WAS KILLED BY ANOTHER BLACK
LAST WEEKEND?????  Your answer is 'NO...I cant
give you ANY NAME!'.... AND......WHAT ABOUT
THE 77 YEAR OLD RETIRED POLICE
CAPTAIN ,DAVID DORN, SHOT & KILLED IN ST.
LOUIS A FEW WEEKS AGO BY A BLACK ANTIFA
TH (?) THUG / LOOTER?  YOU ONLY HEARD
ABOUT HIM ON FOX NEWS!....THE "LAME
STREAM MEDIA & BLM " HAVEN'T CHANTED HIS
NAME BECAUSE HE WAS A POLICE OFFICER &
BECAUSE HE WAS KILLED BY ANOTHER BLACK!

SO I HAVE A GREAT IDEA FOR THE REST OF YOU
TO DO......I'VE BEEN DOING IT FOR YEARS NOW...
....DON'T WATCH CNN, MSNBC, ABC, & ALL THE
OTHER ANTI-TRUTH, ANTI-TRUMP

Exhibit 46