

**Sandy Garber** i was in Walmart here in LSL & in Wentzville....amazed at how many FOREIGN LANGUAGES (most hispanic) I heard! America is a country of IMMIGRANTS but our immigration policies of years ago was that we all speak the LANGUAGE OF OUR COUNTRY.....the last time I looked it was ENGLISH.....BUT if "We the People" don't stand up to this "language barrier" enhancement, we will be like EUROPE....A different language at every border (or NON-BORDER now!) and OUR GREAT COUNTRY will not be GREAT .....IT WILL BE A MESS like the rest of the world! I worked for a company 10 minutes from my home...the company I'm sure got a big government subsidy to hire the BOSNIANS..(which took AWAY from American's being hired!)..they received "English" lessons while ON THE JOB, but then returned to their factory positions REFUSING to speak English.. The company had "quality issues", probably due to the language barrier and eventually lost "contracts" because of it....IT IS IN THE BEST INTEREST OF AMERICAN BUSINESS OWNERS TO DEMAND THAT ALL EMPLOYEES SPEAK ENGLISH....AND THAT MUST START AT OUR PUBLIC SCHOOLS AS WELL! Don't just hire SPANISH SPEAKING TEACHERS....teach ENGLISH TO BE USED AS THEIR FIRST LANGUAGE.......and STOP PANDERING TO THE MUSLIM'S DEMANDS! LET THEM MOVE TO SYBERIA, SYRIA, IRAN....where their language & cultural customs might be more welcomed!!

Exhibit 47