**Sandy Garber**
June 4 at 1:24 PM · Conservative Institute - Instant Articles

In the United States of America our constitution delivers our freedom of religion!! So why are there so many in the Democrat Party and the lamestream media so willing to take that right away from you?? If you have had your head in the sand for at least a decade you will see that the Democrats have taken God out of their party platform!.... so if God is not there, who is?? Could it be the evil of Satan? Our nation was founded on judeo-christian principles and values and the last time I looked , Satan had nothing but destruction for all those who followed him and not the Lord Jesus Christ! Can the Democrats explain the Miracles that happened all around the world?? Nancy Pelosi would have you believe that she is a devout Catholic yes she certainly believes in abortion which is against all religions!! We all know people who hide behind the words of God but truly and surely exhibit the actions of Satan! In November we will vote for a president to lead our nation.... are you going to vote for a president who believes in the almighty power of the government instead of God?.... listen to what they say and then compare that to their actions and you will see who the True Believers are and it's not the Democrats!! A vote for any Democrat at any level of government whether it be local state or federal is a vote against yourself your children and grandchildren and the future of the United States of America!!



CONSERVATIVEINSTITUTE.ORG
**Trump signs executive order to advance religious freedom across the globe | Conservative Institute**

Exhibit 48