





Exhibit 50