IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, ET AL., <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>WENTZVILLE R-IV SCHOOL DISTRICT, <br><br>　　　　　Defendant. | Case No. 4:22-cv-191-MTS |

Notice of Filing of Exhibits

Exhibits 1, 2, 3, 4, 5, 6, 7, and 8 to Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction, ECF No. 19, will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the exhibits by tendering them to FedEx for delivery to the Clerk of this Court and to counsel for Defendant. Further, I certify that courtesy paper copies of the exhibit will be sent to Chambers.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Anthony E. Rothert
　　　　　　　　　　　　　　　　　　　　　Anthony E. Rothert, #44827MO
　　　　　　　　　　　　　　　　　　　　　ACLU of Missouri Foundation
　　　　　　　　　　　　　　　　　　　　　906 Olive Street, Suite 1130
　　　　　　　　　　　　　　　　　　　　　St. Louis, Missouri 63101
　　　　　　　　　　　　　　　　　　　　　Phone: (314) 652-3114
　　　　　　　　　　　　　　　　　　　　　Fax: (314) 652-3112
　　　　　　　　　　　　　　　　　　　　　trothert@aclu-mo.org

　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*