







**Replies**

**Jane A. Merica**
Melanie Toulou



7h    Like    Reply    1

**Melanie Toulou**
Wow, you are quite the researcher!

1h    Like    Reply    2

**Melanie Toulou**
Jane A. Merica what is Libro.fm?



LIBRO.FM
Same audiobooks. Different story.

1h    Like    Reply

Rules

 Write a reply...     

  

     

 **SCC Parents Association**
Lindi Williford · 2m

Here'a who is on the review committee for two of the books in Wentzville.

Kelly Manning isn't a teacher for the district. She's a teaching and learning right hand person and hasn't been a classroom teacher in years. She is the very liberal ELA content lead. She is considered Teaching & Learning staff. She's not in the classroom. It's disengenuous to say she's a teacher.

The four "laypersons" appointed shall be selected from a list of eight people recommended to the Superintendent by the president of the Board of Education. Two of the four persons appointed must be parents/guardians of children in the schools.

I'm sure they are totally impartial, considering the Board President called the rest of us "keyboard warriors" in an email regarding this issue... 😅

It is time to name names.

Committee to Review Challenged Materials
The Bluest Eye

  

facebook  

     

She's not in the classroom. It's disengenuous to say she's a teacher.

The four "laypersons" appointed shall be selected from a list of eight people recommended to the Superintendent by the president of the Board of Education. Two of the four persons appointed must be parents/guardians of children in the schools.

I'm sure they are totally impartial, considering the Board President called the rest of us "keyboard warriors" in an email regarding this issue... 😆

It is time to name names.

**Committee to Review Challenged Materials**

The Bluest Eye
Lawn Boy

All committee members were invited to participate by October 13, 2021. All members committed to serve on the committee by October 18, 2021

| Role | Name |
| --- | --- |
| School Administrator | Edgar Nelson |
| Board Member | Dale Schaper |
| School Librarian/Teacher | Kelly Oliva |
| Teacher | Mernie Maestas |
| Teacher | Kelly Manning |
| Lay person | Felicia Hulsey |
| Lay person | Amy Rever |
| Lay person | Jill Simmons |
| Lay person | Dionne Terrell |

This committee's term ends with the completed review of both titles.

# Committee to Review Challenged Materials

*The Bluest Eye*
*Lawn Boy*

All committee members were invited to participate by October 13, 2021. All members committed to serve on the committee by October 18, 2021

| Role | Name |
|---|---|
| School Administrator | Edgar Nelson |
| Board Member | Dale Schaper |
| School Librarian/Teacher | Kelly Oliva |
| Teacher | Mernie Maestas |
| Teacher | Kelly Manning |
| Lay person | Felicia Hulsey |
| Lay person | Amy Rever |
| Lay person | Jill Simmons |
| Lay person | Dionne Terrell |

This committee's term ends with the completed review of both titles.