

FYI-- ▮ and ▮ are the plaintiffs on the ACLU lawsuit against WSD. It's under initials of their kids, but is it them? They want to legally force that our minor children have access to pornography and pedophilia in a public school that our tax dollars fund.

New activity

SURI

● 34m · ▪

FYI– ▮▮▮▮▮ are the plaintiffs on the ACLU lawsuit against WSD. It's under initials of their kids, but it's them. ▮▮▮▮▮ They want to legally force that our minor children have access to pornography and pedophilia in a public school that our tax dollars fund.
Remember this on April 5th.
Tell everyone you know.