## US Court of Appeals - Eighth Circuit
## NOA Supplement

**Caption:**                                                    **USCA#:**

| C.K.-W. et al v. Wentzville R-IV School District |

**Case Number:**

| 4:22-CV-00191-MTS |

**Plaintiff:**                                                  **Defendant:**

| C.K.-W., et al. |   | WENTZVILLE R-IV SCHOOL DISTRICT, et al. |

**Attorney:**                                                  **Attorney:**

| See Docket Sheet |   | See Docket Sheet |

**Court Reporter(s):**                       Please return files and documents to:

| None |                                    | Clerk for Eastern District of Missouri |

Person to contact about the appeal:

| Joshua Cowen at 314-244-7900 |

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | Paid | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| Yes | No | No | No |

**Criminal Cases/Prisoner Pro Se  Cases Only:**

Is defendant incarcerated?: | No |    Where: | |

**Please list all other defendants in this case if there were multiple defendants:**

| |