**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MISSOURI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WENTZVILLE R-IV SCHOOL DISTRICT, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) Case No. 4:22-cv-191-MTS ) ) ) ) ) ) |

## UNOPPOSED MOTION TO STAY PROCEEDINGS

Plaintiffs respectfully request that this Court stay further proceedings in this matter during the pendency of their Eighth Circuit interlocutory appeal from this Court's August 5, 2022 Memorandum and Order denying Plaintiffs' Motion for Preliminary Injunction (ECF No. 48). In support, Plaintiffs state that:

1. The Court's August 5, 2022 Order was appealable pursuant to 28 U.S.C. § 1292(a)(1), and Plaintiffs timely filed a Notice of Appeal (ECF No. 49).

2. The Eighth Circuit Court of Appeals has assigned case number 22-2885 to the appeal.

3. Pursuant to Federal Rule of Appellate Procedure 8, a party may request a stay of an order in the District Court while an appeal is pending. *See also Ryan v. Gonzales*, 133 S. Ct. 696, 708 (2013) ("A district court may stay a case pending before it by virtue of its inherent power to control the progress of the cause so as to maintain the orderly processes of justice. . . . [T]he decision to grant a stay . . . is generally left to the sound discretion of district courts." (internal quotation marks omitted)).

4. In the interest of the orderly processes of justice and judicial economy, and to conserve the resources of all parties, Plaintiffs respectfully request that this Court stay all proceedings and deadlines (including those established under subsections (I)((3)(b)-(c)) of this Court's Case Management Order (ECF No. 46)), until the interlocutory appeal is resolved with finality.

5. Counsel for Defendant has been contacted and consents to the requested stay.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order staying proceedings in this case and all deadlines, including those established under subsections (I)((3)(b)-(c)) of this Court's Case Management Order (ECF No. 46), until such time as the appeal has been resolved with finality and for such further relief as this Court deems just and proper.

    Respectfully submitted,

/s/ Molly E. Carney
Anthony E. Rothert, #44827MO
Jessie Steffan, #64861MO
Molly E. Carney, #70570MO
Emily Lazaroff, #73811MO
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Phone: (314) 652-3114
Fax: (314) 652-3112
trothert@aclu-mo.org
jsteffan@aclu-mo.org
mcarney@aclu-mo.org
elazaroff@aclu-mo.org

Gillian R. Wilcox, #61278MO
ACLU of Missouri Foundation
406 W. 34th Street, Suite 420
Kansas City, Missouri 64111
Phone: (816) 470-9938
gwilcox@aclu-mo.org

Vera Eidelman
ACLU Foundation
125 Broad St., 18 Fl.
New York, NY 10004
Phone: (212) 549-2500
veidelman@aclu.org

*Attorneys for Plaintiffs*