**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| C.K.-W., *by and through her parent T.K.*, *individually and on behalf of those similarly situated*, *et al.*, <br><br>        Plaintiffs, <br><br>    vs. <br><br>Wentzville R-IV School District, <br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 4:22-cv-00191-MTS<br>)<br>)<br>)<br>)<br>) |

**ORDER**

**IT IS HEREBY ORDERED** that Plaintiffs' consent Motion to Stay, Doc. [53], is **GRANTED**, and this action and all deadlines within it are **STAYED** pending the outcome of Plaintiffs' appeal of this Court's denial of Plaintiffs' Motion for Preliminary Injunction or until further order of the Court.

Dated this 9th day of September, 2022.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE