# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| MISSOURI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:22-cv-191-MTS |
| WENTZVILLE R-IV SCHOOL DISTRICT, | )<br>) |
| Defendant. | ) |

## MOTION TO WITHDRAW

Emily Lazaroff moves to withdraw as counsel for Plaintiff as my employment by the American Civil Liberties Union of Missouri ends on September 15, 2022. All other counsel for Plaintiff entered on this matter remain.

Respectfully submitted,

/s/ Emily Lazaroff
Emily Lazaroff, #73811MO
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, MO 63101
Phone: 314-652-3114
Fax:    314-652-3112
elazaroff@aclu-mo.org
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically and served by operation of the CM/ECF system on all counsel of record on September 14, 2022.

/s/ Emily Lazaroff