IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WENTZVILLE R-IV SCHOOL DISTRICT, <br><br> Defendant. | Case No. 4:22-cv-191-MTS |

## UNOPPOSED MOTION TO FORWARD PRELIMINARY INJUNCTION EXHIBITS TO THE CLERK OF THE COURT OF APPEALS

Plaintiffs come pursuant to Local Rule 10A of the Eighth Circuit Court of Appeals, and request that this Court forward the physical exhibits from Plaintiffs' Motion for Preliminary Injunction (ECF No. 11) and accompanying Memorandum in Support of Motion for Preliminary Injunction (ECF No. 19) to the clerk of the appellate court. In support, Plaintiffs state that:

1. Eighth Circuit L.R. 10A(a) provides that, "If the trial exhibits and the relevant pre-trial exhibits were retained by the district court, appellant must ask the clerk of the district court to forward the exhibits to the clerk of the court of appeals."

2. Along with Plaintiffs' Motion for Preliminary Injunction (ECF No. 11) and accompanying Memorandum in Support of Motion for Preliminary Injunction (ECF No. 19), Plaintiffs filed physical copies of books, Exhibits 1, 2, 3, 4, 5, 6, 7, and 8. By a docket text order dated March 21, 2022, this Court acknowledged receipt of Plaintiffs' physical exhibits (ECF No. 25).

1

3. The Clerk's Office has retained the exhibits.

4. Counsel for Defendant has been contacted and consents to this request.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order directing the clerk of the district court to forward the physical exhibits from Plaintiffs' Motion for Preliminary Injunction to the clerk of the Eighth Circuit Court of Appeals.

<div style="margin-left: 2em;">

Respectfully submitted,

/s/ Molly E. Carney
Anthony E. Rothert, #44827MO
Jessie Steffan, #64861MO
Molly E. Carney, #70570MO
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Phone: (314) 652-3114
Fax: (314) 652-3112
trothert@aclu-mo.org
jsteffan@aclu-mo.org
mcarney@aclu-mo.org

Gillian R. Wilcox, #61278MO
ACLU of Missouri Foundation
406 W. 34th Street, Suite 420
Kansas City, Missouri 64111
Phone: (816) 470-9938
gwilcox@aclu-mo.org

Vera Eidelman
ACLU Foundation
125 Broad St., 18 Fl.
New York, NY 10004
Phone: (212) 549-2500
veidelman@aclu.org

*Attorneys for Plaintiffs*

</div>