# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2885

C.K.-W., a minor by and through her parent T.K., individually and on behalf of those similarly situated, et al.

Appellants

v.

Wentzville R-IV School District

Appellee

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-00191-MTS)

---

**ORDER**

The motion to withdraw as retained counsel filed by Ms. Molly E. Carney is granted. Ms. Molly E. Carney for Missouri State Conference of the National Association for the Advancement of Colored People, C.K.-W., D.L. and St. Charles County Missouri Unit of the National Association for the Advancement of Colored People has been granted leave to withdraw from this case.

November 17, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
          /s/ Michael E. Gans