# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2885

C.K.-W., a minor by and through her parent T.K., individually and on behalf of those similarly situated, et al.

Appellants

v.

Wentzville R-IV School District

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-00191-MTS)

_____

**MANDATE**

In accordance with the judgment of January 17, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 17, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit