**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| C.K.-W., *by and through her parent T.K.,* *individually and on behalf of those* *similarly situated*, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>WENTZVILLE R-IV SCHOOL DISTRICT,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　　Case No. 4:22-cv-00191-MTS<br>)<br>)<br>)<br>) |

## ORDER

**IT IS HEREBY ORDERED** that the stay of this case previously entered by the Court is

**LIFTED** in light of the receipt of the Judgment and Mandate of the United States Court of

Appeals for the Eighth Circuit.

**IT IS FURTHER ORDERED** that Plaintiffs shall file an amended joint proposed

scheduling plan no later than **Wednesday, February 01, 2023**. *See* Docs. [41], [42].

Dated this 24th day of January 2023.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE