# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| MISSOURI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:22-cv-191-MTS |
| WENTZVILLE R-IV SCHOOL DISTRICT, | )<br>) |
| Defendant. | ) |

## MOTION FOR VOLUNTARY DISMISSAL

Plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a)(2), move this Court to dismiss their claims against Defendant without prejudice.

/s/ Anthony E. Rothert
Gillian R. Wilcox, #61278
ACLU of Missouri Foundation
406 West 34th Street, Ste. 420
Kansas City, Missouri 64111
Phone: 816-470-9938
Fax:    314-652-3112
gwilcox@aclu-mo.org

Anthony E. Rothert, #44827
Jessie Steffan, #64861
ACLU of Missouri Foundation
906 Olive Street, #1130
St. Louis, Missouri 63101
Phone: 314-652-3114
Fax: 314-652-3112
arothert@aclu-mo.org
jsteffan@aclu-mo.org

**Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2023, a copy of the foregoing was served on counsel of record by operation of the Court's CM/ECF system.

<u>/s/ Gillian R. Wilcox</u>