**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| C.K.-W., *by and through her parent T.K.*, *individually and on behalf of those similarly situated*, *et al.*,<br><br>   Plaintiffs,<br><br>vs.<br><br>WENTZVILLE R-IV SCHOOL DISTRICT,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:22-cv-00191-MTS<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that Plaintiffs' unopposed Motion for Voluntary Dismissal, Doc. [69], is **GRANTED**. *See* E.D. Mo. L.R. 4.01(B). This action is **DISMISSED** without prejudice.

Dated this 23rd day of February 2023.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE